UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. 14-35381-rld7 (If Known)

James Joel Holman & Candice Evangeline Holman ) CHAPTER 7 INDIVIDUAL DEBTOR'S* STATEMENT OF INTENTION PER 11 U.S.C. §521(a)

Debtor(s) )

***IMPORTANT NOTICES TO DEBTOR(S)**

(1) **SIGN AND FILE this form even if** you show "NONE," **AND**, if creditors are listed, **have the service certificate COMPLETED; AND**
(2) **Failure to perform** the intentions as to property stated below within 30 days after the first date set for the Meeting of Creditors under 11 USC §341(a) may result in relief for the creditor from the Automatic Stay protecting such property.

**PART A** - Debts secured by property of the estate. (Part A must be FULLY COMPLETED for **EACH** debt which is secured by property of the estate. Attach additional pages is necessary.)

Property No. 1

**Creditor's Name:** Bank of America Home Loans

**Describe Property Securing Debt:** Personal Residence

Property will be (check one): ☑ SURRENDERED ☐ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 USC §522(f)) ______

Property is (check one): ☐ CLAIMED AS EXEMPT ☑ NOT CLAIMED AS EXEMPT

Property No. 2 (if necessary)

**Creditor's Name:** Cutting Edge FCU

**Describe Property Securing Debt:** Personal Residence

Property will be (check one): ☑ SURRENDERED ☐ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 USC §522(f)) ______

Property is (check one): ☐ CLAIMED AS EXEMPT ☑ NOT CLAIMED AS EXEMPT

Property No. 3 (if necessary)

**Creditor's Name:** PACCAR Financial Corp.

**Describe Property Securing Debt:** Personal Residence

Property will be (check one): ☑ SURRENDERED ☐ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 USC §522(f)) ______

Property is (check one): ☐ CLAIMED AS EXEMPT ☑ NOT CLAIMED AS EXEMPT

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** NO Leased Property | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2): ☐ YES ☐ NO |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2): ☐ YES ☐ NO |

| Property No. 3 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2): ☐ YES ☐ NO |

☑ Continuation sheets attached (if any).

***I DECLARE UNDER PENALTY OF PERJURY THAT*** **THE ABOVE** INDICATES INTENTION AS TO ANY PROPERTY OF MY ESTATE **SECURING A DEBT AND/OR PERSONAL PROPERTY SUBJECT TO AN UNEXPIRED LEASE.**

DATE: 10/7/14

/s/ James Joel Holman
DEBTOR'S SIGNATURE

/s/ Candice Evangeline Holman
JOINT DEBTOR'S SIGNATURE (if applicable)

***I /WE THE UNDERSIGNED, CERTIFY THAT COPIES OF*** **BOTH** ***THIS DOCUMENT*** **AND** ***LOCAL FORM #715 WERE SERVED ON ANY*** **CREDITOR NAMED ABOVE.**

DATE: 10/7/14

/s/ Stephen Boyke 881628
DEBTOR OR ATTORNEY'S SIGNATURE OSB# (if attorney)

JOINT DEBTOR'S SIGNATURE (if applicable and no attorney)

STEPHEN BOYKE (503) 227-0417
PRINT OR TYPE SIGNER'S NAME & PHONE NO.

1200 Jackson Tower--806 SW Broadway
SIGNER'S ADDRESS (if attorney)

Portland, OR 97205

**NON-JUDICIAL REMEDY WHEN CONSUMER DEBTOR RAILS TO TIMELY PERFORM STATED INTENTIONS**
Creditors, see Local Form #715 [attached if this document was served on paper] if you wish information on how to obtain NON-JUDICIAL Relief from the automatic stay of 11 U.S.C. §362(a) as to your collateral.

**QUESTIONS????**
**Call an attorney with question about these procedures or the law. However, only call the debtor's attorney if you have questions About the debtor's intent as to your collateral.**

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**
(Continuation Sheet)

**PART A** - Continuation

Property No. 4 (if necessary)

| **Creditor's Name:** The Commerce Bank of OR | **Describe Property Securing Debt:** Personal Residence |
|---|---|

Property will be (check one): ☑ SURRENDERED ☐ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 USC §522(f)) ____

Property is (check one): ☐ CLAIMED AS EXEMPT ☑ NOT CLAIMED AS EXEMPT

Property No. 5 (if necessary)

| **Creditor's Name:** CitiMortgage | **Describe Property Securing Debt:** Beach House |
|---|---|

Property will be (check one): ☑ SURRENDERED ☐ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 USC §522(f)) ____

Property is (check one): ☐ CLAIMED AS EXEMPT ☑ NOT CLAIMED AS EXEMPT

Property No. 6 (if necessary)

| **Creditor's Name:** Cutting Edge FCU | **Describe Property Securing Debt:** Beach House |
|---|---|

Property will be (check one): ☑ SURRENDERED ☐ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 USC §522(f)) ____

Property is (check one): ☐ CLAIMED AS EXEMPT ☑ NOT CLAIMED AS EXEMPT

**PART B** - Continuation

Property No. 4 (if necessary)

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2): ☐ YES ☐ NO |
|---|---|---|

Property No. 5 (if necessary)

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2): ☐ YES ☐ NO |
|---|---|---|

Property No. 6 (if necessary)

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(P)(2): ☐ YES ☐ NO |
|---|---|---|

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**
(Continuation Sheet)

**PART A** - Continuation

Property No. 7

**Creditor's Name:** Dwight & Laurie Daniels

**Describe Property Securing Debt:** Personal Residence

Property will be (check one): [X] SURRENDERED [ ] RETAINED

If retaining the property, I intend to (check at least one):
[ ] Redeem the property
[ ] Reaffirm the debt
[ ] Other. Explain (for example, avoid lien using 11 USC §522(f))________

Property is (check one): [X] CLAIMED AS EXEMPT [ ] NOT CLAIMED AS EXEMPT

Property No.

**Creditor's Name:**

**Describe Property Securing Debt:**

Property will be (check one): [ ] SURRENDERED [ ] RETAINED

If retaining the property, I intend to (check at least one):
[ ] Redeem the property
[ ] Reaffirm the debt
[ ] Other. Explain (for example, avoid lien using 11 USC §522(f))________

Property is (check one): [ ] CLAIMED AS EXEMPT [ ] NOT CLAIMED AS EXEMPT

Property No.

**Creditor's Name:**

**Describe Property Securing Debt:**

Property will be (check one): [ ] SURRENDERED [ ] RETAINED

If retaining the property, I intend to (check at least one):
[ ] Redeem the property
[ ] Reaffirm the debt
[ ] Other. Explain (for example, avoid lien using 11 USC §522(f))________

Property is (check one): [ ] CLAIMED AS EXEMPT [ ] NOT CLAIMED AS EXEMPT

**PART B** - Continuation

| Property No. 4 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(p)(2): [ ] YES [ ] NO |

| Property No. 5 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(p)(2): [ ] YES [ ] NO |

| Property No. 6 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(p)(2): [ ] YES [ ] NO |

B6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court

District of Oregon

In re James Joel Holman & Candice Evangeline Holman
Debtor

Case No. 14-35381-rld7

Chapter 7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 875,000.00 | | |
| B – Personal Property | YES | 7 | $ 80,042.31 | | |
| C – Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 2,219,272.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 208 | | $ 5,124,579.94 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 3,464.29 |
| J - Current Expenditures of Individual Debtors(s) | YES | 3 | | | $ 5,473.00 |
| **TOTAL** | | 231 | $ 955,042.31 | $ 7,343,851.94 | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

# United States Bankruptcy Court
District of Oregon

In re James Joel Holman & Candice Evangeline Holman, Debtor — Case No. 14-35381-rld7

Chapter 7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ N.A. |
| Average Expenses (from Schedule J, Line 22) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

In re James Joel Holman & Candice Evangeline Holman
Debtor

Case No. 14-35381-rld7
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Personal Residence<br>26280 S. Milk Creek Circle<br>Mulino, OR 97042<br>Non-judicial sale set for 9/25/14 | Fee Simple | J | 600,000.00 | 1,968,268.00 |
| Beach House<br>240 NW Lancer<br>Gleneden Beach, OR 97338<br>Purchased in 2004 for $240,000.<br>Non-judical trustee sale set for 10/30/14. | Fee Simple | J | 275,000.00 | 271,000.00 |
| | | Total ➤ | 875,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

In re James Joel Holman & Candice Evangeline Holman
Debtor

Case No. 14-35381-rld7
(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash<br>Note: Amounts stated represent values as of the date of filing this Chapter 7 bankruptcy case ("Petition Date").<br><br>Note: All personal property listed on this Schedule B is located at debtors' residence unless otherwise stated. | J | 691.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Clackamas Community FCU Checking Account (Husband)<br>Acct. No. Ending: 2234-S10<br>Branch: Oregon City, OR | H | 259.77 |
| | | Clackamas Community FCU Savings Account (Wife)<br>Acct. No. Ending: 2235-S01<br>Branch: Oregon City, OR | W | 5.00 |
| | | Cutting Edge FCU Savings Account (Wife)<br>Acct. No. Ending: 9203-00<br>Branch: Milwaukie, OR | W | 25.20 |
| | | Cutting Edge FCU Checking Account (Wife)<br>Acct. No. Ending: 9203-10<br>Branch: Milwaukie, OR | W | 0.00 |
| | | Clackamas Community FCU Checking Account (Wife) | W | 0.59 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

In re James Joel Holman & Candice Evangeline Holman
Debtor

Case No. 14-35381-rld7
(If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Acct. No. Ending: 2235-S10<br>Branch: Oregon City, OR | | |
| | | Clackamas Community FCU Savings Account (Husband) | H | 5.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods - Residence Exemptable<br>Household goods eligible for federal household goods exemption. | J | 8,253.00 |
| | | Household Goods - Beach House Exemptable<br>Household goods eligible for federal household goods exemption. | J | 4,555.00 |
| | | Household Goods - Residence Non-Exemptable<br>Household goods not eligible for federal household goods exemption. | J | 420.00 |
| | | Household Goods - Beach House Nonexemptable<br>Household goods not eligible for federal household goods exemption. | J | 1,190.00 |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, Pictures and Collections<br>Books, pictures, collectibles, DVD collection. | J | 2,495.00 |
| 6. Wearing apparel. | | Woman's Clothing<br>Included in household goods. | W | 0.00 |
| | | Man's Clothing<br>Included in household goods. | H | 0.00 |
| 7. Furs and jewelry. | | Woman's Jewelry<br>Engagement and Israel rings. | W | 960.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

In re James Joel Holman & Candice Evangeline Holman — Debtor — Case No. 14-35381-rld7 (If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Woman's Wedding Ring | W | 1,600.00 |
| | | Man's Jewelry | H | 450.00 |
| | | Israel ring | | |
| | | Man's Wedding Ring | H | 200.00 |
| | | Stainless steel wedding ring | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Firearms (Husband) | H | 5,600.00 |
| | | Ammunition (Joint) | J | 2,619.00 |
| | | Other Sports and Hobby Equipment | J | 3,460.00 |
| | | Pool table, cues, arcade games, camping gear, camera. | | |
| | | Firearms (Wife) | W | 2,356.00 |
| | | Firearms (Children) | C | 0.00 |
| | | Owned by children. Value $7,888.00. Debtors claim no interest. | | |
| | | Fishing Equipment | J | 3,091.00 |
| | | Fishing Equipment (Children) | C | 0.00 |
| | | Owned by children. Value $1,850. Debtors claim no interest. | | |
| | | Ammunition (Husband) | H | 1,296.00 |
| | | Ammunition (Wife) | W | 350.00 |
| | | Ammunition (Son) | C | 0.00 |
| | | Owned by son. Value $857.00. Debtors claim no interest. | | |
| | | Optics (Husband) | H | 1,477.00 |
| | | Optics (Son) | C | 0.00 |
| | | Owned by son. Value $490.00. Debtors claim no interest. | | |
| | | Tactical Gear (Husband) | H | 546.00 |
| | | Tactical Gear (Wife) | W | 315.00 |
| | | Tactical Gear (Children) | C | 0.00 |
| | | Owned by children. Value $551.00. Debtors claim no interest. | | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**In re** James Joel Holman & Candice Evangeline Holman
**Debtor**

**Case No.** 14-35381-rld7
**(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | $50,000 Whole Life Insurance Policy<br>Policy No. ending: 2748<br>Insurer: Northwestern Mutual<br>Owner: Husband<br>Insured: Husband<br>Beneficiary: Wife<br>Face Amount: $50,000<br>Cash/Surrender Value: $14,023.00 (possibly subject to setoff for loan of 13,000.00) | H | 14,023.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Membership Interest in Pacifc Cargo Services, LLC<br>Husband holds 92.445% and wife holds 5.796% of the membership interest. Entity in chapter 7 bankruptcy case Oregon Case No. 13-30439-tmb7. Several other entities merged into this entity 1/2013 (See SOFA #18). | J | 0.00 |
| | | Membership Interest in The Fitness Academy, LLC<br>Husband is 100% member. Entity ceased operations. | H | 0.00 |
| | | Membership Interest in Krav Maga Northwest, LLC<br>Husband is 100% member. Entity ceased operations. | H | 0.00 |
| | | Stock in Victory Logistics, Inc.<br>Husband is 100% shareholder. Entity ceased operations. | H | 0.00 |
| | | Membership Interest in Yahweh-Jireh, LLC<br>Husband is 100% member. Entity ceased operations. | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

In re James Joel Holman & Candice Evangeline Holman
Debtor

Case No. 14-35381-rld7
(If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Unpaid Wages (Husband)<br>Unpaid prepetition wages in Pacific Cargo Services, Inc. bankruptcy case. Claim of $17,812.50. Bankruptcy estate is administratively insolvent. | H | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | Life Insurance Trust (Husband)<br>Jame J. Holman Irrevocable Trust dated 9/25/2008. Marsha Murry-Lusby is Trustee. An insurance trust which owns a $1,000,000 term insurance policy. Beneficiaries of trust are wife and children. | H | 0.00 |
| | | Life Insurance Trust (Wife)<br>Candice E. Holman Irrevocable Trust dated 12/11/2008. Marsha Murry-Lusby is Trustee. An insurance trust which owns a $500,000 term insurance policy. Beneficiaries of trust are husband and children. | W | 0.00 |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

In re James Joel Holman & Candice Evangeline Holman, Debtor — Case No. 14-35381-rld7 (If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Chevrolet Suburban<br>1/2 Ton 4D 4WD; Good condition; 131,000 miles; Husband's name on title. | W | 10,000.00 |
| | | 2007 Nissan Titan CR<br>4WD; Good condition; 178,000 miles; Husband's name on title. | H | 7,500.00 |
| | | 2003 Buick LaSabre<br>Purchased for daughter's use 6/2014;<br>Good condition; 20,000 miles; Husband's name on title. | J | 4,800.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Animals<br>Dogs and cats | J | 500.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Unpaid Training Unemployment Compensation<br>Husband receives $538.00/week in training unemployment insurance. | H | 538.00 |

______ continuation sheets attached    Total $

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

In re James Joel Holman & Candice Evangeline Holman
Debtor

Case No. 14-35381-rld7
(If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Unpaid Compensation (Wife)<br>Net amount due wife for September 2014. | W | 461.75 |
| | | 0 | | 80,042.31 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6C (Official Form 6C) (04/13)

In re James Joel Holman & Candice Evangeline Holman
Debtor

Case No. 14-35381-rld7
(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)

☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Personal Residence | (Husb)11 U.S.C. 522(d)(1)<br>(Wife)11 U.S.C. 522(d)(1) | 11,475.00<br>11,475.00 | 600,000.00 |
| Cash | (Husb)11 U.S.C. 522(d)(5)<br>(Wife)11 U.S.C. 522(d)(5) | 335.50<br>355.50 | 691.00 |
| Clackamas Community FCU Checking Account (Husband) | (Husb)11 U.S.C. 522(d)(5) | 259.77 | 259.77 |
| Cutting Edge FCU Savings Account (Wife) | (Wife)11 U.S.C. 522(d)(5) | 25.20 | 25.20 |
| Household Goods - Residence Exemptable | (Husb)11 U.S.C. 522(d)(3)<br>(Wife)11 U.S.C. 522(d)(3) | 4,126.50<br>4,126.50 | 8,253.00 |
| Household Goods - Beach House Exemptable | (Husb)11 U.S.C. 522(d)(3)<br>(Wife)11 U.S.C. 522(d)(3) | 2,277.50<br>2,277.50 | 4,555.00 |
| Woman's Clothing | (Wife)11 U.S.C. 522(d)(3) | 0.00 | 0.00 |
| Woman's Jewelry | (Wife)11 U.S.C. 522(d)(4) | 960.00 | 960.00 |
| Woman's Wedding Ring | (Wife)11 U.S.C. 522(d)(3) | 1,600.00 | 1,600.00 |
| Man's Clothing | (Husb)11 U.S.C. 522(d)(3) | 0.00 | 0.00 |
| Man's Jewelry | (Husb)11 U.S.C. 522(d)(4) | 450.00 | 450.00 |
| Man's Wedding Ring | (Husb)11 U.S.C. 522(d)(3) | 200.00 | 200.00 |
| Firearms (Husband) | (Husb)11 U.S.C. 522(d)(5)<br>(Husb)11 U.S.C. 522(d)(6) | 3,300.00<br>2,300.00 | 5,600.00 |
| Ammunition (Joint) | (Husb)11 U.S.C. 522(d)(5)<br>(Wife)11 U.S.C. 522(d)(5) | 1,978.04<br>640.96 | 2,619.00 |
| $50,000 Whole Life Insurance Policy | (Husb)11 U.S.C. 522(d)(8) | 12,250.00 | 14,023.00 |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

In re James Joel Holman & Candice Evangeline Holman, Debtor — Case No. 14-35381-rld7 (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2008 Chevrolet Suburban | (Wife)11 U.S.C. 522(d)(2)<br>(Wife)11 U.S.C. 522(d)(5) | 3,750.00<br>6,250.00 | 10,000.00 |
| 2007 Nissan Titan CR | (Husb)11 U.S.C. 522(d)(2)<br>(Husb)11 U.S.C. 522(d)(5) | 3,750.00<br>3,750.00 | 7,500.00 |
| Animals | (Husb)11 U.S.C. 522(d)(5)<br>(Wife)11 U.S.C. 522(d)(5) | 250.00<br>250.00 | 500.00 |
| Cutting Edge FCU Checking Account (Wife) | (Wife)11 U.S.C. 522(d)(5) | 0.00 | 0.00 |
| Clackamas Community FCU Checking Account (Wife) | (Wife)11 U.S.C. 522(d)(5) | 0.59 | 0.59 |
| Firearms (Wife) | (Wife)11 U.S.C. 522(d)(5) | 2,356.00 | 2,356.00 |
| Unpaid Training Unemployment Compensation | (Husb)11 U.S.C. 522(d)(10)(A) | 538.00 | 538.00 |
| Unpaid Compensation (Wife) | (Wife)11 U.S.C. 522(d)(5) | 461.75 | 461.75 |
| 2003 Buick LaSabre | (Husb)11 U.S.C. 522(d)(5)<br>(Wife)11 U.S.C. 522(d)(5) | 2,400.00<br>2,400.00 | 4,800.00 |
| Ammunition (Husband) | (Husb)11 U.S.C. 522(d)(5) | 446.69 | 1,296.00 |
| Clackamas Community FCU Savings Account (Husband) | (Husb)11 U.S.C. 522(d)(5) | 5.00 | 5.00 |
| | Total exemptions claimed: | 87,021.00 | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6D (Official Form 6D) (12/07)**

