# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON

| | |
|---|---|
| *In re* <br><br> JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN, <br><br> Debtors. | Case No. 14-35381-rld7 <br><br> OBJECTION TO ABANDONMENT OF DEBTORS' RESIDENCE BY PARTIES-IN-INTEREST DWIGHT AND LAURA DANIELS |

PLEASE TAKE NOTICE that parties-in-interest Dwight and Laura Daniels object to the abandonment of the personal residence of debtors James and Candice Holman, 26280 S. Milk Creek Circle, Mulino, Oregon 97042 (the "Residence"). The basis for this objection at present is the existence of a February 28, 2011 Trust Deed in favor of the Daniels against the Residence in the amount of $300,000. This objection is timely because it is filed at least 5 days prior to the date of the meeting of the creditors on October 30, 2014.

DATED this 24th day of October, 2014.

SLINDE NELSON STANFORD


By: /s/ Darian A. Stanford
    Darian A. Stanford, OSB No. 994491
    *Of Attorneys for Dwight and Laura Daniels*

Page 1 - OBJECTION TO ABANDONMENT OF DEBTORS' RESIDENCE

**SLINDE NELSON STANFORD**
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97209
p. 503.417.7777; f. 503.417.4250

**CERTIFICATE OF SERVICE**

I hereby certify that I served the attached **OBJECTION TO ABANDONMENT OF DEBTORS' RESIDENCE BY PARTIES-IN-INTEREST DWIGHT AND LAURA DANIELS** on the following person(s) on the date indicated below:

| | |
|---|---|
| James Joel Holman<br>Candice Evangeline Holman<br>26280 S. Milk Creek Circle<br>Mulino, OR 97042<br>  *Debtors* | Mr. Stephen T. Boyke<br>Law Offices of Stephen T. Boyke<br>806 SW Broadway #1200<br>Portland, OR 97205<br>  *Of Attorneys for Debtors* |

By the following indicated method(s):

☐ By **faxing** full, true, and correct copies thereof to said attorney to the fax number noted above, which is the last known fax number for said attorney, on the date set forth below.

☐ By **emailing** full, true, and correct copies thereof to say attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☒ By notice of electronic filing using the E-filing system (LGR 30).

☒ By causing full, true and correct copies thereof to be **mailed** to the attorney(s) at the attorney(s) last-known office address (as) listed above on the date set forth below.

DATED: October 24, 2014.

SLINDE NELSON STANFORD

By: /s/ Darian A. Stanford
   Darian A. Stanford, OSB No. 994491
   *Of Attorneys for Dwight and Laura Daniels*

Page 2 – CERTIFICATE OF SERVICE

**SLINDE NELSON STANFORD**
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97209
p. 503.417.7777; f. 503.417.4250