JESSE A. P. BAKER, OSB No. 100017
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for BANK OF AMERICA, N.A.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>JAMES JOEL HOLMAN AND CANDICE EVANGELINE HOLMAN,<br><br>Debtor(s). | Case No. 14-35381-rld7<br><br>Chapter 7<br><br>NOTICE REGARDING ATTORNEYS' FEES AND COSTS CLAIM |

Pursuant to the Local Bankruptcy Rules of the District of Oregon, Bank of America, N.A. ("Movant"), hereby provides notice that post-petition attorneys' fees and costs in the sum of $926.00 have been incurred and added to the Movant's secured claim. Interest, if any, will be charged in accordance with the terms of the Note and Deed of Trust. Movant does not request that the above-referenced attorneys' fees and costs be paid by the Trustee.

Dated: November 4, 2014          PITE DUNCAN, LLP

/s/ JESSE A. P. BAKER, OSB No. 100017
Attorneys for BANK OF AMERICA, N.A.

| | |
|---|---|
| 1 | JESSE A. P. BAKER, OSB No. 100017 |
| | PITE DUNCAN, LLP |
| 2 | 4375 Jutland Drive, Suite 200 |
| | P.O. Box 17933 |
| 3 | San Diego, CA 92177-0933 |
| | Telephone: (858) 750-7600 |
| 4 | Facsimile: (619) 590-1385 |
| 5 | Attorneys for BANK OF AMERICA, N.A. |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| In re | Case No. 14-35381-rld7 |
| JAMES JOEL HOLMAN AND CANDICE EVANGELINE HOLMAN, | Chapter 7 |
| Debtor(s). | PROOF OF SERVICE BY MAIL |

I, Chansamone Kwan, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On November 4, 2014, I served the NOTICE REGARDING ATTORNEYS' FEES AND COSTS CLAIM in said cause by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 4, 2014, at San Diego, California.

Chansamone Kwan
CHANSAMONE KWAN

# SERVICE LIST

**DEBTOR(S)**

James Joel Holman
Candice Evangeline Holman
26280 S. Milk Creek CIrcle
Mulino, OR 97042

**DEBTOR(S) ATTORNEY**

Stephen T Boyke
Boyke Law
806 SW Broadway #1200
Portland, OR 97205

**CHAPTER 7 TRUSTEE**

Kenneth S Eiler
515 NW Saltzman Rd - PMB 810
Portland, OR 97229

**U.S. TRUSTEE**

U.S. Trustee
Department of Justice
620 SW Main St #213
Portland, OR 97205
USTPRegion18.PL.ECF@usdoj.gov

**OTHER LIENHOLDER(S)**

Cutting Edge FCU
4620 SE International Way
Milwaukie, OR 97222-0446

Dwight & Laurie Daniels
23 Carmel Bay Dr.
Corona Del Mar, CA 92625

PACCAR Financial Corp.
PO Box 1518
Bellevue, WA 98009

The Commerce Bank of OR
1211 SW 5th Ave. Suite 1250
Portland, OR 97204