**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

November 12, 2014

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re )
**James Joel Holman** )
**Candice Evangeline Holman** ) Case No. **14–35381–rld7**
    *Other names used by debtor:* Krav Maga )
    Northwest, LLC dba 360 Krav Maga, Pacific )
    Cargo Services, LLC, The Fitness Academy, ) ORDER AND NOTICE
    LLC dba Elite Martial Arts Academy, Pacific ) OF TIME TO FILE CLAIMS
    Courier Services, LLC, Yahweh–Jireh, LLC, )
    (See docket for additional names.) )
Debtor(s)

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. The deadline to file a Proof of Claim is **2/12/15** for all creditors, except for governmental units for which a later deadline may apply; see Fed. Rule Bankr. Proc. 3002(c)(1). Your claim must be <u>received</u> by the bankruptcy clerk's office by this deadline.

2. Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

                                                    Clerk, U.S. Bankruptcy Court

**TO FILE A CLAIM**:

(a) File proof of claim at www.orb.uscourts.gov. Under the "Information for Creditors" heading, click on File a Proof of Claim and follow the steps to create and electronically file a proof of claim on the required form. No ECF login/password is required.

(b) If you have already filed a claim in this case, do not file it again.

(c) If you do not have internet access, please call the court at 503–326–1500 or 541–431–4000 to request a claim form.