

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

**RANDALL L. DUNN**
BANKRUPTCY JUDGE

1001 S.W. FIFTH AVENUE, # 700
PORTLAND, OREGON 97204
(503) 326-1538

JoANNE SHERMAN
LAW CLERK

BELLE S. NA
LAW CLERK

PEG BYRNE
JUDICIAL ASSISTANT

November 25, 2014

Darian A. Stanford
Slinde Nelson Stanford
111 S.W. 5th Avenue, Suite 1940
Portland, Oregon 97209

Re:   James Joel Holman and Candice Evangeline Holman
      Bankruptcy Case No. 14-35381-rld7

Dear Mr. Stanford:

On October 27, 2014, you filed on behalf of your clients, Dwight and Laura Daniels, an "Objection to Abandonment Of Debtors' Residence Parties in Interest Dwight and Laura Daniels" ("Daniels' Objection"). See #16 on the docket. On November 12, 2014, the Chapter 7 trustee filed an asset report in the case. Because no proposed abandonment is pending, I will take no action on the Daniels' Objection. In the event the trustee notices an intent to abandon this property, the Daniels will need to reassert their objection at that time.

Very truly yours,

Hon. Randall L. Dunn
Bankruptcy Judge

cc:   Stephen T. Boyke
      Kenneth S. Eiler, Trustee
      U.S. Trustee