UNITED STATES BANKRUPTCY COURT
District of Oregon

In re )
**James Joel Holman and Candice Evangeline Holman** )
)
        Debtor(s) ) Case No. **14-35381-rld7**
)
) RECORD OF PROCEEDING
**CitiMortgage, Inc** )
Moving Party ) Judge: **Randall L. Dunn**
)
**Kenneth S Eiler** ) Docket # of Motion 18
)
Responding Party ) DATE OF HEARING: **12/02/2014**

**Casey Pence** (handwritten, replacing ~~ANGELA M MICHAEL~~) \_\_\_\_no appearance     **IN PRO PER** \_\_\_\_no appearance
Attorney for Moving Party                        Attorney for Responding Party

Bob Carlton - Cutting Edge

\_\_\_\_ Attorney represents agreement by opposing attorney.
\_\_\_\_ Oral stipulation approved.      \_\_\_\_ Written stipulation (to be) filed.
\_\_\_\_ Order based on oral stipulation to be lodged.

\_\_\_\_ Hearing is continued to _____ at _____ in _____ or \_\_\_\_ telephone hearing for:

     \_\_\_\_ Continued preliminary hearing \_\_\_\_ final hearing \_\_\_\_ stay remains in effect.
     \_\_\_\_ Date and time set, or to be set, for hearing on confirmation of Chapter 13 plan.
     \_\_\_\_ The Court finds that delay of over 30 days is necessary to accommodate current schedule.
     \_\_\_\_ Movant waives 30 day rule.
     \_\_\_\_ Noticed in Court. \_\_\_\_ Send notice
\_\_\_\_ Off calendar; may be reset at request of either party/Movant only(30 day rule waived).

\_\_\_\_ The Motion is denied.
**X** The Motion is granted, and **X** Stay terminates forthwith/on **120 Days**.
\_\_\_\_ No foreclosure sale before _____.
\_\_\_\_ Movant may submit an order regarding termination of stay/on _____ days written notice of default to debtor and debtor's counsel in the event that:
     \_\_\_\_ All (post-petition) arrears in payments due to the Movant/Trustee/both are not brought current within _____ days of the date of this hearing.
     \_\_\_\_ Debtor fails to pay, when due, payments to the Movant/Trustee/either.
     \_\_\_\_ Debtor fails to maintain insurance on the collateral as required by the security agreement.
     \_\_\_\_ Debtor fails to file modified plan of reorganization within _____ days of the date of this hearing.
     \_\_\_\_ Debtor's Plan/modified plan of reorganization is denied confirmation.
     \_\_\_\_ OTHER: _____

\_\_\_\_ Parties agree to extend 60 day time period of 11 U.S.C. §362(e)(2)(B) \_\_\_\_ Yes \_\_\_\_ No.
     If NO, findings: _____

\_\_ OTHER: _____

ISSUES TO BE TRIED

\_\_\_ Is Cure Proposal Realistic?     \_\_\_ Amount of arrears     \_\_\_ Valuation     \_\_\_ Adequate Protection

\_\_\_ Other(specify) _____