1   Robert L. Carlton, OSB No. 851673
     SUSSMAN SHANK LLP
2   1000 SW Broadway, Suite 1400
     Portland, OR 97205-3089
3   Telephone: (503) 227-1111
     Facsimile: (503) 248-0130
4   E-Mail: rcarlton@sussmanshank.com

5   Attorneys for Cutting Edge Credit Union

6

7

8           IN THE UNITED STATES BANKRUPTCY COURT

9                 DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | Case No. 14-35381-rld7 |
| JAMES JOEL HOLMAN and | ) | CUTTING EDGE CREDIT UNION'S |
| CANDICE EVANGELINE HOLMAN, | ) | OBJECTION TO NOTICE OF INTENT |
| | ) | TO SELL PROPERTY |
| Debtors. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

       Cutting Edge Credit Union ("CECU") objects to the proposed sale of property

located at 240 Lancer Street, Gleneden Beach, Oregon 97388, to Ira and Jeanne

Mosteller, as noticed by the Trustee on December 16, 2014, for the following reasons:

       1.     CECU is a secured creditor in second position on the subject property,

and is owed approximately $114,000.

       2.     CECU does not consent to a short sale, objects to payment of $10,000 to

the bankruptcy estate, and objects to the payment proposed real estate commission.

       WHEREFORE, CECU objects to the sale for the reasons set forth above.

       DATED this 7th day of January, 2015.

                SUSSMAN SHANK LLP

                By: _/s/ Robert L. Carlton_____
                  Robert L. Carlton, OSB No. 851673
                  Attorneys for Cutting Edge Credit Union

*22759-001\CECU'S OBJECTION TO NOTICE OF INTENT TO SELL PROPERTY (PDF) (02018826);1

**Page 1 of 1** – CUTTING EDGE CREDIT UNION'S OBJECTION TO NOTICE OF INTENT TO
      SELL PROPERTY

Case 14-35381-rld7   Doc 46   Filed 01/07/15

<u>CERTIFICATE OF SERVICE</u>

I, Debra L. Roos declare as follows:

I am employed in the County of Multnomah, state of Oregon; I am over the age of eighteen years and am not a party to this action; my business address is 1000 SW Broadway, Suite 1400, Portland, Oregon 97205-3089, in said county and state.

I certify that on January 7, 2015, I served, via first class mail, a full and correct copy of the foregoing **CUTTING EDGE CREDIT UNION'S OBJECTION TO NOTICE OF INTENT TO SELL PROPERTY**, to the parties of record, addressed as follows:

Kenneth S. Eiler, Trustee
PMB 810
515 NW Saltzman Road
Portland, OR 97229

Lynnette May & John Lynch
9340 SW Beaverton Hillsdale Hwy
Beaverton, OR 97005

I also certify that on January 7, 2015, I served the above-referenced document(s) on all ECF participants as indicated on the Court's Cm/ECF system.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: January 7, 2015.

/s/ Debra L. Roos
_____
Debra L. Roos, Legal Assistant

*22759-001/CERT TO CECU'S OBJECTION TO NOTICE OF INTENT TO SELL PROPERTY (02018831);1

CERTIFICATE OF SERVICE - Page 1