In re ___James Joel Holman & Candice Evangeline Holman___    Case No___4-35381-rld7___
                    **Debtor**                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

 List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5701 <br><br> Bank of America Home Loans <br> PO Box 5170 <br> Simi Valley, CA 93062-5170 | | J | Incurred: 8/2003 <br> Lien: First Trust Deed <br> Security: Personal Residence <br><br> VALUE $ 600,000.00 | | | | 315,000.00 | 0.00 |
| ACCOUNT NO. 28-7 <br><br> CitiMortgage <br> 14700 Citicorp Dr, MC 0251 <br> Hagerstown, MD 21742 | | J | Incurred: 4/2004 <br> Lien: First Trust Deed <br> Security: Beach House <br><br> VALUE $ 275,000.00 | | | | 157,000.00 | 0.00 |
| ACCOUNT NO. 9203 <br><br> Cutting Edge FCU <br> 4620 SE International Way <br> Milwaukie, OR 97222-0446 | | J | Incurred: 2006 <br> Lien: Second Trust Deed <br> Security: Beach House <br><br> VALUE $ 275,000.00 | | | | 114,000.00 | 0.00 |

__1__ continuation sheets attached

Subtotal ▶
(Total of this page)   $ 586,000.00   $ 0.00

Total ▶
(Use only on last page)   $            $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6D (Official Form 6D) (12/07) – Cont.**

**In re** James Joel Holman & Candice Evangeline Holman , **Case No.** 14-35381-rld7

**Debtor** **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9203<br>Cutting Edge FCU<br>4620 SE International Way<br>Milwaukie, OR 97222-0446 | | J | Incurred: 2006<br>Lien: Second Trust Deed<br>Security: Personal Residence<br>VALUE $ 600,000.00 | | | | 230,000.00 | 0.00 |
| ACCOUNT NO.<br>Dwight & Laurie Daniels<br>23 Carmel Bay Dr<br>Corona Del Mar, CA 92625 | | J | Incurred: 2012<br>Lien: Third Trust Deed<br>Security: Personal Residence<br>VALUE $ 600,000.00 | | | | 300,000.00 | 245,000.00<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br>PACCAR Financial Corp.<br>POB 1518<br>Bellevue, WA 98009 | X | J | Incurred: 2014<br>Lien: Judgment lien<br>Security: Residence<br>Corporate secured creditor; Each debtor signed a personal guarantee. Judgment entered 8/1/14.<br>VALUE $ 600,000.00 | | | | 663,188.00 | 663,188.00<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br>The Commerce Bank of OR<br>1211 SW 5th Ave Suite 1250<br>Portland, OR 97204 | X | H | Lien: Judgment Lien<br>Security: Residence<br>Judgment entered against husband 7/2014<br>VALUE $ 600,000.00 | | | | 440,084.00 | 440,084.00<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s) (Total(s) of this page) | $ 1,633,272.00 | $1,348,272.00 |
| Total(s) (Use only on last page) | $ 2,219,272.00 | $1,348,272.00 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6E (Official Form 6E) (04/13)**

In re James Joel Holman & Candice Evangeline Holman _____,  Case No. _14-35381-rld7_____
_____Debtor_____ (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7-7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6E (Official Form 6E) (04/13) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

2 **continuation sheets attached**

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6E (Official Form 6E) (04/13) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Internal Revenue Service<br>c/o Eric Holder, Attorney General<br>10th Constitution NW #4400<br>Washington, DC 20530 | | | Alternate address | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br>Internal Revenue Service<br>c/o S. Amanda Marshall, US Atty<br>1000 SW 3rd Ave Ste 600<br>Portland, OR 97204-2936 | | | Alternate address | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | | J | Incurred: Various | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br>ODR<br>c/o Ellen Rosenblum, AG<br>1162 Court St NE<br>Salem, OR 97301-4096 | | J | Alternate address | | | | Notice Only | Notice Only | Notice Only |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|
| Subtotal ➤ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ➤ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6E (Official Form 6E) (04/13) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ODR Bkcy<br>Attn: Bankruptcy Unit<br>955 Center St. NE<br>Salem, OR 97301 | | J | Precautionary listing | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br>Oregon Dept Consumer and Business Srvcs<br>350 Winter St NE<br>Salem, OR 97310 | | H | Precautionary listing. | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br>Oregon Employment Department<br>875 Union St NE Room 107<br>Salem, OR 97311 | | H | Precautionary listing. | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| Subtotal (Totals of this page) | | | | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | | | | | | | $ 0.00 | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | | $ | $ 0.00 | $ 0.00 |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07)

In re James Joel Holman & Candice Evangeline Holman, Debtor — Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Aaron Raz<br>J&A Courier<br>2680 Forrester Way<br>Eugene, OR 97401 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Abdalla, Haytham<br>9019 161ST ST E<br>PUYALLUP, WA 98375 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Abear, Bryan<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Able Garage Door Service, Inc.<br>10761 SE 240th Pl.<br>Damascus, OR 97089 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

207 continuation sheets attached

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Accountemps<br>PO Box 743295<br>Los Angeles, CA 90074 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Accounting Principals<br>10151 Deerwood Park Blvd<br>Bldg 200 Ste. 400<br>Jacksonville, FL 32256 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Adan, Feysal<br>4702 Davis Ave S<br>Renton, WA 98055 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Adventist Health/Occup Health<br>10201 SE Main St. Suite 29<br>Portland, OR 97216 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Aeroflight Executive Services<br>8555 Perimeter Rd South<br>Seattle, WA 98108 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 1 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Afana, John<br>18418 N LESLIE LN<br>COLBERT, WA 99005 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>AG West<br>2929 N Pacific Hwy<br>Woodburn, OR 97071 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Aguilera Jr, Manuel<br>600 Becker Rd<br>Toppenish, WA 98948 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Ahmetspahic, Alisirah<br>1127 W Dalke Ave<br>Spokane, WA 99205 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>AirGas Dry Ice<br>N 3808 Sullivan Rd Bldg #2<br>Spokane, WA 99216 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 2 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ajuech, Mario<br>16964 SE Stark St, Apt #107<br>Portland, OR 97233 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Akram, Mohammad<br>12223 50th Ave South<br>Tukwila, WA 98178 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Akseki, Koksal<br>3401 O Street<br>Vancouver, WA 98663 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Al's Car Care, Inc.<br>8511 Fairview Ave.<br>Boise, ID 83704 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Albright, Jon<br>Elk Express<br>PO Box 264<br>Elk, WA 99009 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 3 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Case No.** 14-35381-rld7
**Debtor** **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Alcombrack, Kevin<br>20 S LINDEN AVENUE<br>E WENATCHEE, WA 98802 | X | H | Potential corporate creditor and possible class action claimants (known and unknown) in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Alexander Naito<br>Miller Nash LLP<br>111 SW 5th Ave., Ste. 3400<br>Portland, OR 97204 | | H | Collection attorney for The Commerce Bank of Oregon | | | | Notice Only |
| ACCOUNT NO.<br>All City Fence Co.<br>36 South Hudson<br>Seattle, WA 98134 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>All Plaintiffs Known & Unknown<br>c/o Toby Marshall<br>936 N. 34th St., Ste. 400<br>Seattle, WA 98103-8869 | X | H | Corporate creditors and class action claimants in King County Superior Court Case No. 11-2-27357-1 SEA. Husband liable per judgment.. | | | | 2,000,000.00 |
| ACCOUNT NO.<br>All Pro Services of Washington<br>11234 International Blvd S<br>Seattle, WA 98168 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 4 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 2,000,000.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Allen, Darian<br>7525 SPRINGHILL DR<br>GLADSTONE, OR 97027 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Allen, Joe<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Allied Waste - Albany<br>PO Box 78829<br>Phoenix, AZ 85062-8829 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Allied Waste - Portland<br>PO Box 78829<br>Phoenix, AZ 85062-8829 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Allied Waste Services #183<br>PO Box 78829<br>Phoenix, AZ 85062 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 5 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ally Bank<br>POB 9001948<br>Louisville, KY 40290-1948 | X | H | Corporate secured creditor; Husband signed personal guaranty. | | | | Unknown |
| ACCOUNT NO.<br>Alonzo, Juan<br>508 S NUTMEG STREET<br>KENNEWICK, WA 99336 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Alvarez, German<br>1807 W Hopkins Street<br>Pasco, WA 99301 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Alvez, Gilberto<br>753 SE Russell St.<br>Camas, WA 98607 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>AMB U.S. Logistics Fund, L.P.<br>P.O. Box 6156<br>Hicksville, NY 11802-6156 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 6 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | X | H | Corporate unsecured creditor; Husband signed personal guarantee. | | | | 290,000.00 |
| ACCOUNT NO.<br>American Towing<br>61532 American Loop<br>Bend, OR 97702 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Amos, David<br>878 NE HIDDEN VALLEY DR. #2<br>BEND, OR 97701 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Angell, Jared<br>6567 PARK ST E<br>FIFE, WA 98424 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Antonyuk, Sergey<br>10670 14 Ave. SW<br>Seattle, WA 98146 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 7 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 290,000.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Applied Handling<br>8531 S 222nd St.<br>Kent, WA 98031 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Arendell, Brian<br>601 NE 118th Ave<br>Portland, OR 97218 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Arnold Machinery Company<br>P.O. Box 30020<br>Salt Lake City, UT 84130 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Artz, Jona<br>694 DEADY CROSSING RD<br>SUTHERLIN, OR 97495 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>AT&T Capital Services, Inc.<br>2000 W. SBC Center Dr.<br>Hoffman Estates, IL 60192 | X | J | Corporate secured creditor. Each debtor signed a personal guarantee. | | | | Unknown |

Sheet no. 8 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Atkinson Staffing<br>PO Box 1168<br>Hermiston, OR 97838 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Atosh, Ainashe<br>23705 101st Pl SE Apt C104<br>Kent, WA 98031-4231 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Aumick, Jaysen<br>27746 166TH AVE SE<br>COVINGTON, WA 98042 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Austin Casas, Rafael<br>535 NE Madison St.<br>Salem, OR 97301 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>AutoMetrics<br>813 North Front St.<br>Yakima, WA 98901 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 9 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Avetisov, Yuriy<br>282 E James Ct Dr #103<br>Meridian, ID 83646 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Avila, Charles J<br>743 W King Horn Drive<br>Nampa, ID 83651 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Avista Utilities<br>11411 E Mission Ave<br>Spokane, WA 99252-0001 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Azizi, Jawed<br>625 SW 155Th St #206<br>Burien, WA 98166 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>B&G Delivery System Inc.<br>c/o Bruce J. Allgier, R/A<br>4840 Frog Pond Rd<br>Newcastle, CA 95658 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 10 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor** **Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Baldwin, Terrence<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Ball Janik<br>101 SW Main St. Ste 1100<br>Portland, OR 97204 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Barajas, Raul<br>904 S 40th St<br>Yakima, WA 98908 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Barber, Joshua<br>112 NE 158th Ave<br>Vancouver, WA 98684 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Barnhouse, Tom<br>4740 SIMONELLI RD<br>THE DALLES, OR 97058 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 11 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Basin Immediate Care<br>3737 Shasta Way Ste A<br>Klamath Falls, OR 97603-4982 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Batie, Jeffery<br>21757 SW CEDAR BROOK WAY #237<br>SHERWOOD, OR 97140 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Batiste, Roger<br>1909-B SE 114TH CT<br>VANCOUVER, WA 98664 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Beemster, Todd<br>1952 E 12TH , #34<br>POST FALLS, ID 83854 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bekhazi, George<br>6110 Washougal Lane<br>Pasco, WA 99301 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 12 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Bell, Christopher<br>16628 New Colony Ave<br>Caldwell, ID 83607 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bell, Christopher<br>254 2nd Ave, PO Box 361<br>Burbank, WA 99323 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bell, Heath<br>306 N 23rd<br>Pasco, WA 99301 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bend Inn & Suites<br>15 NE Butler Market Rd<br>Bend, OR 97701 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bennett, James<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 13 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Benson, Keith<br>27026 47TH PLACE S #D105<br>KENT, WA 98032 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Benton Co. District Court<br>2721 W 10th Ave<br>Kennewick, WA 99336 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bernstein, Richard<br>6167 CASCADE HWY<br>SILVERTON, OR 97381 | | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Berry, Richard<br>3004 GRANT ROAD<br>E WENATCHEE, WA 98802 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bertschy, Russell<br>520 11Th St NE, Apt 1<br>East Wenatchee, WA 98802 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 14 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Best Western Kennewick Inn<br>4001 West 27th Ave.<br>Kennewick, WA 99337 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bettis, Michael<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bingham, Ken<br>965 LEWIS DRIVE<br>EUGENE, OR 97402 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bingham, Stephen<br>21029 SE 376TH<br>AUBURN, WA 98092 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bitz, John<br>4841 S Bell St<br>Tacoma, WA 98408 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 15 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Black, Patrick<br>1217 NE 161ST CT<br>VANCOUVER, WA 98684 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Blair, Hugh<br>924 N James<br>East Wenatchee, WA 98802 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Blue Mt. Chiropractic Clinic<br>424 SW 6th St.<br>Pendleton, OR 97801 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bo, Son Q<br>13223 4th Ave SW<br>Seattle, WA 98146 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bob Phipps Chevron<br>200 North 1st<br>Hermiston, OR 97838 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 16 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Bohrer, Chris<br>15665 S MASON HEIGHTS DR<br>OREGON CITY, OR 97045 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Boise State University<br>1910 University Drive<br>Boise, ID 83725-1290 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bond, Chris<br>18210 70th Ave Court E<br>Puyallup, WA 98375 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bonnah, Emmanuel<br>31900 2nd Lane SW, Apt G-210<br>Federal Way, WA 98032 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bonse, Steven M<br>718 Monroe St. #C<br>Wenatchee, WA 98801 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 17 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Born, Michael<br>572 EDMONDS AVE NE<br>RENTON, WA 98056 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bosley, Justin<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bossa, Ahmed<br>9334 S STEELE ST APT #T-426<br>TACOMA, WA 98444 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bowden, Geoff<br>18001 SE Marie St.<br>Portland, OR 97236 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bowman, Derek<br>21605 135TH ST E<br>BONNEY LAKE, WA 98391 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 18 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Boxes2Business<br>PO Box 2328<br>Lake Oswego, OR 97035 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Boyd Enterprises<br>1946 E. Edigner<br>Santa Ana, CA 92705 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Brammer, Travis<br>329 SE 160TH AVE<br>PORTLAND, OR 97233 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Braxton, Anthony<br>918 E 57TH ST<br>TACOMA, WA 98404 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bray, George<br>414 ORTING AVE NW<br>ORTING, WA 98360 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 19 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Bret Stalder<br>18715 N Augusta<br>Greenacres, WA 99016 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | 0.00 |
| ACCOUNT NO.<br>Bridgetown Trucking Inc.<br>14135 NE Airport Way<br>Portland, OR 97230 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Broadsword, Jayson A.<br>135 Cary St.<br>Winston, OR 97496 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Brocato, Cameron<br>37936 SE Gordon Creek Rd<br>Corbett, OR 97019 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Brodaczynski, Philip<br>1497 OXFORD AVE<br>RICHLAND, WA 99352 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 20 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Brothers Auto Body<br>109 SW Rathbun Rd<br>Sutherlin, OR 97479 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Brown, Aaron<br>4841 SE 30TH AVE #31<br>PORTLAND, OR 97202 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Brown, David<br>6400 NE Hwy 99, #G363<br>Vancouver, WA 98665 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Brown, Garland<br>2112 7TH<br>SPRINGFIELD, OR 97477 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Brown, Joshua<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 21 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Bruce L. Dorman<br>529 Walnut Pl.<br>Springfield, OR 97477 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bryan's House of Magic<br>1605 NE Forbes Rd<br>Bend, OR 97701 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bryant, Mitchell<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Budget Towing<br>6117 NE Portland Hwy, Bld 2<br>Portland, OR 97218 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Budget Truck Rental<br>16449 Collections Center Dr.<br>Chicago, IL 60693 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 22 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Bueno Carmona, Yoisel<br>15832 SE Stark St, Apt I<br>Portland, OR 97233 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Buenrostro, Joshua<br>2502 Fruitvale Blvd<br>Yakima, WA 98902 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bull, Garrett<br>102 Tacoma Blvd S #2<br>Pacific, WA 98047 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bulla, Peter<br>24620 Russell Rd Apt Y101<br>Kent, WA 98032 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Bullivant Houser Bailey<br>888 SW 5th Avenue, Ste 300<br>Portland, OR 97204 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 23 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Burdick, Dan<br>5217 71ST AVE E<br>PUYALLUP, WA 98371 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Burger, Tiffany<br>6218 SE 238th Pl DD102<br>Kent, WA 98032 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Burnett, Paul<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Burns, Norman<br>33 Oriole Lane<br>Lake Oswego, OR 97035 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Burress, Lovell Douglas<br>3162 NW POVEY AVE<br>TERREBONNE, OR 97760 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 24 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Bushman Jr, Charles<br>4248 A St SE Trlr 676<br>Auburn, WA 98002-8686 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Butler, Alexander<br>145 NE 165th Ave<br>Portland, OR 97203 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Butler, Bob<br>4508 200TH ST NE<br>ARLINGTON, WA 98223 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Byrley, Marty<br>1248 SW 17th St<br>Redmond, OR 97756 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Cairns, Michael<br>18031 SW Pacific Hwy<br>Tualatin, OR 97062 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 25 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Call, Logan<br>23403 SW GAGE RD<br>WILSONVILLE, OR 97070 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Calloway, Joshua<br>18109 NE FOURTH PLAIN RD<br>VANCOUVER, WA 98687 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | 0.00 |
| ACCOUNT NO.<br>Canaga Tire Company<br>1179 S Park St.<br>Lebanon, OR 97335 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Capital Medical Center Special<br>PO Box 848967<br>Boston, MA 02284-8967 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Cardenas, Jorge<br>2002 106 STREET S<br>TACOMA, WA 98444 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 26 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Carlton, Aaron<br>24050 SE Stark St<br>Gresham, OR 97030 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Carothers, Will<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Carr, Joseph<br>21100 NE Sandy Blvd, SP 14<br>Fairview, OR 97024 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Carson Oil Co.<br>3125 NW 35th Ave.<br>Portland, OR 97120 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Carver, Eric<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 27 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Cascade Auto Parts<br>148 Easy St.<br>Wenatchee, WA 98801 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Cascade Health Solutions<br>PO Box 4280 Unit 27<br>Portland, OR 97208 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Cascade Natural Gas<br>PO Box 34344<br>Seattle, WA 98124-1344 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Case, Michael<br>729 Monroe St<br>Wenatchee, WA 98801 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Casebeer, Greg<br>Casebeer's Delivery Service<br>PO Box 3037<br>Oregon City, OR 97045 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 28 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Castro, Michael<br>17019 19TH AVE E<br>SPANAWAY, WA 98387 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Catalyst IT Services<br>PO BOX 16000<br>Lewiston, ME 04243-9407 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Caudle, Trent A<br>7517 SE 116TH AVE<br>PORTLAND, OR 97266 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Cavalier Association<br>c/o Carol Bogus<br>220 Lancer St<br>Gleneden Beach, OR 97388 | | J | Incurred: 2014<br>Homeowner's association for beach house. | | | | 50.00 |
| ACCOUNT NO.<br>Cawood, Richard<br>2061 ROCK ISLAND ROAD<br>WENATCHEE, WA 98802 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | 0.00 |

Sheet no. 29 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 50.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0101<br>Cedar Creek Internal Medicine<br>10200 SW Eastridge St, Suite 205<br>Portland, OR 97225-5032 | | J | Incurred: 2013 and 2014<br>Consideration: Medical Services | | | | 1,250.00 |
| ACCOUNT NO.<br>Cedarleaf, Alex<br>192 SE CRESTVIEW DR<br>HILLSBORO, OR 97123 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Centennial Truck Cleaning<br>511 SE South Hill Rd<br>Sunnyside, WA 98944 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Century Link-206-244-2107<br>Seattle<br>PO Box 91155<br>Seattle, WA 98111-9255 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>CenturyLink-208-321-8675<br>Boise<br>P.O. Box 29040<br>Phoenix, AZ 85038-9040 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 30 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 1,250.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CenturyLink-208-338-6592<br>PO Box 29040<br>Phoenix, AZ 85038-9040 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>CenturyLink-Moses Lake-8128<br>PO Box 91155<br>Seattle, WA 98111 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>CenturyLink-Spokane-8406<br>PO Box 91155<br>Seattle, WA 98111 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>CenturyLink-Yakima-2595<br>PO Box 91155<br>Seattle, WA 98111 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Chambers, James<br>193 SW Eastman Pkwy, #69<br>Gresham, OR 97080 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 31 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Chapman, Jary<br>7483 SE 82ND AVE APT 12<br>PORTLAND, OR 97266 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Chapman, Leundre<br>101 S. NEWPORT STREET APT B<br>KENNEWICK, WA 99337 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Chartis Insurance/AIG<br>Specialty Workers Comp Group<br>POB 409<br>Parsippany, NJ 07054-0409 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Chavez, Nestor<br>1007 S 48TH AVE #11<br>YAKIMA, WA 98908 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Check, Stephen<br>426 171ST AVE SE<br>TENINO, WA 98589 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 32 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Chen, Jay<br>2824 BENSON RD S<br>RENTON, WA 98055 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Childers, Garon<br>109 Sareault Rd<br>Toledo, WA 98591 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Chiu, Wai<br>1300 NE 181St Ave, Apt 26<br>Portland, OR 97230 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Choi, Chuck<br>3801 W Walnut St.<br>Yakima, WA 98902 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Chouinard, Robert<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | 0.00 |

Sheet no. 33 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Chubb Group/Federal Insurance<br>15 Mountain View Rd.<br>Warren, NJ 07059 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Cintas Corp.<br>9045 N. Ramsey Blvd<br>Portland, OR 97203 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Cintas Corporation # 606<br>918 N 5th Ave<br>Yakima, WA 98902 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>CIT-Pacific Office Automation<br>PO Box 550599<br>Jacksonville, FL 32255 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>City of Boise Utility Billing<br>P.O. Box 2760<br>Boise, ID 83701 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 34 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>City of Kent - Utility Bill<br>PO Box 84665<br>Seattle, WA 98124 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>City of Millersburg<br>4222 NE Old Salem Rd<br>Albany, OR 97321 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>City of Moses Lake<br>PO Box 1579<br>Moses Lake, WA 98337 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>City of Ontario<br>444 SW 4th St.<br>Ontairo, OR 97914 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>City of Portland<br>POB 8038<br>Portland, OR 97207-8038 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 35 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>City of Spokane<br>808 W Spokane Falls<br>Spokane, WA 99256 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Clackamas County Tax Collector<br>POB 6100<br>Portland, OR 97228-6100 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Clapp, John<br>18633 SE SEMPLE RD<br>DAMASCUS, OR 97089 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Clark, Barry<br>Fredo Enterprises<br>13424 NE Sacramento St<br>Portland, OR 97230 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Clark, Chad<br>807 SE 2nd<br>Pendelton, OR 97801 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 36 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Clark, Rex<br>River City Express<br>2489 N Fox Ct.<br>Postfalls, ID 83854 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Classic Business Printing Svc<br>PO Box 548<br>Clackamas, OR 97015 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Clock, John A<br>915 S Pines #9<br>Spokane, WA 99206 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Clyde M. Loughead<br>913 SE Zeller Lane<br>Bend, OR 97702 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Cobb, Clifton<br>2707 J ST NE UNIT A<br>AUBURN, WA 98002 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 37 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ious<br>Coers Mitchell Law LLC<br>2100 NE Broadway, Suite 105<br>Portand, OR 97232 | | J | Incurred: 2014<br>Consideration: Legal services | | | | 13,879.40 |
| ACCOUNT NO. 2072<br>Coers Mitchell Law LLC<br>2100 NE Broadway, Suite 105<br>Portand, OR 97232 | | H | Consideration: Legal services | | | | 7,404.24 |
| ACCOUNT NO.<br>Colarusso, Giovanni<br>12316 SE 217TH STREET<br>KENT, WA 98031 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Colby, Steven<br>619 S 11TH AVE<br>YAKIMA, WA 98902 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Colcher, Frank<br>123 112TH AVE NE SUITE 342<br>BELLEVUE, WA 98004 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 38 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 21,283.64

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Coleman Diesel Repair<br>211 S. Valley Street<br>Port Angeles, WA 98362 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Colfax Body Repair LLC<br>514 S Main St.<br>Colfax, WA 99111 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Colliers<br>Terrill Collier<br>11814 SE Jennifer<br>Clackamas, OR 97015 | X | H | Former landlord of The Fitness Academy, LLC. Husband signed personal guarantee. | | | | Notice Only |
| ACCOUNT NO.<br>Collins, De'Angelo<br>1755 SE 112th Avenue<br>Portland, OR 97216 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Collins, Kitty<br>Crabtree Bridge Assoc.<br>18581 Timbergrove Ct.<br>Lake Oswego, OR 97035 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 39 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor — Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Columbo, Richard<br>798 EVERGREEN RD APT #47<br>WOODBURN, OR 97071 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Comcast - Albany<br>PO Box 34227<br>Seattle, WA 98124 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Comcast - Spokane<br>PO Box 34744<br>Seattle, WA 98124 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Comfort Suites<br>15929 S.E. Mc Kinley Ave.<br>Clackamas, OR 97015 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Complete Innovations Inc<br>475 Cochrane Dr, Ste 8<br>Markham, ON L3R9R5<br>CANADA | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 40 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Connell, Bryan<br>5 SW Whitaker, Apt 7<br>Portland, OR 97239 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Constantine, Josh<br>100 NE 162 #E<br>PORTLAND, OR 97230 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Constanzo, Joe<br>2917 W 19TH LOT 105<br>KENNEWICK, WA 99337 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Cook, Rob<br>RC Delivery<br>PO Box 1743<br>Wenatchee, WA 98807 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Coontz, Dale<br>115 E ANTON AVE #44<br>COEUR D'ALENE, ID 83815 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 41 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Cooper, Chris<br>Vazon Bay Enterprises<br>18555 Timbergrove Ct.<br>Lake Oswego, OR 97035 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Copiers Northwest<br>601 Dexter Ave. N.<br>Seattle, WA 98109 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Copy Machine Specialist-CMS<br>1366 SW 216th Pl.<br>Beaverton, OR 97006 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Cosper, Jessie<br>7831 NE Oregon St<br>Portland, OR 97213 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Couldry, Stephen<br>20715 104TH PLACE SE<br>KENT, WA 98031 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 42 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Country Inn & Suites, Meridian<br>3355 East Pine Avenue<br>Meridian, ID 83642 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Cournoyer, Henry<br>305 A STREET<br>AUBURN, WA 98002 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Covaci, Claudio<br>5507 NE 54th St<br>Vancouver, WA 98661-7830 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Cox, Alvin<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Cox, Gary<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 43 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Crisp, Richard<br>1308 N SCHEUBER RD #1<br>CENTRALIA, WA 98531 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Crosby, Eddie E.<br>723 SW 257th Ave Apt 63<br>Troutdale, OR 97060-7423 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Crosby, Rick<br>3608 STRATTFORD CT<br>KENT, WA 98032 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Crowley & Son Security Systems<br>23790 S. Rondevic Dr.<br>Canby, OR 97013-7784 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Culnane, Chris<br>250 N RAYMOND RD #B1<br>SPOKANE VALLEY, WA 92206 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 44 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor** **Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Cumberland, Ray<br>19228 73RD AVE NE<br>KENMORE, WA 98028 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Cummins, Shane<br>26707 172nd Place SE<br>Covington, WA 98042 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Cunningham, Daniel<br>12303 Valley Ave E<br>Puyallup, WA 98372 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Cunningham, Gary<br>3302 NW Marine Dr.<br>Troutdale, OR 97060 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. Shareholder of Pacific Cargo Services, LLC. | | | | Notice Only |
| ACCOUNT NO.<br>Cunningham, Timothy<br>14703 Glen Oak Rd<br>Oregon City, OR 97045 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 45 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Current Electrical Construction<br>PO Box 19652<br>Portland, OR 97280 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Curry General Hospital<br>94220 Fourth St.<br>Golden Beach, OR 97444 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Curry, Chuck<br>9917 E EMPIRE<br>SPOKANE, WA 99206 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Cutting Edge FCU<br>POB 22192<br>Portland, OR 97269-2192 | X | H | Corporate secured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>CW Gatewood, LLC<br>3652 Robin View Drive<br>West Linn, OR 97068 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 46 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>D&L Pallet Jack Service<br>15033 SE Rupert Dr.<br>Milwaukie, OR 97267 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Daft, Randall Leroy<br>31029 123RD LANE SE<br>AUBURN, WA 98092 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Daimler Truck Financial<br>POB 5261<br>Carol Stream, IL 60197-5261 | X | H | Corporate unsecured creditor; Husband signed personal guaranty. | | X | X | Unknown |
| ACCOUNT NO.<br>Dalton, Douglas<br>62388 STARR LN<br>LA GRANDE, OR 97856 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Damskov<br>PO Box 3429<br>Omak, WA 98841 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 47 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>David A. Foraker<br>Greene & Markley PC<br>1515 SW 5th Ave Ste 600<br>Portland, OR 97201 | | H | Attorney for creditor Stephen Philip Arnot | | | | Notice Only |
| ACCOUNT NO.<br>David Valaer<br>4500 S.W. Kruse Way, Ste 200<br>Lake Oswego, OR 97035-2564 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Davis, Albert<br>505 E TIETON AVE<br>SPOKANE, WA 99218 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Davis, Brian<br>217 E Columbia Drive #20<br>Kennewick, WA 99336 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Davis, Richard<br>Richard Davis Courier<br>12562 SW 115th Ave<br>Tigard, OR 97223 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 48 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>De Jesus Vazquez, Javier<br>3123 NE 29th Street, Apt 324<br>Gresham, OR 97030 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>De Lage Landen<br>POB 41602<br>Philadelphia, PA 19101-1602 | X | H | Corporate secured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Dean, Kevin<br>636 E HURLBURT AVE<br>HERMISTON, OR 97838 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Dees, Robert<br>26724 171ST PL SE D-105<br>COVINGTON, WA 98042 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Dela Rosa, Petronilo<br>11792 SE FULLER RD<br>MILWAUKIE, OR 97222 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 49 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Delany, Karen<br>3302 NW Marine Dr.<br>Troutdale, OR 97060 | | J | Precautionary listing; Member of Pacific Cargo Services, LLC. | | | | Notice Only |
| ACCOUNT NO.<br>Delivery Solutions<br>1571 West Dokos View Ct.<br>Salt Lake City, UT 84104 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Dell Financial Services<br>One Dell Way<br>Round Rock, TX 78682 | | H | Alternate address | | | | Notice Only |
| ACCOUNT NO.<br>Dell Financial Services<br>POB 5292<br>Carol Stream, IL 60197-5292 | X | H | Corporate secured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Department of Labor & Industry<br>State of Washington<br>415 W Wishkah St #B<br>Aberdeen, WA 98520-6132 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 50 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Department of Labor & Industry<br>State of Washington<br>POB 44510<br>Olympia, WA 98504 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Dependable Door<br>1214 Malaga Ave<br>Wenatchee, WA 98801 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Diaz, Jesus<br>830 S Hawthorne<br>Kennewick, WA 99336 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Diaz, Rafael<br>1111 West Hopkins<br>Pasco, WA 99301 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Diaz, Sergio<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 51 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Dickman, Isaac<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Dietz, Rex<br>1218 S 40TH AVE APT A<br>YAKIMA, WA 98908 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Dinguss, Kenneth<br>13212 NE 36TH STREET<br>VANCOUVER, WA 98682 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Direct Express, LLC<br>PO Box 711537<br>Salt Lake City, UT 84171 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Dish Network<br>Dept 0063<br>Palatine, IL 60055-0063 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 52 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Dishman II, Kenneth<br>724 CASCADE AVE<br>OREGON CITY, OR 97045 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Dixon, LaMarquise<br>PO BOX 6385<br>KENNEWICK, WA 99336 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Doctors Express Southcenter<br>18012 W Valley Southcenter<br>Kent, WA 98032-1022 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Dollar Rent a Car<br>c/o Dollar Processing Services<br>PO Box 956649<br>St. Louis, MO 63195-6649 | | H | Alternate address | | | | Notice Only |
| ACCOUNT NO.<br>Dollar Rent a Car<br>PO Box 13270 O-6<br>Scottsdale, AZ 85267-3270 | | H | Consideration: Vehicle rental | | | | 25.00 |

Sheet no. 53 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 25.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Door-Tech Inc<br>1250 N Wenatchee Ave #H-152<br>Wenatchee, WA 98801 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Dorantes, Javier<br>444 SE 99 Ave #6<br>Portland, OR 97216 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Dosch, Randy<br>1024 99TH ST E<br>TACOMA, WA 98445 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Dowdy's Automotive Service<br>3183 South Federal Way<br>Boise, ID 83705 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Downtown Self Storage<br>1304 NW Johnston St.<br>Portland, OR 97209 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 54 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Dunn Carney<br>851 SW 6th Ave., Suite 1500<br>Portland, OR 97204 | | J | Incurred: 2013<br>Consideration: Legal services | | | | 851.91 |
| ACCOUNT NO. L027<br>Dunn Carney<br>851 SW 6th Ave., Suite 1500<br>Portland, OR 97204 | | J | Incurred: 2014<br>Consideration: Legal Services | | | | 1,404.39 |
| ACCOUNT NO.<br>Durnal, Harvey<br>10235 N Smith St<br>Portland, OR 97203 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Eagle Intermodal Services, Inc<br>PO Box 2177<br>Wenatchee, WA 98807-2177 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>EAN Holdings, LLC<br>aka EAN Services, LLC<br>600 Corporate Park Dr.<br>Saint Louis, MO 63105 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 55 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 2,256.30

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Easterly, Frank<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Eastman, Mark<br>1 Meadow Lane #34<br>Shady Cove, OR 97539 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Eddie M. Snead<br>212 N 117th St.<br>Seattle, WA 98133 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Egli, Zev<br>1735 SW East Street<br>McMinnville, OR 97128 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Ellsworth, Brad<br>4069 SW CANBY<br>PORTLAND, OR 97219 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 56 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Employment Trends<br>PO Box 27008<br>Salt Lake City, UT 84127 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Employment Trends<br>PO Box 27008<br>Salt Lake City, UT 84127 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Equify Financial, LLC<br>13600 Heritage Pkwy #150<br>Fort Worth, TX 76177 | X | J | Corporate secured creditor; Each debtor signed a personal guarantee. | | | | Unknown |
| ACCOUNT NO.<br>Erickson, Nathon<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Eshelby, Michael<br>Michael's Messenger Service<br>5217 Fairway St.<br>Newberg, OR 97132 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 57 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 0.00

Total➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Espinoza, Ariel<br>1500 West 40th Place<br>Kennewick, WA 99337 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Estrada, Jesus<br>911 N 26th Ave #2<br>Yakima, WA 98902 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Evans, Leon<br>2902 NW 23rd Ave<br>Camas, WA 98607 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Ewing, Kurt<br>2044 NW SHERMAN<br>POULSBO, WA 98370 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Explorer Satellite Comm.<br>3389 Sheridan St. #290<br>Hollywood, FL 33021 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 58 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Fagas, Abdiqani E.<br>1613 Maple Ln. #D-2<br>Kent, WA 98030 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Fairfield Inn & Suites<br>137 N Fair Ave<br>Yakima, WA 98901 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Fajardo, Sergio<br>2700 W Powell Blvd, Apt R3138<br>Gresham, OR 97030 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Fallon, Carl<br>3256 S. 181st Pl.<br>SeaTac, WA 98188 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Farley, Jennifer<br>PO Box 1253<br>Lincoln City, OR 97367-8153 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 59 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Farmer, Chad<br>8268 W Mojave Drive<br>Boise, ID 83709 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Farrester, Jacob<br>1811 N SPRUCE ST<br>LA GRANDE, OR 97850 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Fast Signs<br>10309C SE 82nd Ave<br>Portland, OR 97086 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Fausto, Jocelyn<br>34395 SE Duus Rd #18<br>Estacada, OR 97023 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>FedEx<br>PO Box 7221<br>Pasadena, CA 91109-7321 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 60 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Feeley, Richard<br>10420 NE Oregon St<br>Portland, OR 97220 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Fennerl, Mario<br>20588 NE SIERRA DR<br>BEND, OR 97701 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Fenwick, Jerry<br>3703 GRANDVIEW DRIVE WEST<br>TACOMA, WA 98466 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Ferguson, Donald<br>4949 Pleasant Crk Rd<br>Rogue River, OR 97537 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Ferguson, Mike<br>5018 NE 101ST STREET<br>VANCOUVER, WA 98686 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 61 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Field, Dustin<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Finn, Delbert<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Fireman's Fund/National Surety<br>777 San Marin Drive<br>Novato, CA 94998 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>First In Health, Inc.<br>P.O. Box 17275<br>Portland, OR 97217 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Fiscus, Jeffrey<br>2674 W Ladle Rapids Street<br>Meridian, ID 83646 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 62 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Fistonich, Nicholas<br>10850 SE 200th St<br>Kent, WA 98031 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Fitterer, Carl<br>1616 S 13TH AVENUE<br>YAKIMA, WA 98902 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Fleetwash, Inc<br>PO Box 36014<br>Newark, NJ 07188-6014 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Fleishman, Joseph<br>27824 240th Ave SE<br>Maple Valley, WA 98038 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO. 5779<br>FMA Alliance, Ltd<br>12339 Cutten Rd<br>Houston, TX 77066 | | J | Collection agency for creditor US Bank | | | | Notice Only |

Sheet no. 63 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>FMI Truck Sales & Service<br>8305 NE MLK Jr. Blvd<br>Portland, OR 97211 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Foote, Kenny<br>TAM Transport Service<br>2939 Mapleleaf Ct. NW<br>Salem, OR 97304 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Ford Motor Credit Company<br>POB 64400<br>Colorado Springs, CO 80962-4400 | X | H | Corporate secured creditor; Husband signed personal guaranty. | | | | Notice Only |
| ACCOUNT NO.<br>Forkner, Justin R<br>2020 S 360th St, #A-301<br>Federal Way, WA 98003 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Forsythe, Tom<br>1415 U Avenue<br>La Grande, OR 97850 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 64 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Frair, Tyrone<br>20407 4th Place S<br>Des Moines, WA 98198 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Frazier, James<br>4741 S 6TH ST APT #46<br>KLAMATH FALLS, OR 97603 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Frederick, Travis<br>7911 SE 82nd Ave, #38<br>Portland, OR 97266 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Fredin, Gordon<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Freedom Truck Center, Inc.<br>10310 W Westbow Rd<br>Spokane, WA 99224 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 65 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Fricks, Steve<br>PO BOX 521<br>ILWACO, WA 98624 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Frontier<br>PO Box 20550<br>Rochester, NY 14602-0550 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>FTL, Inc.<br>P.O. Box 1582<br>Clackamas, OR 97015-9998 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Full Circle Wireless, Inc.<br>8900 Reasearch Dr.<br>Irvine, CA 92618 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Fuller, Michael<br>206215 SCHUSTER RD<br>KENNEWICK, WA 99337 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 66 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>G & J Towing and Storage<br>PO Box 1487<br>Yakima, WA 98907 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Gama, Michael<br>30945 NE Hurt Rd.<br>Troutdale, OR 97060 | | J | Precautionary listing; Member of Pacific Cargo Services, LLC. | | | | 0.00 |
| ACCOUNT NO.<br>Gardner, Craig<br>5728 N STARR RD<br>NEWMAN IK, WA 99025 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>GB Systems, Inc<br>7202 NE 175th St.<br>Kenmore, WA 98028 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO. 4F18<br>GC Oregon City<br>1677 Molalla Ave<br>Oregon City, OR 97045 | X | J | Incurred: 2013<br>Consideration: Dental services | | | | 157.50 |

Sheet no. 67 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 157.50

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>GC Oregon City<br>c/o Central Business Office<br>555 W Benjamin Hlt Dr #100-1<br>Stockton, CA 95207-3839 | X | J | Alternate address | | | | Notice Only |
| ACCOUNT NO.<br>GE Capital Corp.<br>POB 822108<br>Philadelphia, PA 19182-2108 | X | J | Incurred: 2012<br>Corporate secured creditor; Each debtor signed a personal guarantee. | | | | 401,067.00 |
| ACCOUNT NO.<br>Gelhardt, Steven<br>206 Stark St<br>Medford, OR 97504 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>General Parts Distribution LLC<br>c/o Richard McCook, Manager<br>2635 E. Millbrook Rd.<br>Raleigh, NC 27604 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Gerdes, Jessica<br>135 NE 190th Place<br>Portland, OR 97230 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 68 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 401,067.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Gervin, Leslie<br>1001 SE 15 St, SP 179<br>Bend, OR 97702 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Gessler, Scott<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Gilbert, Jason<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Girard, Steven<br>PO BOX 185<br>GARDINER, OR 97441 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Gladfelder, Amy<br>14825 SW 92nd Ave.<br>Tigard, OR 97224 | X | H | Incurred: 2012<br>Former accountant of corporation. Has filed lawsuit against corporation and husband for sexual discrimination. | | X | X | 1,000,000.00 |

Sheet no. 69 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 1,000,000.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Glavan, Milan<br>5810 S Tallowtree Way<br>Boise, ID 83716 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Gleason, David<br>PO BOX 727<br>BORING, OR 97009 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Go-Ferit Express, Inc.<br>PO Box 388<br>Twin Falls, ID 83303 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Goff, Eric<br>7875 SE Monroe<br>Milwaukie, OR 97222 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Goldy's Landscaping & Irr.<br>PO Box 841<br>Lincoln City, OR 97367 | | J | Incurred: 2014<br>Lawn care for beach house. | | | | 190.00 |

Sheet no. 70 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 190.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Gonzalez, Jaime<br>NEK Courier<br>6155 SW King Blvd #1<br>Beaverton, OR 97008 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Gonzalez, Jose<br>1635 1st St SE<br>E Wenatchee, WA 98802-5558 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Gonzalez, Misael C<br>725 SW 257th Ave Apt 74<br>Troutdale, OR 97060 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Good To Go<br>PO Box 300326<br>Seattle, WA 98103 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Grainger, Inc.<br>Dept 624-863536496<br>Palatine, IL 60038-0001 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 71 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0357<br>Grant & Weber, Inc.<br>861 Coronado Center Dr, Suite 211<br>Henderson, NV 89052 | X | J | Consideration: Medical Services<br>Collectyion agency for Long Beach Emergency Medical Group | | | | 271.74 |
| ACCOUNT NO.<br>Gray, Aaron<br>1887 Water Street<br>Salem, OR 97301 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Gray, Jeremy<br>8224 N OLYPIA ST<br>PORTLAND, OR 97203 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | 0.00 |
| ACCOUNT NO.<br>Graystone Capital<br>851 E Hamilton Blvd, #200<br>Campbell, CA 95008 | X | H | Corporate secured creditor; Husband signed personal guaranty. | | | | Unknown |
| ACCOUNT NO.<br>Greek, Riley<br>36803 34TH AVE S.<br>AUBURN, WA 98001 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 72 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 271.74

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Greene, Jack<br>930 NE 66TH AVE<br>PORTLAND, OR 97213 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Greene, Sean<br>12907 NE 16TH STREET<br>VANCOUVER, WA 98684 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Gresham Nissan<br>1925 E Powell Blvd<br>Gresham, OR 97080 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Griffin, Michael<br>411 7th Street<br>Benton City, WA 99320 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Grigsby, James<br>27902 PACIFIC HWY S 233B<br>FEDERAL WAY, WA 98003 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 73 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Case No.** 14-35381-rld7
**Debtor** **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Grimes, Ed<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Grissom, Nicholas<br>415 LAKEVIEW RD K19<br>LYNNWOOD, WA 98087 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Grow, Roger<br>2990 E Mackay Drive<br>Meridian, ID 83642 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Gudde, David<br>10906 4th Ave West<br>Everett, WA 98204 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Gurau, Liviu BOB<br>819 NE 181ST AVE<br>PORTLAND, OR 97230 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 74 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Gutierrez, Jose<br>6415 NE Killingsworth<br>Portland, OR 97218 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Gyan, Oppong<br>27830 PACIFIC HWY APT L304<br>FEDERAL WAY, WA 98003 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hadd, Toby<br>2915 SW Hewitt, Apt 1<br>Troutdale, OR 97060 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hagert, Dan<br>475 S OBENCHAIN RD<br>EAGLE POINT, OR 97524 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hakkoum, Matar<br>Hakkoum Corporation<br>2352 SE 135th Avenue<br>Portland, OR 97233 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 75 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor** **Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Hall, Kellie<br>12411 AMBAUM BLVD SW #203<br>BURIEN, WA 98146 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Halvorson, Tara<br>20814 4th Ave S<br>Des Moines, WA 98198 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hamer, Davey<br>2128 252 St<br>Kent, WA 98032 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hammon Service Corp<br>PO Box 2586<br>Idaho Falls, ID 83403 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hampton Inn<br>9040 SE Adams St.<br>Clackamas, OR 97015 | | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 76 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Hann, Karen<br>20454 NE Sandy Blvd, #72<br>Fairview, OR 97024 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Harding, Jim<br>Jamboree NW<br>4310 SE King Rd #265<br>Milwaukee, OR 97222 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hargens, Blake<br>3637 SE GROGAN AVE<br>MILWAUKIE, OR 97222 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Harper, Duane<br>16406 NE 33RD ST<br>VANCOUVER, WA 98682 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Harris, Berry<br>16705 NE 12TH ST<br>VANCOUVER, WA 98684 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 77 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Harris, Sheri<br>31404 E KENNEDY RD NE #11<br>BENTON CITY, WA 99320 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Harry's Key Service<br>2213 Main St.<br>Vancouver, WA 98660 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hartley, Charles<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hatch, Preston<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hayes, Mark B<br>1310 Yuma St<br>Milton, WA 98354 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 78 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Health Optio<br>645 W Orchard, Suite 200<br>Hermiston, OR 97838 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Heaney, Tyler<br>1552 NW KEASEY ST<br>ROSEBURG, OR 97471 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Heard, Kelly<br>16364 SE 135TH AVE #8<br>CLACKAMAS, OR 97015 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Heartland Automotive<br>dba Jiffy Lube<br>PO Box 140699<br>Irving, TX 75014-0699 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Heimbuch, Zackary<br>4141 Soupor Dr<br>Albany, OR 97374 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 79 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Hein, Courtney<br>41584 SE Thomas Rd<br>Sandy, OR 97055 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Heinrich, Craig<br>3000 NE 109th Ave # 104<br>Vancouver, WA 98682 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Heiser Body Company<br>PO Box 88406<br>Tukwila, WA 88406 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hergic, Emir<br>13406 SE DIVISION ST<br>PORTLAND, OR 97236 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hermiston Auto Body<br>30519 Oldfield St.<br>Hermiston, OR 97838 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 80 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Hermiston Transit Service<br>115 SE 10th Street<br>Irrigon, OR 97844 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hernandez, Cesar<br>9053 NE Sandy Blvd.<br>Portland, OR 97220 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hernandez, Juan<br>9311 SE Tenino Ct<br>Portland, OR 97266 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hernandez, Julio<br>11130 SE HENDERSON DRIVE<br>PORTLAND, OR 97266 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hernandez, Manuel<br>13217 NE 59TH ST #76<br>VANCOUVER, WA 98632 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 81 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Hersey, Karl<br>502 Earl<br>Moses Lake, WA 99837 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hester, Jason<br>Man & Van Delivery<br>8140 Tyee Rd<br>Umpqua, OR 97486 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hewitt, Aaron<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hey, Michael<br>13171 SE Hwy 212<br>Clackamas, OR 97015 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hibbard, Leroy<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 82 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Hicks, Allen<br>4302 N Chirstesen Road<br>Medical Lake, WA 99022 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Higgins Signs, Inc.<br>PO Box 1545<br>Clackamas, OR 97015 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>High's Trailer Repair<br>PO Box 23036<br>Federal Way, WA 98093 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hight, Brandon<br>109 WASHINGTON STREET<br>OREGON CITY, OR 97045 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hight, Charlton<br>1047 NE 162ND<br>PORTLAND, OR 97230 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | 0.00 |

Sheet no. 83 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Hildebrandt, Brandon<br>5301 SE Welch Rd<br>Gresham, OR 97080 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hiline Auto Repair<br>834 SW 149th<br>Burien, WA 98166 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hill, David<br>2390 SW Vermont Street, Apt 40<br>Portland, OR 97219 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hoag, Brian<br>1303 ROCHE FONTAINE ST<br>RICHLAND, WA 99354 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hoay, Vibol<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 84 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Hodge Distrbuting, Inc<br>PO Box 276<br>Myrtle Point, OR 97458 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hoefer, Jerrod<br>11241 FOREST RIDGE LN<br>OREGON CITY, OR 97045 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hogarth, David<br>3450 N Duane Way<br>Boise, ID 83713 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Holiday Inn & Suites<br>22318 84th Ave. S.<br>Kent, WA 98032 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Holiday Inn Express<br>Spokane Valley<br>9220 E. Mission<br>Spokane, WA 99206 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 85 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor — Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Holiday Inn Express & Suites<br>19621 International Blvd<br>SeaTac, WA 98188 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Holman, Kevin<br>921 E CASCADE AVE<br>SISTERS, OR 97759 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Holman, William<br>60610 SW BRAGADA WAY<br>BEND, OR 97702 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Holper Iii, Jake<br>179 Pilgrim Rd<br>Castle Rock, WA 98611 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Holper, Lynda<br>179 PILGRIM RD<br>CASTLE ROCK, WA 98611 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 86 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Holtschult, William<br>2150 NE SUNDOWN CT<br>HILLSBORO, OR 97124 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hopkins, Michael<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hopper, Linda<br>T & L Courier<br>1345 Brookhaven Ln<br>Postfalls, ID 83854 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Horizon Truck Center<br>11000 Tukwila Intnatl. Blvd.<br>Seattle, WA 98168 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hornstein, Mark<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 87 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Horvath, Zachary<br>2852 SE ASH ST<br>PORTLAND, OR 97214 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hot Shots, INC<br>PO Box 1277<br>Meridian, ID 83680 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Howard, Patrick<br>3760 Empire St<br>Albany, OR 97322 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hubert, Mark<br>1809 SE JO CT<br>MILWAUKIE, OR 97267 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hublein, Lee<br>315 E 27TH AVE<br>KENNEWICK, WA 99337 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 88 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Huizar, Saul<br>1201 40th St Apt 4<br>Bakersfield, CA 93301-1150 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Humphries, Patrick<br>1707 SE 135th Ave<br>Portland, OR 97233 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hunt, Jason<br>11550 SE HIGHLAND LOOP<br>CLACKAMAS, OR 97015 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hunter, Kevin<br>510 BARTH AVE<br>RICHLAND, WA 99352 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Hurdlow, Kevin<br>11103 SE 224TH PL<br>KENT, WA 98031 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 89 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Huremovic, Amir<br>4011 E 24th Ave<br>Spokane, WA 99223 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Huremovic, Rasid<br>4011 E 24th Avenue<br>Spokane, WA 99223 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Huskey, Ira<br>721 Viewpoint Dr<br>Culver, OR 97734 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Idaho Power<br>P.O. Box 70<br>Boise, ID 83707 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Idealease<br>13123 48th Ave South<br>Seattle, WA 98168 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 90 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>IDM/Cable Huston Client Trust<br>1001 SE 5th Ave Ste 2000<br>Portland, OR 97204 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Idrissa, Abdou<br>204 SW 108 Street<br>Seattle, WA 98146 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Ikemoto, Andrew<br>23015 SE NAOMI CT<br>DAMASCUS, OR 97089 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Ikemoto, Glenn<br>23015 SE Naomi Court<br>Damascus, OR 97089 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Ikemoto, Glenn<br>3302 NW Marine Dr.<br>Troutdale, OR 97060 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. Member of Pacific Cargo Services, LLC. | | | | Notice Only |

Sheet no. 91 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Integra Telecom of Oregon Inc.<br>PO Box 2966<br>Milwaukee, WI 53201-2966 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Integra Telecom-Troutdale<br>PO BOX 2966<br>Milwaukee, WI 53201 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>InterDyn-Remington Consulting<br>121 SW Salmon St.<br>Portland, OR 97204 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Intermountain Gas Co.<br>PO Box 64<br>Boise, ID 83732 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Intuit<br>PO Box 513340<br>Los Angeles, CA 90051-3340 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 92 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Iron Mountain<br>P.O. Box 27128<br>New York, NY 10087-7128 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Isakagic, Ernes<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Issak, Ibrahim Adam<br>3002 S 208TH STREET APT #A1<br>SEATTLE, WA 98198 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Isuzu Finance of America, Inc.<br>23906 Network Place<br>Chicago, IL 60673-1239 | X | H | Corporate secured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>J.J. Keller & Associates, Inc.<br>P.O. Box 548<br>Neenah, WI 54957-0548 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 93 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ja-Lu Storage<br>Nelson Real Estate<br>845 Campbell St.<br>Baker City, OR 97814 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Jack's Superior Autobody<br>310 W Columbia Dr.<br>Kennewick, WA 99336 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Jama, Abdinoor<br>PO BOX 20353<br>SEATTLE, WA 98102 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>James Maloney<br>Lathrop & Gage LLP<br>2345 Grand Ave., Suite 2400<br>Kansas City, MO 64108-2684 | | H | Collection attorney for creditor GE Capital Corp. | | | | Notice Only |
| ACCOUNT NO.<br>James T. Dollens<br>16250 SE Orchard View Ln<br>Damascus, OR 97089 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 94 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>James, Richard<br>13139 Hubbard St SE<br>Rainier, WA 98576-9717 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Janello, Phillip<br>2130 N Kilpatrick St Unit 17000<br>Portland, OR 97217-0015 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>JC Delivers<br>917 E Rich St.<br>Spokane, WA 99207 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Jenkins III, John<br>8810 John Dower Rd, Apt 4<br>Lakewood, WA 98496 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Jenkins, Donald<br>17205 S Passley Rd<br>Brookings, OR 97415 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 95 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jibril, Siyad A.<br>4702 Davis Ave. S. #Bb204<br>Renton, WA 98055 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Jim's Pacific Garages, Inc.<br>2708 N. Commercial Ave.<br>Pasco, WA 99301-9507 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>John F. Kilcullen<br>Brown, Roseta, Long, et al<br>44 Club Road, Ste. 210<br>Eugene, Oregon 97401 | | J | Collection attorney for creditor PACCAR Financial Corp. | | | | Notice Only |
| ACCOUNT NO.<br>Johns, Steven<br>17385 SW PILKINGTON RD APT 7<br>LAKE OSWEGO, OR 97035 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Johnson, Art<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 96 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Johnson, Earnest<br>1013 S 323RD ST<br>FEDERAL WAY, WA 98003 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Johnson, Grant<br>209 169TH STREE SE<br>MILL CREEK, WA 98012 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Johnson, John<br>408 4TH STREET<br>CARBONADO, WA 98323 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Johnson, Ryan<br>9257 11th Ave SW<br>Seattle, WA 98106-2905 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Johnston, Tim<br>1019 QUEEN ANNE AVE<br>MEDFORD, OR 97501 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 97 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jones, Jeremiah<br>422 N JEFFERSON ST<br>KENNEWICK, WA 99336 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | 0.00 |
| ACCOUNT NO.<br>Jones, Michael<br>4325 S. Junett St<br>Tacoma, WA 98409 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Jones, William<br>2711 W POWELL BLVD #I372<br>GRESHAM, OR 97030 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | 0.00 |
| ACCOUNT NO.<br>Joseph, David<br>13076 S E 134TH AVE<br>CLACKAMAS, OR 97086 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Jubitz<br>P.O. Box 11251<br>Portland, OR 97211-1251 | X | H | Corporate unsecured creditor; Husband signed personal guaranty. | | | | 250,000.00 |

Sheet no. 98 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 250,000.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Karen Delany<br>1111 Meadow Dr B-7<br>Molalla, OR 97038 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Kariuki, Stephen<br>1900 SW Campus Drive, #20-305<br>Federal Way, WA 98023 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Keesee, Jacob A<br>5003 W Powell Blvd #216<br>Gresham, OR 97030 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Kelly, Scott<br>151 CASCADIA LOOP<br>SEQUIM, WA 98382 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Kennedy, Joe J<br>12240 SE 60th Street #46<br>Bellevue, WA 98006 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 99 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Kennewick Ranch & Home Inc.<br>845 N Columbia Center Blvd<br>Kennewick, WA 99336 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>KENT 84, L.L.C.<br>Attn: Property Manager<br>3417 Hunts Point Rd.<br>Bellevue, WA 98004 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Kenworth Sales Co.<br>6420 E Broadway<br>Spokane, WA 99212 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Kerr, Gary<br>1520 W 15TH AVE<br>KENNEWICK, WA 99337 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Ketchum, Casey<br>3834 S. 288TH ST<br>AUBURN, WA 98001 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 100 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Khalaf, Salti<br>Salti Khalaf<br>5758 SW Coventry Place<br>Beaverton, OR 97007 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Kibbe, Henry<br>36921 5TH AVE SW<br>FEDERAL WAY, WA 98023 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Kibbe, Lee<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Kilbourne, Christiansen<br>5438 S Skyline Parkway<br>Ogden, UT 84403 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Kilcup, Andrew<br>13409 SE MCLOUGHLIN BLVD #42<br>MILWAUKIE, OR 97222 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 101 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Kinney, Jared<br>5537 SE HARLOW ST<br>MILWAUKIE, OR 97222 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Koffie, James<br>27830 Pacific Hwy. S #H-101<br>Seattle, WA 98003 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Kottraba, Jody<br>11166 W Goldenspire Dr<br>Boise, ID 83709 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Kriegel, Christian<br>15709 N SYCAMORE<br>MEAD, WA 99021 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Kuni BMW -Claims/Cods<br>PO Box 4810<br>Beaverton, OR 97076 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 102 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Labor Ready Northwest, Inc.<br>PO Box 42407<br>Portland, OR 97242 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Lake Street Investments, LLC<br>c/o Carstens Management Co.<br>1202 E. Sprague Ave. Ste. 202<br>Spokane, WA 99202 | | H | Alternate address | | | | Notice Only |
| ACCOUNT NO.<br>Lake Street Properties LLC<br>E. 1202 Sprague Ave #202<br>Spokane, WA 99202 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Lamb's Wilsonville Thriftway<br>8255 SW Wilsonville Road<br>Wilsonville, OR 97070 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Lammers Truck Center<br>195 Deere Street<br>Twin Falls, ID 83301 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 103 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Lanier, Maurie<br>17573 S E CASON RD<br>GLADSTONE, OR 97027 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>LaPine, Joshua<br>10341 SE Bell Ave<br>Milwaukie, OR 97222-2230 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | 0.00 |
| ACCOUNT NO.<br>Larios, Esvin<br>3203 E 33rd Street, Apt 39<br>Vancouver, WA 98661-5064 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Larry H. Miller-Salt Lake City<br>1340 S 500 W<br>Salt Lake City, UT 84115 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Laura Loesch<br>dba Good Grief Courier<br>3351 Spirit Lake Cutoff Rd<br>Spirit Lake, ID 83869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 104 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>LCD Exposition Services<br>PO Box 4487<br>Spokane, WA 99220-0487 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO. 4345<br>LDC Collection Systems<br>PO Box 7684<br>San Francisco, CA 94120-7684 | | H | Incurred: 2013<br>Consideration: Traffic ticket | | | | 174.00 |
| ACCOUNT NO.<br>Leady, Brandon M<br>2620 NE 82nd Circle<br>Vancouver, WA 98665 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>LeClaire, Mark<br>Marcos Delivery<br>7611 NE 154th Ave<br>Vancouver, WA 98682 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Lee's Lineup, Inc.<br>104 W Main St.<br>Chehalis, WA 98532 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 105 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 174.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Lee, Gregory<br>1134n NW 44th Ave<br>Camas, WA 98607 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Lee, May<br>4215 SE 92nd Ave<br>Portland, OR 97266 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Lee, Terry D.<br>5426 Pilgrim Dr.<br>West Jordan, UT 84081 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Legacy Laboratory Services<br>P.O. Box 5337<br>Portland, OR 97228-5337 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Leland Trailer<br>616 N Lake Rd<br>Spokane Valley, WA 99212 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 106 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Leon Guerrero, Swayze<br>471 Edmonds Ct NE<br>Renton, WA 98056 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Leon Jr., Ricardo<br>1124 FRUITBALE BLVD<br>YAKIMA, WA 98902 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Leonard Evans, Inc.<br>1424 N. Wenatchee Ave.<br>Wenatchee, WA 98801 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Leonard, April<br>6503 W Lincoln #B<br>Yakima, WA 98908 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Les Schwab, Inc.<br>10602 SE Highway 212<br>Clackamas, OR 97015 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 107 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Lewis County Fleet Service<br>863 Koontz Rd.<br>Chehalis, WA 98532 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>LexisNexis<br>PO Box 7247-7780<br>Philadelphia, PA 19170-7780 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Lien Machine Inc.<br>POB 1375<br>Clovis, CA 93613 | X | H | Corporate secured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Lincoln City Cab Company<br>3336 NE Hwy 101<br>Lincoln City, OR 97367 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Lindstedt, David<br>1348 NE 160TH AVE<br>PORTLAND, OR 97230 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 108 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Litsey, Greg<br>13811 NE Airport Dr<br>Vancouver, WA 98684 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Littler Mendleson, P.C.<br>PO Box 45547<br>San Francisco, CA 94145 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Livingston, Richard Kent<br>3603 NE 119th Ave<br>Vancouver, WA 98682-7781 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Lizotte, Christopher<br>1523 S 56TH ST<br>TACOMA, WA 98404 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Loen Jr, Ricardo<br>1124 FRUITBALE BLVD<br>YAKIMA, WA 98902 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 109 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal ➤ | $ 0.00 |
| Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Long Beach Emergency Med Group<br>1050 Linden Ave<br>Long Beach, CA 90813 | | J | Original creditor. | | | | Notice Only |
| ACCOUNT NO.<br>Long, Le<br>11421 SE 185th Place<br>Renton, WA 98055 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Lopez, Peter<br>3688 Fairbanks Ave<br>Yakima, WA 98902-1570 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Lor, Jerry<br>2947 NE 162ND AVENUE<br>PORTLAND, OR 97230 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Lor, Ricky<br>9271 SE 282nd Avenue<br>Boring, OR 97009 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 110 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Lor, Steven<br>2447 NE 162nd Ave<br>Portland, OR 97230-5505 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Lor, Tony<br>1223 NE LA MESA<br>GRESHAM, OR 97030 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Lourdes Occupational Health<br>9915 Sandifur Parkway<br>Pasco, WA 99301 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Lowe, Marcus B.<br>PO Box 904<br>Stevenson, WA 98648 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Lowery, Jeff<br>21796 SE DRAKE<br>DAMASCUS, OR 97089 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 111 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Lube Shop - Round UP Rapid<br>238 SW Court Ave<br>Pendleton, OR 97801 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Luke, Wilbert Doc<br>2105 SW WRIGHT CT<br>TROUTDALE, OR 97060 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Macciocca, Angelo<br>4304 X ST<br>Washougal, WA 98671 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Macklin, Shaun<br>16108 199TH AVE SE<br>RENTON, WA 98058 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Madison, Don<br>19835 4TH ST TUMALO<br>BEND, OR 97701 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 112 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Maggard, Kevin<br>530 SE GLENWOOD DR<br>BEND, OR 97702 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Maiers Industrial Park, Inc.<br>POB 850<br>Moses Lake, WA 98837 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Main, Phillip<br>1400 W 14TH AVE APT C<br>KENNEWICK, WA 99337 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Makotsi, Edwin<br>11219 ROOSEVELT WAY NE<br>SEATTLE, WA 98125 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Mangum, Jeremy<br>304 N 7th Street<br>Yakima, WA 98901 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 113 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Manning, Troy<br>13482 SE 97TH AVE<br>CLACKAMAS, OR 97216 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | 0.00 |
| ACCOUNT NO.<br>MAPFRE USA<br>11 Gore Rd<br>Webster, MA 01570 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Marion Estates<br>390 SE Church St.<br>Sublimity, OR 97385 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Markowitz, Herbold<br>Glade & Mehlhaf, PC<br>3000 Pacwest Center<br>Portland, OR 97204 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Martell, Trevor<br>624 ELM STREET<br>SISTERS, OR 97759 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 114 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Martin, Shaun<br>12447 SE 60TH CT<br>MILWAUKIE, OR 97222 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Martinez, Gustavo<br>1106 N Naches Ave<br>Yakima, WA 98901 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Martinez, Jose<br>19355 SW 65TH AVE #E1<br>TUALATIN, OR 97062 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Mashtalyar, Vitality<br>11441 SE HIDALGO CT<br>CLACKAMAS, OR 97015 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Maslen, Mark<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 115 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Mason, Ryan<br>4017 S ZILLAH<br>KENNEWICK, WA 99336 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Mastel, Joseph<br>16208 W Medical Lake<br>Medical Lake, WA 99022 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Mastrud, Lane<br>2259 NE GRANT CIRCLE<br>BEND, OR 97701 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Mathers, Craig<br>2105 SE PINELANE ST<br>MILWAUKIE, OR 97267 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Mathieson, William<br>11121 SE 32ND AVE<br>PORTLAND, OR 97222 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 116 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Matt's Import Haven<br>6446 Harding Ave.<br>Clinton, WA 98236 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Mattecheck, Marc<br>4117 SE 12TH<br>GRESHAM, OR 97080 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>McCauley, Stephen<br>12053 SE 124TH ST<br>KENT, WA 98031 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | 0.00 |
| ACCOUNT NO.<br>McCormick, Tim<br>1918 E GREGORY ST CT<br>TACOMA, WA 98404 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>McCracken, Kyle<br>402 N 4TH STREET<br>SELAH, WA 98942 | X | H | Corporate creditor and class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 117 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>McKee, Spencer<br>7447 FAWCETT AVE<br>TACOMA, WA 98408 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>McKillop, Christa<br>1820 MONTEREY AVE NE<br>RENTON, WA 98056 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | 0.00 |
| ACCOUNT NO.<br>McKinney, Dave<br>428 TOLIVER RD<br>MOLALLA, OR 97038 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Mclarty, Andrew<br>227 W 5th Street<br>Port Angeles, WA 98362 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>McLaughlin, William<br>27712 148th Way SE<br>Kent, WA 98042 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 118 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>McManus, Jan<br>Nami Jan<br>363 W Arlington St<br>Gladstone, OR 97027 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>McMurtrie, Pat<br>5729 MAIN STREET #357<br>SPRINGFIELD, OR 97478 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>McNulty, Eric<br>12447 SE 60TH CT<br>MILWAUKIE, OR 97222 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>McNulty, Thomas<br>12447 SE 60TH CT<br>MILWAUKIE, OR 97222 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>McPherson, Mike<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 119 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>McQueen Sr., Rick<br>GENERAL DELIVERY<br>SEATTLE, WA 98101 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Melnik, James<br>20310 SE 262ND ST<br>COVINGTON, WA 98042 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Memisevic, Midhat<br>5001 W Lamar Ave<br>Spokane, WA 99208 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Mespelt, Ashley<br>17452 SE 82nd Dr<br>Clackamas, OR 97015 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Metro Overhead Door<br>2525 NE Columbia Blvd<br>Portland, OR 97211 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 120 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Metz, Art<br>12221 E 22nd Ave<br>Spokane Valley, WA 99206 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Midas Auto Service Experts<br>118 West Valley Rd.<br>Moses Lake, WA 98837 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Middleton, Larry<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Mihailov,Miky<br>13200 SW VILLAGE GLENN<br>TIGARD, OR 97223 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Millard, Douglas<br>42 Ne 160th Ave #28<br>Portland, OR 97230 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 121 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Miller, Joel<br>13192 WASSAIL LANE<br>OREGON CITY, OR 97045 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Milomir, Mihailov<br>947 WOODLAWN AVE<br>OREGON CITY, OR 97045 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Minnieweather, Caleb<br>7525 SPRINGHILL DRIVE<br>GLADSTONE, OR 97027 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Mobilwash Inc.<br>P.O. Box 2936<br>Hayden, ID 83835 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Moen, Pete<br>219 BROWN ST<br>GLIDE, OR 97443 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 122 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Mohamed, Awil Mohamud<br>27916 Pacific Hwy<br>Federal Way, WA 98003 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Mohamed, M. Mohamed<br>4702 Davis Ave S #Bb204<br>Renton, WA 98055 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Molen, Jon<br>11365 SW NOOTKA<br>SHERWOOD, OR 97140 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Moore, Cody<br>15469 SE ECKERT LN<br>DAMASCUS, OR 97084 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Moore, Samuel<br>715 E HOUSTON AVE #335<br>SPOKANE, WA 99208 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 123 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Moorhead, Crystina<br>26416 183rd Ave SE<br>Covington, WA 98042 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Morehead, Harley<br>12200 ASHLAND-CLIMAX<br>EAGLE POINT, OR 97524 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Moreno, David<br>723 SW 257th Ave Apt 63<br>Troutdale, OR 97060-7423 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Moreno, Hector<br>8500 NE Hazel Dell Ave<br>Vancouver, WA 98665 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Moreno, Marcos<br>655 SW Ave 257th<br>Troutdale, OR 97060 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 124 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Morgan, Tyler<br>17506 SE RIVER RD<br>MILWAUKIE, OR 97267 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Morrow, Rick C.<br>11633 NE McLoughlin<br>Cascade Locks, OR 97014 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Morrow, Tim<br>21990 S RIDGE RD<br>OREGON CITY, OR 97045 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Morse, Shawn<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Mosley, Joshua<br>PO Box 1791<br>Moses Lake, WA 98837 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 125 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Motus Recruiting<br>4800 SW Meadows Rd, Ste 460<br>Lake Oswego, OR 97035 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Mount's Lock & Key<br>415 W 1st Ave<br>Kennewick, WA 99336 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Mrkaljevic, Amer<br>1603 E HOUGHTON CT<br>SPOKANE, WA 99217 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>MSA Systems, Inc.<br>1340 S De Anza Blvd, #103<br>San Jose, CA 95129 | X | H | Corporate secured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Mugo, Joseph<br>10718 SE 232nd St Apt #104<br>Kent, WA 98031 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 126 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Muhlbach, Russel<br>16528 SE 82ND DR #304<br>CLACKAMAS, OR 97015 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Multifab, Inc.<br>3808 N. Sullivan Rd, Bldg. #6<br>Spokane Valley, WA 99216-1614 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Municipal Services Bureau<br>PO Box 16755<br>Austin, TX 78761-6755 | | H | Collection agency for trafic ticket | | | | 175.00 |
| ACCOUNT NO.<br>Murdaugh, Paul<br>146 North Keller<br>East Wenatchee, WA 98802 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Murphy, Aaron<br>24818 128th Pl. SE<br>Kent, WA 98030-6521 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 127 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 175.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor — Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Murphy, Beau<br>4850 SW 11th St Apt 308<br>Gresham, OR 97080-7320 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Mustajbasic, Jasmin<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Mwangi, Peter<br>Interten International<br>11507 SE 215th St<br>Kent, WA 98031 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Mwidadi, Ahmed<br>7601 BURGESS ST. W. APT 1<br>LAKEWOOD, WA 98499 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Nazarets, Zhanna<br>20454 NE Sandy Blvd, #66<br>Fairview, OR 97024 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 128 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>NC Machinery Co.<br>P.O Box 58201<br>Tukwila, WA 98138-1201 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | 0.00 |
| ACCOUNT NO.<br>Neal, Derek<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Nef, Todd<br>315 Douglass Ave<br>Richland, WA 99352 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>New Age Enterprises<br>POB 7165<br>Kennewick, WA 99336 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Nino, Delfino<br>1000 SE 160TH AVE #TT353<br>VANCOUVER, WA 98683 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 129 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Nishi, Jonathan<br>22210 SE MAOMI DR<br>BORING, OR 97009 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Nishi, Melissa and<br>Ikemoto, Michelle, Trustees<br>3302 NW Marine Dr.<br>Troutdale, OR 97060 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. Member of Pacific Cargo Services, LLC. | | | | Notice Only |
| ACCOUNT NO.<br>Nisqually Towing Service<br>10246 Martin Way E.<br>Olympia, WA 98503 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Nixon, Korbin<br>120 ECHO GLEN PLACE<br>YAKIMA, WA 98908 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Norcan<br>POB 68233<br>Portland, OR 97268 | X | H | Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 130 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Norlift - Spokane<br>512 N. Fancher<br>Spokane Valley, WA 99211-1006 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | 0.00 |
| ACCOUNT NO.<br>Norlift of Oregon, Inc.<br>P.O. Box 68348<br>Portland, OR 97268 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>North Clackamas Christian School<br>19575 Sebastian Way<br>Oregon City, OR 97045 | | J | Incurred: 2014<br>Tuition for children's current school year net of accomodations. | | | | 2,325.00 |
| ACCOUNT NO.<br>North Tech Equipment<br>PO Box 6837<br>Kennewick, WA 99336 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>North, Kyle<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 131 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 2,325.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>North, Tammy<br>18001 SE MARIE ST<br>PORTLAND, OR 97236 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>North, William<br>32609 6TH AVE SW<br>FEDERAL WAY, WA 98023 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Northern Wasco County<br>2345 River Rd<br>The Dalles, OR 97058-3351 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>NorthWest Handling Systems<br>P.O. Box 34936<br>Seattle, WA 98124-1936 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Northwest Trustee Services Inc<br>PO Box 997<br>Bellevue, WA 98009-0997 | | J | Trustee under first trust deed for beach house. Non-judicial trustee sale set for 10/30/14. | | | | Notice Only |

Sheet no. 132 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Case No.** 14-35381-rld7
**Debtor** **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2306<br>Northwest Urgent Care<br>13305 NW Cornell Rd, Suite C<br>Portland, OR 97229 | | J | Incurred: 2013<br>Consideration: Medical services | | | | 190.93 |
| ACCOUNT NO.<br>Northwest Warehouse Leasing Co<br>2300 River Rd #8<br>Yakima, WA 98908 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Northwest Warehouse Leasing Co<br>2300 River Rd., Suite #8<br>Yakima, WA 98902 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Northwestern Mutual Life Insurance<br>720 East Wisconsin Avenue<br>Milwaukee, WI 53202 | | J | Life insurance policy. Claim may be subject to setoff against policy cash value. | | | | 11,000.00 |
| ACCOUNT NO.<br>Noway, Stephen<br>1511 CRAIG RD SE<br>OLYMPIA, WA 98501 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 133 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 11,190.93

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Nunez, Edgar<br>16931 SE SHADYBROOK DR<br>MILWAUKIE, OR 97267 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Nurein, Ahmed<br>4015 S Center Blvd #B20<br>Tukwila, WA 98188 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>NW Lift Truck Service, LLC<br>PO Box 301428<br>Portland, OR 97294 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>NW Natural Gas, Inc.<br>PO Box 6017<br>Portland, OR 97228-6017 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>O'Connor, Bryan<br>9103 VANCOUVER DR NE<br>LACEY, WA 98516 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 134 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>O'Reilly Auto Parts<br>PO Box 790098<br>St. Louise, MO 63179-0098 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Oakes, Guy P<br>4427 NE 63rd Ave<br>Portland, OR 97218 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>OccuHealth<br>2570 NW Edenbower Blvd.<br>Ste. 100<br>Roseburg, OR 97470 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Occupational Health Services<br>PO Box 3700<br>Rancho Cucamonga, CA 91729 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Occupational Medicine<br>c/o Ann McAlister, Clinic Manager<br>323 E 2nd Ave #102<br>Spokane, WA 99202 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 135 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Office Team<br>PO Box 743295<br>Los Angeles, CA 90074 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>OfficeMax Inc.<br>263 Shuman Blvd.<br>Naperville, IL 60563 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Oh So Clean Mobile Wash<br>P.O. Box 45368<br>Tacoma, WA 98445-0368 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Ohme Storage<br>501 Ohme Garden Rd.<br>Wenatchee, WA 98801 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Okyere, Solomon<br>2622 SW 320th Pl<br>Federal Way, WA 98023-2268 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 136 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Old Salem Properties, LLC<br>19950 S. Leland Rd.<br>Oregon City, OR 97045 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Opti Staffing<br>33400 8th Ave S Suite 231<br>Federal Way, WA 98003 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Oregon Beach Vacations<br>9020 SW Washington Sq Rd #450<br>Portland, OR 97223 | | J | Incurred: 2014<br>Cancellation fee for beach house rental contract | | | | 1,000.00 |
| ACCOUNT NO.<br>ORKIN, Inc.<br>5113 Pacific Hwy E. STE 1W<br>Fife, WA 98424-2639 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Ostgarden, Brian<br>2341 SW INDIAN AVE<br>REDMOND, OR 97756 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 137 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 1,000.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Overhead Door-Hoquiam WA<br>904 5th St. Extension<br>Hoquiam, WA 98550 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Owens, Christopher<br>5250 SE LOGUS RD<br>MILWAUKIE, OR 97222 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Owens, Jeremy<br>8126 SE LAKE RD #133<br>MILWAUKIE, OR 97267 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Owino, July O<br>8418 Phillips Rd SW<br>Lakewood, WA 98498 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Oxarc, Inc.<br>PO Box 2605<br>Spokane, WA 99220-2605 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 138 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>P. Scott McCleery<br>GARTLAND, NELSON, et al<br>44 Club Road, Suite 200<br>Eugene, OR 97440-3430 | | J | Collection attorney for creditor PACCAR Financial Corp. | | | | Notice Only |
| ACCOUNT NO.<br>Pacheco Fleet Wash<br>19555 SW Blanton St.<br>Aloha, OR 97007 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Pacific Office Automation<br>14747 NW Greenbrier Parkway<br>Branch 80<br>Beaverton, OR 97006 | | H | Alternate address | | | | Notice Only |
| ACCOUNT NO.<br>Pacific Office Automation<br>POB 100706<br>Pasadena, CA 91189-0706 | X | H | Corporate secured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Pacific Power - Albany<br>1033 NE 6th Ave.<br>Portland, OR 97256 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 139 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Pacific Scale Co.<br>P.O. Box 1606<br>Clackamas, OR 97015 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Paez, Timothy Wylie<br>11668 170TH PL<br>RENTON, WA 98058 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Page, Anthony<br>PO BOX 2313<br>HARBOR, OR 97415 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Palacio-Hedman, Rene<br>626 SE 162nd Ave #44<br>Portland, OR 97233 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Palacios, Jack<br>15435 38TH LN S #64<br>TUKWILA, WA 98188 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 140 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Palacios, Jonathan<br>3051 S 188TH ST #102<br>SEATAC, WA 98188 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Palafox, Abraham<br>2783 NE Rene Ave<br>Gresham, OR 97030 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Palanciuc, Victor<br>2419 E 16th St<br>Vancouver, WA 98661 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>PAML<br>PO Box 2687<br>Spokane, WA 99220 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Paplow, Nathan<br>2601 W Stewart<br>Puyallup, WA 98371 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 141 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Pappas, John<br>118 N Alder St<br>Pilot Rock, OR 97868 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Paragon<br>9370 SW Greenburg Rd., Ste 200<br>Portland, OR 97233 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Parker, James<br>903 W.Bolan Avenue<br>Spokane, WA 99224 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Parker, Joshua<br>1807 BEMIS ST<br>MOSE LAKE, WA 98837 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Parkwood Arizona, LLC<br>c/o EJM Development Co.<br>9061 Santa Monica Blvd.<br>West Hollywood, CA 90069 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 142 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Parra, Albert<br>332 1/2 DIVISION<br>OREGON CITY, OR 97045 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Pasco Ranch and Home, Inc.<br>516 N. Oregon Ave.<br>Pasco, WA 99301 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Patrick L. McGuigan<br>HKM Employment Attorneys PLLC<br>121 SW Salmon St., Suite 1100<br>Portland, OR 97204 | | H | Attorney for creditor Amy Gladfelder | | | | Notice Only |
| ACCOUNT NO.<br>Patrick L. McGuigan<br>HKM Employment Attorneys PLLC<br>600 Stewart Street, Suite 901<br>Seattle, WA 98101 | | H | Alternate address for attorney for creditor Amy Gladfelder | | | | Notice Only |
| ACCOUNT NO.<br>Pattee, Roger<br>3325 MADISON ST<br>KLAMATH FALLS, OR 97603 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 143 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Patterson, Justin<br>38422 SE PORTER RD<br>ESTACADA, OR 97023 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Patton, Jeffrey<br>3704 EMERALD ST<br>KLAMATH FALLS, OR 97601 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Paul's Delivery Service<br>9101 NE 190th<br>Bothell, WA 98011 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Paul's Truck Repair<br>21333 76th Ave S<br>Kent, WA 98032 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Peabody, William<br>5708 SW GARDEN HOME RD<br>PORTLAND, OR 97219 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 144 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Peacehealth<br>Workplace Wellness Service<br>1405 Delaware<br>Longview, WA 98632 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Pearse, Patti<br>4714 NE 72nd Ave E-15<br>Vancouver, WA 98661 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Penske Trucking Leasing<br>355-336 New Commerce Blvd<br>Wilkes Barre, PA 18702 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Peone, Michael<br>E 48 Sanson Ave<br>Spokane, WA 99207 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Perantie, Don<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 145 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Perez, Aristeo<br>745 SE CENTURION AVE<br>GRESHAM, OR 97080 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Performance Warehouse Co.<br>c/o Lyle Moore, President<br>9440 N. Whitaker Rd.<br>Portland, OR 97217 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Perkins, Twyla<br>588 Laurelbrook Court<br>Richland, WA 99352 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Personalysis Corporation<br>PO Box 840921<br>Dallas, TX 75284-0921 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Petrov, Petr<br>Day Star Courier<br>2016 SE 122nd Ave, Apt 29<br>Portland, OR 97233 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 146 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Pettinger, Phil<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Pfeifer, Douglas E<br>13232 SE 140TH AVENUE<br>HAPPY VALLEY, OR 97086 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>PGE<br>PO Box 4438<br>Portland, OR 97208-4438 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>PGE - 8663672 Clackamas<br>PO Box 4438<br>Portland, OR 97208-4438 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Pham, Cong<br>9459 9TH AVE SW<br>SEATTLE, WA 98106 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 147 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Phelps, Joe<br>Phelps Courier<br>PO Box 7452<br>Spokane, WA 99207 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Philadelphia Insurance Co.<br>One Bala Plaza, Suite 100<br>Bala Cynwyd, PA 19004 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Phone Guys LLC<br>dba American Phone Guys<br>1503 SE 103rd Ave.<br>Vanvouver, WA 98664 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Pierce, Michael<br>6337 SE TENINO<br>PORTLAND, OR 97206 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Pilkington, Charles<br>10111 W HILLS AVE<br>NINE MILE FALLS, WA 99026 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 148 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Pioneer International, Inc.<br>9270 NE Glisan<br>Portland, OR 97220 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Pioneer Pit Stop<br>dba Havoline Xpress Lube<br>1211 S Pioneer Way<br>Moses Lake, WA 98837 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Polaries, Joshua<br>24 El Monte Ln Trlr 38<br>Elma, WA 98541-9308 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Portfolio Recovery Assoc LLC<br>140 Corporate Blvd<br>Norfolk, VA 23502 | | H | Collection agency for US Bank | | | | Notice Only |
| ACCOUNT NO.<br>Portland PS, Inc.<br>1750 SW Skyline Blvd.<br>Portland, OR 97221 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 149 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal ➤ | $ 0.00 |
| Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor** — **Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Precision Lift Gate<br>8277 SE Deer Creek Ln<br>Milwaukie, OR 97222 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Premier Propane, LLC<br>PO Box 530<br>Donald, OR 97020 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Providence<br>Occupational Health<br>PO Box 4388<br>Portland, OR 97208 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>PUD - Benton County<br>PO Box 6270<br>Kennewick, WA 99336 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | 0.00 |
| ACCOUNT NO.<br>PUD -The Dalles<br>2345 River Rd<br>The Dalles, OR 97058 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 150 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Puget Sound Energy<br>BOT-01H<br>Bellevue, WA 91269 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Putty, Thomas<br>3208 G ST<br>VANCOUVER, WA 98663 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Quality Chain Corp.<br>3365 NW 215th Ave<br>Hillsboro, OR 97124 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Questar Gas Company<br>PO Box 45360<br>Salt Lake City, UT 84145-0360 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Quilici, Nickolas<br>717 Thyme Loop<br>Silverton, OR 97381 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 151 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Qwest - SLC - 0116<br>PO Box 29040<br>Phoenix, AZ 85038-9040 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>R & B Merrill LLC<br>dba Rouse's Towing & Recovery<br>3704 E Boone<br>Spokane, WA 99202 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>R.H. Brown Co.<br>PO Box 3565<br>Seattle, WA 98124 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Rad Towing<br>420 W Columbia Dr. Ste 200<br>Kennewick, WA 99336 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Ragains, Richard<br>1421 8TH ST NE J-2<br>AUBURN, WA 98002 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 152 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ramirez, Hector<br>7807 Galiano Drive<br>Pasco, WA 99301 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Ramirez, Jesse<br>329 E 27th Ave<br>Kennewick, WA 99337 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Ramos, Isaac<br>23003 S 2184 Prse<br>Kennewick, WA 99337 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Ramseyer, Michael<br>3007 NE Whitman Ave<br>Vancouver, WA 98662-7191 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Rankin, Seth<br>32395 SE BROOKS ROAD<br>BORING, OR 97009 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 153 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Rasmussen, Marc<br>207 Parkland Way<br>Caldwell, ID 83605 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Raymond, Derrick<br>115 E ANTON #44<br>COEUR D'ALENE, ID 83815 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Reddig, Les<br>5145 OAHU AVE SE<br>SALEM, OR 97317 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Richardson, Daniel<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Ridic, Azmir<br>7604 E MISSION<br>SPOKANE, WA 99212 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 154 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Riley, Tim C<br>1894 N 50 E<br>Centerville, UT 84014 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Riseberg, Eric<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Rivera, Alexander<br>1167 Fir St S<br>Salem, OR 97302-4266 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Robert A. Powell<br>dba R. Powell Consulting<br>7179 Manchester St. Apt.<br>Rathdrum, ID 83858 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Robin Weber<br>Tillamook Courier<br>6025 Seattle Ave<br>Bay City, OR 97107 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 155 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Robinson, Jeffrey<br>3117 S 192nd St, Apt C208<br>Seatac, WA 98188 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Robinson, Pete<br>9639 13th Ave SW<br>Seattle, WA 98106 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Robles, Marco<br>4009 7TH ST SW<br>PUYALLUP, WA 98373 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Rocchi, Dave<br>4212 PEARL CIRCLE<br>CYPRESS, CA 90630 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Rocky Mountain Care Clinic<br>4088 W 1820 S<br>Salt Lake City, UT 84104 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 156 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Rocky Mountain Power<br>1033 NE 6th Ave.<br>Portland, OR 97256 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Rod's Washing Services<br>4443 Munkers St. SE<br>Salem, OR 97301 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Rodeo Town Taxi<br>P.O. Box 181<br>Ellensburg, WA 98926 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Rodgers, Wesley<br>8701 NE 54TH ST APT E10<br>VANCOUVER, WA 98662 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Rodli, James<br>Rodli Delivery Service<br>18702 S Grasle Rd<br>Oregon City, OR 97045 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 157 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Rodriguez, Mauricio<br>17024 SE Pine Street<br>Portland, OR 97233 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Rogers Repair Service, LLC<br>5882 NW St. Helens Hwy<br>Portland, OR 97210 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Rogers, Jonathan<br>26117 114TH AVE SE<br>KENT, WA 98031 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Rollins, Caleb<br>PO BOX 185<br>IN CARE LISA SHAFFER<br>GARDINER, OR 97441 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Roman, Benito<br>11247 NE OREGON ST<br>PORTLAND, OR 97220 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 158 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Romines, Nate<br>5606 W 17TH AVE<br>KENNEWICK, WA 99338 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Roni Miller<br>PO Box 713<br>Burley, WA 98322 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Rose, Dennis<br>602 W YAKIMA AVE<br>YAKIMA, WA 98902 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Rosling, Vincent<br>Rosling Delivery Service<br>375 S 6th St<br>St. Helens, OR 97051 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Rothe, Guy<br>14991 S BROOKFIELD DR.<br>OREGON CITY, OR 97045 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 159 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Rother, Robert<br>6159 SW FERNBROOK CIRCLE<br>LAKE OSWEGO, OR 97035 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Rozhkova, Yuliya Petrovna<br>3236 SE Harvey St #22<br>Milwaukie, OR 97222 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Rudder, Jason Lee<br>8710 NW 19TH<br>TERREBONNE, OR 97760 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Rungo, Jesse<br>411 HIGH STREET<br>OREGON CITY, OR 97045 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Ruschman, Lance<br>1026 NE PALMBLAD DRIVE<br>GRESHAM, OR 97030 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 160 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Rush, Mike<br>3868 WILMA COURT NE<br>SALEM, OR 97305 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Rust, Adam<br>319 Eldredge Ave NW<br>Orting, WA 98360 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | 0.00 |
| ACCOUNT NO.<br>Ryder Truck Rental<br>11690 NW 105th Street<br>Miami Florida 33178 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>S & R Courier<br>2017 N Road 56<br>Pasco, WA 99301 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>S&D Truck Services<br>3203 NE 65th St. #3<br>Vancouver, WA 98663 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 161 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>S&T Truck Repair Inc.<br>11500 NE 76th St.<br>Vancouver, WA 98662 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Salazar, Michael<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Salem Occupational Health Clinic<br>2168 Lancaster Dr NE<br>Salem, OR 97305 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Salt Lake Truck Wash<br>1711 W. Angels Way<br>Kaysville, UT 84037 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Salter, Theresa<br>N 1210 Lacey St<br>Spokane, WA 99202 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 162 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Samaritan Occupational Med.<br>2615 Willetta St. SW Suite C-2<br>Albany, OR 97321 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Sanchez, Eric<br>14445 S RUPERT DR<br>MILWAUKIE, OR 97267 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Sandoval, Pablo<br>1309 NE 171ST<br>RIDGEFIELD, WA 98642 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Savage Trailer and Tank<br>P.O. Box 2565<br>Pasco, WA 99302 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Sawyer, Kevin<br>23719 96TH ST E<br>BUCKLEY, WA 98321 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 163 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Sayler, Michael<br>1809 E Rowan Ave<br>Spokane, WA 99207 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Schaut, Steve<br>20120 SE 102ND DR<br>KENT, WA 98031 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Schmilne Inc.<br>dba Silkcraft of Oregon<br>3324 NW Marine Dr.<br>Troutdale, OR 97060 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Scott Caldwell<br>S&D Transport<br>52693 Cayuse Rd<br>Adams, OR 97810 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Scott, Richard<br>3091 NE Rene Ave<br>Gresham, OR 97030 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 164 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Seattle Municipal Court<br>600 5th Ave<br>Seattle, WA 98104 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Seegrist, Richard<br>12726 SE Division St, Apt #2<br>Portland, OR 97036 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Shadden, Brandon<br>18187 S TREETOP DRIVE<br>OREGON CITY, OR 97045 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Shamun, Khadar<br>4217 Southcenter Blvd<br>Tukwila, WA 98188 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Shannon's Spa<br>5808 Summitview Ave Suite B<br>Yakima, WA 98908 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 165 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Shannon, Lee<br>10445 S E MITCHELL ST<br>PORTLAND, OR 97266 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Sheey, Brandon<br>9607 209TH AVE E<br>BONNEY LAKE, WA 98391 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Sheppard, Mike Dean<br>212 Loring St<br>Moses Lake, WA 98837 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Shimatsu, Neil<br>8560 W Marcum Ct<br>Boise, ID 83704 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Shinn, Michael E<br>2578 SE Wendy Dr<br>Gresham, OR 97080 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 166 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Shiva, Aleksandr V<br>N 6115 Braeuburn Dr.<br>Spokane, WA 99205 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Shred-it<br>PO Box 101009<br>Pasadena, CA 91189-1009 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Shull's Towing & Auto Wrecking<br>PO Box 608<br>Brewster, WA 98812 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Silva, Michael<br>10839 SE KENT-KANGLEY RD<br>#H-4<br>KENT, WA 98030 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Sim, Bill<br>Silent Wolf<br>18044 SW Reiser Ln.<br>Sherwood, OR 97140 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 167 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Sisiam, Robin<br>1833 E Shimere Dr.<br>Meridian, ID 83646 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | 0.00 |
| ACCOUNT NO.<br>Sisters Ridge LLC<br>Duncan Campbell<br>155 B Avenue, #320<br>Lake Oswego, OR 97034 | X | J | Corporate unsecured creditor; Each debtor signed a personal guarantee. | | | | 600,000.00 |
| ACCOUNT NO.<br>Sitz, Allen<br>6443 SE FURNBERG ST<br>MILWAUKIE, OR 97222 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Siverly, David<br>24108 56th Ave W<br>Mountlake Terrace, WA 98043 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Skinner, Patrick<br>716 4TH ST<br>OREGON CITY, OR 97045 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 168 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 600,000.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Slater Architecture<br>8900 NE Livingston Mtn Rd<br>Camas, WA 98607 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>SLC Inn, LLC<br>200 N. Admiral Byrd Rd.<br>Salt Lake City, UT 84116 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Smart, Victor<br>1968 MERIDIAN RD<br>EAGLE POINT, OR 97524 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Smith, Andrew<br>6207 SE THIESSEN RD<br>MILWAUKIE, OR 97267 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Smith, Calvin<br>428 S TWONSHIP RD<br>CANBY, OR 97013 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 169 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor — Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Smith, Darrell<br>4427 SE 26TH STREET<br>PORTLAND, OR 97212 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Smith, George<br>4839 Alma Road NE<br>Moses Lake, WA 98837 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Smith, Jeromy<br>28710 34TH AVE S UNIT A-4<br>AUBURN, WA 98001 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Smith, Michael<br>620 SE QUEEN APT 4<br>ALBANY, OR 97322 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Smith, Richard J<br>30532 6th Place SW<br>Federal Way, WA 98023 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 170 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Snelgrove, Yana<br>2836 NE 24th Street<br>Gresham, OR 97030 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Snider Petroleum<br>PO Box 368<br>Sumner, WA 98390 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | 0.00 |
| ACCOUNT NO.<br>Soto, Ramon<br>202 27TH AVE SE SPC 39<br>PUYALLUP, WA 98374 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Sound Billing<br>PO Box 620130<br>Middleton, WI 53562-0130 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Soundpath Conferencing Svcs<br>P.O. Box 405808<br>Atlanta, GA 30384-5808 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 171 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Sparks, Timothy<br>1775 MARKHAM ROAD<br>HOOD RIVER, OR 97031 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Speciale, Andre<br>12657 159TH AVE SE<br>RENTON, WA 98059 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Spindola, Jose<br>1017 RD 46<br>Pasco, WA 99308 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Spokane County District Court<br>PO Box 14524<br>Spokane Valley, WA 99214 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Sprague, Steven<br>1621 SW Hewitt Ave<br>Troutdale, OR 97060 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 172 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Sprint<br>PO Box 4181<br>Carol Stream, IL 60197-4181 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Squires, Andrew<br>1312 W Whisper St<br>Nampa, ID 83651 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>St. Lukes Regional Med Ctr<br>PO Box 1012<br>Boise, ID 83701-1012 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO. 1737<br>St. Mary Medical Center<br>PO Box 101100<br>Pasadena, CA 91189-1100 | | J | Consideration: Medical services | | | | 565.11 |
| ACCOUNT NO.<br>Stafford, Scott<br>Squeaky Wheels<br>2914 NW Hill St.<br>Camas, WA 98607 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 173 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 565.11

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Stanley Convergent Security Solutions, Inc.<br>Dept Ch 10651<br>Palatine, IL 60055 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Stanley, Samuel<br>670 NE 4TH AVE<br>HILLSBORO, OR 97124 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Stansbury, Jeffrey<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Stark, Robert<br>15999 MEADOWS ROAD<br>WHITE CITY, OR 97503 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Staton, Moses<br>37025 17TH AVE S<br>FEDERAL WAY, WA 98003 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 174 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>STD, Inc.<br>dba American Mobile Wash<br>PO Box 4856<br>Boise, ID 83711 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Steele, Fleisher<br>All Saints Transportation<br>6790 Union Ave<br>Bay City, OR 97107 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Steinhoff, Christopher<br>PO Box 141<br>Richreall, OR 97371 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Stephen Philip Arnot<br>Greene & Markley PC<br>1515 SW 5th Ave Ste 600<br>Portland, OR 97201 | | H | Creditor is chapter 7 trustee in Pacific Cargo Services LLC bankruptcy case. Creditor asserts avoidance actions and claim for shareloder loans against husband. | | X | X | 500,000.00 |
| ACCOUNT NO.<br>Stewart, Brandy<br>20131 S SOUTH END RD<br>OREGON CITY, OR 97045 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | 0.00 |

Sheet no. 175 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 500,000.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Stofiel, Justin<br>19015 SE SUNNYSIDE ROAD<br>DAMASCUS, OR 97089 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | 0.00 |
| ACCOUNT NO.<br>Storage Plus<br>2065 Hiline Rd.<br>Pocatello, ID 83201 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Store Moore<br>2400 W. 7th St.<br>The Dalles, OR 97058 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Strecker, Ronald<br>2331 SE 135th Ave<br>Portland, OR 97233 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Street, Timothy<br>14020 E BROADWAY<br>SPOKANE, WA 99216 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 176 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor** **Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Strickland, Joshua<br>33615 N Charby Lane<br>Deer Park, WA 99006 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Suek, Brad<br>14602 SE Carathers<br>Portland, OR 97233 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Suljovic, Nermin<br>11025 SE HOLDATE BLVD 16<br>PORTLAND, OR 97266 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Sullivan, Nick<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | 0.00 |
| ACCOUNT NO.<br>Supreme Storage<br>7901 Old Hwy 99 N<br>Roseburg, OR 97470 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 177 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Svoboda, Grant<br>31116 122ND LANE SE<br>AUBURN, WA 98092 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Swanson, Andrew<br>1819 78th Street Ct E<br>Tacoma, WA 98404-4183 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Talbott, Christopher<br>1111 E Kiernam Ave<br>Spokane, WA 99207 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Tapper, Roger<br>608 Maple<br>Warden, WA 98857 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Tara J Schleicher<br>Farleigh Wada Witt<br>121 SW Morrison St Ste 600<br>Portland, OR 97204 | | J | | | | | Notice Only |

Sheet no. 178 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Tate, Howard<br>2701 DUNDEE PLACE<br>ANANCORTES, WA 98221 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Taylor, Donna<br>6903A GLEN ECHO AVE<br>GLADSTONE, OR 97027 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Taylor, Jeff<br>2912 Pine St SE<br>Albany, OR 97322 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Taylor, Patrick<br>219 125TH ST SOUTH APT 221D<br>TACOMA, WA 98444 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Teano, Michael<br>9410 SW 146TH TERR #7<br>BEAVERTON, OR 97007 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 179 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Tellez, Miguel<br>5807 S E 88TH AVE<br>PORTLAND, OR 97266 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Terry's Truck Center<br>6706 E Mission Ave<br>Spokane, WA 99212 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Teters, Jasmine<br>7650 SE Rural St<br>Portland, OR 97206 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Tharp, Darren<br>38796 Hwy 226<br>Scio, OR 97374 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>The Express Transportation Inc<br>PO Box 303<br>Hyrum, UT 84319 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 180 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>The Fresh Pot<br>724 SW Washington<br>Portland, OR 97205 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>The Walsh Group<br>929 West Adams<br>Chicago, IL 60607 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Thomas, Kenneth<br>61573 ORION DRIVE<br>BEND, OR 97702 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Thomas, Preston<br>1237 S 75TH AVE APT D<br>YAKIMA, WA 98908 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Thompson, Dion<br>8220 GAGE BLVD<br>KENNEWICK, WA 99336 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 181 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Thor, Joshua<br>8728 S 235TH STREET APT #203<br>KENT, WA 98031 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Thorsen, Nathan<br>6433 SE 70TH AVE<br>PORTLAND, OR 97206 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Tijerina, Lionel<br>1812 W Nixon St<br>Pasco, WA 99301 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Tillamook Mini Storate<br>3510 3rd St.<br>Tillamook, OR 97141 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Timmer, Anthony<br>3210 E 44th Ave Apt K103<br>Spokane, WA 99223-7770 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 182 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Timms, Tobi<br>Big Country Distributors<br>135 E Washington St<br>Burns, OR 97720 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Tingle, Melissa<br>10711 112th St SW<br>Tacoma, WA 98498 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Tom Perritt dba Net Solutions,<br>PO Box 28<br>Dundee, OR 97115 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Torrey, Kevin<br>1084 SE LAURA PLACE<br>GRESHAM, OR 97080 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Travelers Insurance<br>Attn: Consumer Affairs<br>One Tower Square, 8MS<br>Hartford, CT 06183 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 183 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Travelers Insurance<br>POB 3556<br>Orlando, FL 32802 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Traweek, Justin<br>2020 NE LINNEA DR #301<br>BEND, OR 97701 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Tri-Cities Fast Lube Inc.<br>2624 Airpark Bldg B<br>Santa Maria, CA 93455 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Troy, Christopher<br>2220 GILMAN DR #120<br>OREGON CITY, OR 97045 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Trusty, Jarred<br>3007 S YELM ST<br>KENNEWICK, WA 99337 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 184 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Tucker, Albin & Assoc.<br>1702 N. Collins Blvd., Suite 100<br>Richardson, TX 75080 | X | H | Corporate unsecured creditor. Precautionary listing. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Tucker, Robert<br>2204 CONCORD ST<br>RICHLAND, WA 99352 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Tuengel, Earl<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Twiddy, Jeremy<br>1028 37TH STREET SE #A<br>AUBURN, WA 98002 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Tzec Uh, Luis<br>10505 E BURNSIDE ST #2<br>PORTLAND, OR 97216 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 185 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>U.S. HealthWorks<br>P.O. Box 50046<br>Los Angeles, CA 90074 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>ULINE<br>2200 S. Lakeside Dr.<br>Waukegan, IL 60085 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Underwood, Kevin<br>PO BOX 543<br>BORING, OR 97009 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Uphoft, Dan<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>US Bank<br>Cardmember Services<br>PO Box 6335<br>Fargo, ND 58125-6335 | | J | Incurred: Various<br>Consideration: Credit card debt<br>Two accounts ending 4850 and 3356 | | | | 42,598.72 |

Sheet no. 186 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 42,598.72

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>US Bank<br>PO Box 790408<br>St. Louis, MO 63179-0408 | | J | Alternate address | | | | Notice Only |
| ACCOUNT NO.<br>Uzelac, Dusko<br>15023 E 11th Ave<br>Spokane Valley, WA 99037 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Valcich, Stefan<br>5403 MONICA<br>WEST RICHLAND, WA 99352 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Valdivia, Edgar<br>123 DIAMOND DR<br>PASCO, WA 99301 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Valencia, Edwin<br>125 E 92ND STREET<br>TACOMA, WA 98445 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 187 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Valencourt, James<br>6409 Megan St<br>Albany, OR 97321 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Van Auker, Ron W.<br>3084 N. Lanark St.<br>Meridian, ID 83642 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Van Cleve, Shannon<br>2473 N Kamiakan Dr<br>Cornelius, OR 97113 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Van Den Eikhof, Gary<br>5100 S Deselm Way<br>Boise, ID 83716 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Van Dyke, Dustin<br>531 S 38TH ST J129<br>WEST RICHLAND, WA 99353 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 188 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Van Epps, Jerry<br>PO Box 3296<br>Albany, OR 97321 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Van Keuren, Josh<br>17901 DOGWOOD CT<br>GLADSTONE, OR 97027 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Vance, Patrick<br>2817 TABLE ROCK RD<br>MEDFORD, OR 97501 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Vancleve, Melanie R.<br>858 NW 10th Ave<br>Hillsboro, OR 97124 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Vasquez, Alan<br>19504 SE 261ST<br>COVINGTON, WA 98042 | | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | 0.00 |

Sheet no. 189 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Vaughn, Joseph<br>21 E 2ND AVE<br>KENNEWICK, WA 99336 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Vazquez, Ruben<br>510 S. A STREET<br>OREGON CITY, OR 97045 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Velasco, Fernando<br>280 NE PALOMAR CT<br>HILLSBORO, OR 97124 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Ventura, Jose<br>3917 SE 122 AVE APT 28<br>PORTLAND, OR 97236 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 190 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Vidovic, Igor<br>20127 Hawes Lane<br>Bend, OR 97702 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Vortex Industries<br>3198-M Airport Loop<br>Costa Mesa, CA 92626-3407 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | 0.00 |
| ACCOUNT NO.<br>W.E.V.S. Roadside Service<br>PO Box 9663<br>Spokane, WA 99209 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Wade Bryant's Auto Repair<br>324 SE 9th St.<br>Bend, OR 97702 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Waggoner, Tim<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 191 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Wakefield, Heath<br>6090 E EVANS CREEK ROAD<br>ROGUE RIVER, OR 97537 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Walden, Gerald<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Walker, Allen<br>16029 SE Taylor St<br>Portland, OR 97233 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Walker, Simon<br>3010 STARK ST<br>EUGENE, OR 97404 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Wall, Justin<br>345 E JERSEY<br>GLADSTONE, OR 97027 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 192 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Wallace, Caleb<br>17168 Redwood Lane<br>Brookings, OR 97415 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Walther, Richard<br>1420 17TH STREET SE APT #521<br>AUBURN, WA 98002 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Ward, Tessa<br>205705 E 302 PRSE<br>Kennewick, WA 99337 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Warner Truck Center<br>2240 S 5370 W<br>West Valley City, UT 84120 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Warren, Tracy<br>4925 E GARY STREET<br>MESA, AZ 85205 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 193 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Washington Dept of Revenue<br>Bankruptcy/Claims Unit<br>POB 1648<br>Vancouver, WA 98668-1648 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Washington State Ferries<br>P.O. Box 3985<br>Seattle, WA 98124-3985 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Waste Management of Oregon, Inc.<br>P.O. Box 541065<br>Los Angeles, CA 90054-1065 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Waste Management-Kennewick<br>PO Box 541065<br>Los Angeles, CA 90054 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Waste Management-Spokane<br>PO Box 541066<br>Los Angeles, CA 90055 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 194 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Waste Management-Troutdale<br>PO Box 541065<br>Los Angeles, CA 90054-1065 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Watanabe, Timothy<br>21102 23rd Avenue SE<br>Bothell, WA 98021 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Watkins, John<br>1071 S VISTA GRANDE DR<br>COTTONWOOD, AZ 86326 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Watson, Riley<br>10608 SE 244th St<br>Kent, WA 98030 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Wayne Dalton<br>PO Box 676576<br>Dallas, TX 75267-6576 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 195 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>WDI Co. of Oregon, Inc.<br>7342 SW Kable Lane<br>Portland, OR 97224 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Weatherspoon, James<br>21560 S LANCE CT<br>BEAVERCREEK, OR 97004 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Webers Towing<br>6410 Powerhouse Rd.<br>Yakima, WA 98908 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Weiner, Martin<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO. 9369<br>Wells Fargo<br>PO Box 94423<br>Albuquerque, NM 87199-9833 | | J | Incurred: Various<br>Consideration: Credit card debt<br>NEED AMOUNT DUE | | | | 0.00 |

Sheet no. 196 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Wells Fargo Financial Leasing, Inc.<br>PO Box 6434<br>Carol Stream, IL 60197-6434 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Wells, DeShawn<br>692 SW 4TH ST<br>GRESHAM, OR 97080 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Wenatchee Body and Fender<br>126 Benton St.<br>Wenatchee, WA 98801 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Wenatchee Valley Med Ctr Corp<br>P.O. Box 2087<br>Wenatchee, WA 98807-2087 | | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | 0.00 |
| ACCOUNT NO.<br>West Coast Life Insurance Co.<br>2801 U.S. 280<br>Birmingham, AL 35223 | | J | Two term life insurance policies. | | | | Notice Only |

Sheet no. 197 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>West Coast Paper<br>POB 4566<br>Medford, OR 97501 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Western Idaho Freightliner<br>Sterling & Western Star<br>PO Box 2208<br>Decatur, AL 35609-2208 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Western Storage Trailers<br>PO Box 22838<br>Eugene, OR 97402 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Wight, Nathan<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Wilcox & Flegel<br>PO Box 69<br>Longview, WA 98632 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 198 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Willamette Traffic Bureau LLC<br>16303 NE Cameron Blvd<br>Portland, OR 97230 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Williams, Dave<br>205 SE 104TH AVE<br>VANCOUVER, WA 98664 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Williams, Joshua E.<br>635 NW 195th St<br>Shoreline, WA 98177 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Williams, Norm<br>Nolema - Kimo Courier<br>2216 SE Tacoma<br>Portland, OR 97202 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Williams, Randy<br>508 BOROS CT<br>RICHLAND, WA 99352 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 199 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Willis Boyd<br>1946 E. Edigner<br>Santa Ana, CA 92705 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Willis, Don<br>PO Box 2473<br>White City, OR 97503-0473 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Wilson, Butch<br>Winchester Ranch, Inc.<br>95641 Sitkum Ln<br>Myrtle Point, OR 97458 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Wilson, Craig<br>12851 LOOKINGGLASS RD<br>ROSEBURG, OR 97471 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Wilson, Keith<br>PO BOX 293<br>499 CHARLES STREET<br>YONCALLA, OR 97449 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 200 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Wilson, Lee<br>Liberty Express<br>1622 NE Liberty<br>Portland, OR 97211 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Wingfoot<br>3101 Pacific Hwy E<br>Fife, WA 98424-1025 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Wischnofske, Donald<br>2850 SW CEDAR HILLS BLVD #21<br>BEAVERTON, OR 97005-1354 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Wise, Wade<br>102 E HATTIE AVE #3<br>COUER D ALENE, ID 83814 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Wolf, Shawn<br>132 ROZA VISTA DRIVE<br>YAKIMA, WA 98901 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 201 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Wolverton, Todd<br>7552 Torrey Pines Terr<br>Eagle Point, OR 97524 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Wood, Daryl<br>8523 178th Street Ct E<br>Puyallup, WA 98375-1877 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Woodman, Troy<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Wooton, Travis<br>15058 SPY GLASS<br>OREGON CITY, OR 97045 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Wright, Dennis<br>18497 OAKDALE RD<br>DALLAS, OR 97338 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 202 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Wright, Jon William<br>338 W 21st Street<br>The Dalles, OR 97058 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Wright, Timothy E<br>1777 SE KANE STREET<br>ROSEBURG, OR 97470 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>XO Communications - 71059<br>14239 Collections Center Dr<br>Chicago, IL 60693 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Yager, Timothy<br>1140 Bartlett Road<br>Katy, TX 77493 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Yakima Waste Systems<br>PO Box 60248<br>Los Angeles, CA 90060 | X | H | Corporate unsecured creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 203 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Yanez, Bolivar<br>1030 E PIONEER AVE<br>PUYALLUP, WA 98372 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Yeaman, Lynn<br>4209 SE 64th<br>Portland, OR 97206 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Yee, Shawn<br>12620 8TH AVE SOUTH<br>SEATTLE, WA 98168 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Yildrim, Efe<br>1630 SW Clay ST #9-B<br>Portland, OR 97201 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Yoacham, Robert<br>831 A LIMBAUGH WAY<br>BROOKINGS, OR 97415 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |

Sheet no. 204 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6F (Official Form 6F) (12/07) - Cont.

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Young, Clint<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Young, Eric<br>Velo Courier<br>7203 N Denver<br>Portland, OR 97217 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Young, Kevin<br>5000 SE REGENTS CIRCLE<br>MILWAUKIE, OR 97222 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Young, Mark<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Zahirovic, Selim<br>4022 E Hartson Ave<br>Spokane, WA 99202 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |

Sheet no. 205 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re James Joel Holman & Candice Evangeline Holman, Debtor — Case No. 14-35381-rld7 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Zamora, Gabriel<br>936 N. 34th St., Ste. 400<br>SEATTLE, WA 98103-8869 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Zamora, Vincent<br>6611 NE 72ND CIRCLE<br>VANCOUVER, WA 98661 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Zarraga, Salomon<br>8013 SE Glencoe Rd<br>Portland, OR 97222 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Zempel, Chuck<br>1900 PINE GROVE RD<br>ROGUE RIVER, OR 97537 | X | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | Notice Only |
| ACCOUNT NO.<br>Zuber, John<br>40 N KENT<br>KENNEWICK, WA 99336 | | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | 0.00 |

Sheet no. 206 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**B6F (Official Form 6F) (12/07) - Cont.**

**In re** James Joel Holman & Candice Evangeline Holman, **Debtor**

**Case No.** 14-35381-rld7 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Zuber, John M<br>4324 W HOOD AVE #D<br>KENNEWICK, WA 99336 | | H | Potential corporate creditor and possible class action claimant in King County Superior Court Case No. 11-2-27357-1 SEA. Husband may be liable. | | | | 0.00 |
| ACCOUNT NO.<br>Zuniga Ortega, Ricardo<br>17885 SE Sue Ln<br>Sandy, OR 97055 | X | H | Corporate priority wage creditor; Precautionary listing; Husband may be liable. | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 207 of 207 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00

Total ➤ $ 5,124,579.94

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6G (Official Form 6G) (12/07)

In re James Joel Holman & Candice Evangeline Holman, Debtor

Case No. 14-35381-rld7 (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| West Coast Life Insurance Co.<br>2801 U.S. 280<br>Birmingham, AL 35223 | Two term life insurance policies (1) $1,000,000 insuring husband and (2) $500,000 insuring wife. See Schedule B for additional information. |
| Northwestern Mutual Life Insurance<br>720 East Wisconsin Avenue<br>Milwaukee, WI 53202 | $50,000 whole life insurance policy insuring husband. See Schedule B for more information. |
| Cavalier Association<br>c/o Carol Bogus<br>220 Lancer St<br>Gleneden Beach, OR 97388 | Homeowner's Association agreement for beach house. |
| Verizon Wireless<br>PO Box 5029<br>Wallingford, CT 06492 | Cell phone contract |
| Farmers Insurance<br>PO Box 0991<br>Carol Stream, IL 60132-0991 | Automobile, homeowners and umbrella insurance policies |
| Oregon Beach Vacations<br>9020 SW Washington Sq Rd #450<br>Portland, OR 97223 | Beach house rental contract |
| | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

B6H (Official Form 6H) (12/07)

In re James Joel Holman & Candice Evangeline Holman, Debtor — Case No. 14-35381-rld7 (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Stephen Philip Arnot<br>Greene & Markley PC<br>1515 SW 5th Ave Ste 600<br>Portland, OR 97201<br>Codebtor is chapter 7 bankruptcy trustee for Pacific Cargo Services, LLC | All creditors listed on Schedule D and F marked "codebtor" (except those listed above or below in this Schedule H). |
| Krav Maga Northwest, LLC dba 360 Krav Maga<br>c/o James Holman<br>26280 S. Milk Creek Circle<br>Mulino, OR 97042 | Colliers<br>Terrill Collier<br>11814 SE Jennifer Rd.<br>Clackamas, OR 97015 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**Fill in this information to identify your case:**

Debtor 1: James Joel Holman (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): Candice Evangeline Holman (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: District of OR

Case number (If known): 14-35381-rld7

Check if this is:
- [ ] An amended filing
- [ ] A supplement showing post-petition chapter 13 income as of the following date: ________ MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | [X] Employed<br>[ ] Not employed | [X] Employed<br>[ ] Not employed |
| **Occupation** | Firearms Instructor | Assistant |
| **Employer's name** | Self employed - New venture | North Clackamas Christian School |
| **Employer's address** (Number Street; City State ZIP Code) | | 19575 Sebastian Way<br>Oregon City, OR 97045 |
| **How long employed there?** | New | 1 month |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 550.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $ 0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 550.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

Debtor 1: James Joel Holman (First Name, Middle Name, Last Name)

Case number (if known): 14-35381-rld7

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ➔ | 4. | $ 0.00 | $ 550.00 |
| 5. **List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 88.25 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: ; | 5h. | + $ 0.00 | + $ 0.00 |
| 6. **Add the payroll deductions**. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ 88.25 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 461.75 |
| 8. **List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 2,384.54 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: Food stamps.; | 8f. | $ 618.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: ; | 8h. | + $ 0.00 | + $ 0.00 |
| 9. **Add all other income**. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 3,002.54 | $ 0.00 |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. 10. $ 3,002.54 + $ 461.75 = $ 3,464.29

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: ______ 11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies 12. $ 3,464.29
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
- ☐ No.
- ☒ Yes. Explain: Training unemployment compensation ends 12/14. Food stamps may decrease in 10/14.

**Fill in this information to identify your case:**

Debtor 1: James Joel Holman (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): Candice Evangeline Holman (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: ______ District of OR

Case number (If known): 14-35381-rld7

Check if this is:

- ☐ An amended filing
- ☐ A supplement showing post-petition chapter 13 expenses as of the following date: ________ MM / DD / YYYY
- ☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

**12/13**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☐ No. Go to line 2.
   - ☒ Yes. **Does Debtor 2 live in a separate household?**
     - ☒ No
     - ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   - ☐ No
   - ☒ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 13 | ☐ No ☒ Yes |
| Daughter | 10 | ☐ No ☒ Yes |
| Daughter | 21 | ☒ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☒ No
   - ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)**

| | | | Your expenses |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 0.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 40.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 0.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

Debtor 1 James Joel Holman (First Name, Middle Name, Last Name) Case number (if known) 14-35381-rld7

| | | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ 400.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ 127.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 481.00 |
| | 6d. Other. Specify: Alarm | 6d. | $ 60.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 1,525.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 500.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 200.00 |
| 10. | **Personal care products and services** | 10. | $ 75.00 |
| 11. | **Medical and dental expenses** | 11. | $ 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 1,000.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 200.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 220.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 75.00 |
| | 15b. Health insurance | 15b. | $ 0.00 |
| | 15c. Vehicle insurance | 15c. | $ 300.00 |
| | 15d. Other insurance. Specify: Rental beach house | 15d. | $ 45.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. Other. Specify: | 17c. | $ 0.00 |
| | 17d. Other. Specify: | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I*: *Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | $ 0.00 |
| | 20b. Real estate taxes | 20b. | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1 James Joel Holman (First Name / Middle Name / Last Name) Case number (*if known*) 14-35381-rld7

21. **Other**. Specify: Postage,gifts, vet and animals — 21. +$ 125.00

22. **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses. — 22. $ 5,473.00

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (*your combined monthly income*) from *Schedule I.* | 23a. | $ 3,464.29 |
| 23b. | Copy your monthly expenses from line 22 above. | 23b. | − $ 5,473.00 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $ -2,008.71 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☒ Yes. Explain here:
Income will increase with employment. Real property payments and taxes not included.

In re James Joel Holman & Candice Evangeline Holman
Debtor

Case No. 14-35381-rld7
(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 233 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date 10/7/14 Signature: /s/ James Joel Holman
Debtor

Date 10/7/14 Signature: /s/ Candice Evangeline Holman
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

Social Security No.
*(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X
Signature of Bankruptcy Petition Preparer

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __________________________________ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the ___________________________________ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _______sheets *(total shown on summary page plus 1)*,and that they are true and correct to the best of my knowledge, information, and belief.

Date

Signature:

[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

UNITED STATES BANKRUPTCY COURT
District of Oregon

In Re James Joel Holman & Candice Evangeline Holman

Case No. 14-35381-rld7 (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be “in business” for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor’s primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE | |
|---|---|---|---|
| 2014(db) | 0.00 | | FY: 1/1/14 to 8/31/14 |
| 2013(db) | 169.582 | Pacific Cargo Services; Postal Express | |
| 2012(db) | 257,019 | Pacific Cargo Services | |
| 2014(jdb) | 0.00 | | |
| 2013(jdb) | 0.00 | | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

| | AMOUNT | SOURCE (if more than one) |
|---|---|---|
| 2012(jdb) | 0.00 | |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2014 (db) | 25,878 | Unemployment; 1/2 rental income; 1/2 SNAP. Does not include sales of personal property (see SOFA #10). |
| 2013(db) | 14,218 | Unemployment; 1/2 rental income. Does not include sales of personal property (see SOFA #10). |
| 2014(jdb) | 6,056 | 1/2 rental income; 1/2 SNAP. |
| 2013(jdb) | 6,639 | 1/2 rental income. |

**3. Payments to creditors**

None 

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

None ☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| The Commerce Bank of Oregon v. James J, Holman<br>Case No: 1302-02749 | Action on personal guarantee. | Multnomah County, OR | Judgment entered. |
| Amy Gladfelder v. Pacific Courier Services, LLC and James Holman<br>Case No.: 312-cv-02161-SI | Claims for Civil Rights violations under Title VII of the Civil Rights Act 1964, as codified, 42 U.S.C.§§ 2000e to 2000e-17 and Oregon Revised Statutes, Title 51, Chapter 659A et seq. | US District Court - Portland, OR | Discovery proceeding. |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| KYLE MCCRACKEN, on behalf of himself and all others similarly situated; GUY OAKES, on behalf of himself and all others similarly situated v. Pacific Cargo Services, LLC, et al Case No.: 11-2-27357-1 SEA | Class action for underpayment of wages. | King County Superior Court, Seattle, WA | Judgment entered 2014. |
| PACCAR Financial Corp. v. James Holman and Candice Holman Case No. 13-03-0803 | Action on personal guaranties. | Clackamas County Circuit Court | Judgment entered May 2014 |
| Equify Financial v. James Holman and Candice Holman Case No. 017-267094-13 | Action of personal guarnaties. | Tarrant County Texas District Court, 17th Judicial District | Judgment entered 5/2014 |

None ☒ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Cutting Edge FCU<br>4620 SE International Way<br>Milwaukie, OR 97222-0446 | 6/22/2014 | Secured creditor repossessed 2011 Ford F150 truck then allowed debtors to sell it and payoff secured debt. Debtors received $1,800 net. |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**6. Assignments and Receiverships**

None ☒ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☐ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Daughter 2 | Daughter | Christmas | $400 misc. gifts |
| Son | Son | Christmas | $600 XBox, games. |
| Athey Creek Christian Fellowship<br>27520 SW 95th Ave,<br>Wilsonville, OR 97070 | Church that debtors and children attend. | Periodically | Tithing in the amount of $4,455.00 in past year. |
| Christian Broadcasting Network<br>Online | None | Monthly | $25.00 per month between April and September 2014. |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**8. Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Stephen Boyke<br>Law Office of Stephen T. Boyke<br>1200 Jackson Tower<br>806 SW Broadway<br>Portland, OR 97205 | 3/5/14 | $1,050.00 - legal services |
| Stephen Boyke<br>Law Office of Stephen T. Boyke<br>1200 Jackson Tower<br>806 SW Broadway<br>Portland, OR 97205 | 4/18/14 | $875.00 - legal services |
| Stephen Boyke<br>Law Office of Stephen T. Boyke<br>1200 Jackson Tower<br>806 SW Broadway<br>Portland, OR 97205 | 5/15/14 | $210.00 - legal services |
| Stephen Boyke<br>Law Office of Stephen T. Boyke<br>1200 Jackson Tower<br>806 SW Broadway<br>Portland, OR 97205 | 6/4/14 | $245.00 - legal services |
| Stephen Boyke<br>Law Office of Stephen T. Boyke<br>1200 Jackson Tower<br>806 SW Broadway<br>Portland, OR 97205 | 7/3/14 | $3,115.00 - legal services |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Stephen Boyke<br>Law Office of Stephen T. Boyke<br>1200 Jackson Tower<br>806 SW Broadway<br>Portland, OR 97205 | 9/16/14 | $3,745.00 - legal services |
| Stephen Boyke<br>Law Office of Stephen T. Boyke<br>1200 Jackson Tower<br>806 SW Broadway<br>Portland, OR 97205 | 9/18/14 | $2,960.00 - flat fee for bankruptcy case |
| Cricket Debt Counseling<br>10121 SE Sunnyside Rd Ste 300<br>Clackamas, OR 97015 | 9/21/2014 | $36 |
| Johnston Mitchell<br>Coers Mitchell Law LLC<br>2100 NE Broadway, Suite 105<br>Portland, OR 97232 | Various | $1,000.00 (10/21/2013); $1,000.00 (11/12/2013); $1,000.00 (12/2/2013) |

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| See attached Exhibit SOFA-10<br>Relationship: None except one sale to insider | Various | Sales and trades of various personal property by husband |
| Daughter 1<br>Relationship: Daughter | Various | For disclosure purposes only: Debtors continued to support Daughter 1 while in college with tuition, vehicle payments and insurance, cell phone, etc. |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

| Item | Amount | Date | Purchaser |
|---|---|---|---|
| Frequent Gun/Equip Trades | Net $0 | 2010-2014 | Various |
| Snowmobiles | 18,000 | Dec-12 | Various |
| Misc Fishing Gear | 12,000 | Feb-13 | Various |
| Misc. Gear | 4,000 | Mar to Sept -13 | Various |
| Honda Rancher | 2,000 | Oct-13 | Dealer |
| Tires, truck stuff | 2,500 | Oct-13 | Craigslist |
| Ammo | 1,000 | Nov-13 | Les |
| RodnReel | 400 | Nov-13 | Rob |
| Rods | 120 | Nov-13 | Les |
| Glock 23 | 450 | Dec-13 | Wayne |
| Saiga AK 47 | 600 | Dec-13 | Chris |
| Calcutta Reels (2) | 370 | Dec-13 | Craigslist |
| Baitrunner Reels (2) | 150 | Dec-13 | Craigslist |
| Vacmaster | 450 | Dec-13 | Craigslist |
| 3 Lami rods | 420 | Dec-13 | Craigslist |
| 3 Calstar rods | 470 | Dec-13 | Marty |
| 1 Lami rod(herring) | 100 | Dec-13 | Craigslist |
| Jigs | 50 | Dec-13 | Craigslist |
| 1 lami rod (back) | 80 | Dec-13 | Mark |
| 3 Calstar rods (700M) | 360 | Dec-13 | Marty |
| 3 calcuttas | 550 | Jan-14 | Craigslist |
| Teryx | 11,500 | Jan-14 | Craigslist |
| 2 Lami rods | 180 | Jan-14 | Craigslist |
| yard trailer | 1,400 | Jan-14 | Craigslist |
| ammo (223) | 990 | Jan-14 | NW Firearms |
| barrett | 9,200 | Jan-14 | NW Firearms |
| 2 rods | 150 | Jan-14 | Les |
| ammo | 350 | Jan-14 | Craigslist |
| ammo | 500 | Jan-14 | Craigslist |
| epirb | 260 | Feb-14 | Bruce |
| immersion suits | 350 | Feb-14 | Craigslist |
| TN 40's / 30's | 2,600 | Feb-14 | Craigslist |
| ammo | 435 | Feb-14 | NW |
| barrett/ammo/safe | 11,000 | Mar-14 | NW |
| G23 | 600 | Mar-14 | Dom |
| reel | 200 | Mar-14 | Craigslist |
| Binos | 1,400 | Mar-14 | Craigslist |
| Shotgun | 1,000 | May-14 | Mark |
| immersion suits | 300 | Jun-14 | Craigslist |
| boat | 11,200 | Jun-14 | Craigslist |
| G23 | 450 | Jun-14 | Ingrid |
| TN 12 | 200 | Jun-14 | Les |
| Rolex | 12,000 | Jul-14 | Bullock |
| TN 12 / 765 ML | 370 | Jul-14 | Craigslist |
| Cataraft | 1,150 | Jul-14 | Craigslist |
| 12 TN's and 3 TE's | 2,800 | Aug-14 | Craigslist |
| Rods | 2,000 | Aug-14 | Craigslist |
| Penn Reels | 2,500 | Sep-14 | Craigslist |
| 1 bb rod | 100 | Sep-14 | Craigslist |
| TOTALS | 119,255 | | |

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☐

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| Jame J. Holman Irrevocable Trust dated 9/25/2008 | October 2013 and annually before that. | $1,105 per year to fund life insurance policy owned by trust. |
| Candice E. Holman Irrevocable Trust dated 12/11/2008. | July 2014 and annually before that. | $330 per year to fund life insurance policy owned by trust. |

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Cutting Edge Fed Credit Union<br>4620 SE International Way<br>Wilsonville, OR 97222 | Checking<br>Acct No. 59203<br>Closing Balance: $0.00 | Closed 8/2014. |
| Wells Fargo<br>1751Molalla Ave.<br>Oregon City, OR 97045 | Checking Account<br>Acct No. Unknown<br>Closing Balance: $30.00 | Closed 1/2014. |

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Pacific Courier Services, LLC | 68-0574200 | c/o James Holman<br>26280 S. Milk Creek Circle<br>Mulino, OR 97042 | Transportation | 5/2001 to to 1/2013 (merged into Pacific Cargo Services, LLC) |
| Pacific Courier Services-Washington, LLC | 68-0574200<br>68-0574200 | c/o James Holman<br>26280 S. Milk Creek Circle<br>Mulino, OR 97042 | Transportation | 8/2006 to 1/2013 (merged into Pacific Cargo Services, LLC) |
| Pacific Cargo Services-Washington, LLC | 68-0574200 | c/o James Holman<br>26280 S. Milk Creek Circle<br>Mulino, OR 97042 | Transportation | 8/2006 to 1/2013 (merged into Pacific Cargo Services, LLC) |
| Integrity Transportation Group, LLC | 68-0574200 | c/o James Holman<br>26280 S. Milk Creek Circle<br>Mulino, OR 97042 | Transportation | 10/2003 to 1/2013 (merged into Pacific Cargo Services, LLC) |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| ITG Washington, LLC | 68-0574200 | c/o James Holman 26280 S. Milk Creek Circle Mulino, OR 97042 | Transportation | 4/2006 to 1/2013 (merged into Pacific Cargo Services, LLC) |
| The Fitness Academy, LLC dba Elite Martial Arts Academy | xxx-xx-6613 | c/o James Holman 26280 S. Milk Creek Circle Mulino, OR 97042 | Martial Arts school | 2/2008 to 3/2013 |
| Pacific Cargo Services, LLC | 68-0574200 | c/o James Holman 26280 S. Milk Creek Circle Mulino, OR 97042 | Transportation services | 10/2003 to 8/2013 |
| Mission 318 | None | c/o James Holman 26280 S. Milk Creek Circle Mulino, OR 97042 | Oregn Public Benefit corporation; Operations never commenced. | 9/2010 to 11/2011 |
| Krav Maga Northwest, LLC dba 360 Krav Maga | xxx-xx-6613 | c/o James Holman 26280 S. Milk Creek Circle Mulino, OR 97042 | Martial Arts school | 7/2011 to 9/2013 |
| Victory Logistics, Inc. | Unknown | c/o James Holman 26280 S. Milk Creek Circle Mulino, OR 97042 | Transportation | 9/2010 to 8/2013 |
| Yahweh-Jireh, LLC | xxx-xx-6613 | c/o James Holman 26280 S. Milk Creek Circle Mulino, OR 97042 | Assistance for poor families. | 12/2005 to 2/2012 |
| Northwest Auto Parts Distribution, Inc. | Unknown | c/o James Holman 26280 S. Milk Creek Circle Mulino, OR 97042 | Auto parts sales. Wholly owned subsidiary of Victory Logistics, Inc. | 8/2010 to 11/2013 |
| Pacific Coast Sport & Commercial Fishing Enterprises, LLC | xxx-xx-6613 | c/o James Holman 26280 S. Milk Creek Circle Mulino, OR 97042 | Fishing | 6/2005 to 8/2013 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None ☒

NAME ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None ☐

a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Earl Pierce<br>Delap LLP<br>5885 SW Meadows Road<br>Lake Oswego, OR 97035 | 2003-2013 |
| Sherwood Tax<br>Shauna Zobrist<br>22467 NE Ash<br>Sherwood, OR 97140 | 2014 |

None ☒

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME ADDRESS DATES SERVICES RENDERED

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

None ☒ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Ally Bank<br>POB 9001948<br>Louisville, KY 40290-1948 | 2/2012 and 3/2012 |
| Equify Financial, LLC<br>13600 Heritage Pkwy #150<br>Fort Worth, TX 76177 | 1/2012 |
| GE Capital Corp.<br>POB 822108<br>Philadelphia, PA 19182-2108 | 1/2012 |
| PACCAR Financial Corp.<br>POB 1518<br>Bellevue, WA 98009 | Unknown |

**20. Inventories**

None ☒ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☒ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**21. Current Partners, Officers, Directors and Shareholders**

None ☒ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☒ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22. Former partners, officers, directors and shareholders**

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒ If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

**24. Tax Consolidation Group**

None ☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds**

None ☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 10/7/14 Signature of Debtor /s/ James Joel Holman
JAMES JOEL HOLMAN

Date 10/7/14 Signature of Joint Debtor /s/ Candice Evangeline Holman
CANDICE EVANGELINE HOLMAN

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0

0 continuation sheets attached

***Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571***

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X

Signature of Bankruptcy Petition Preparer

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.7-813 - 32833-301X-***** - PDF-XChange 3.0