Below is an Order of the Court.

*[signature]*
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: ) | Case No: 14-35381-rld7 |
| ) | |
| ) | **STIPULATED** |
| **JAMES JOEL HOLMAN** ) | **ORDER AUTHORIZING** |
| **CANDICE EVANGELINE HOLMAN** ) | **SHORT SALE OF PROPERTY** |
| ) | |
| Debtor, ) | |
| ) | |

Based upon the Stipulation of the parties, as evidenced by the signatures set out below, and it appearing that Cutting Edge Credit Union filed an Objection [Dkt #46] to the Trustee's Notice of Intent to Sell certain real property [Dkt #37] which the parties now wish to resolve pursuant to the terms set out below, and good cause otherwise appearing, now therefore;

IT IS HEREBY ORDERED that the Trustee is entitled to complete the sale of the property as set forth in Docket #37, or as set forth in any subsequent Notice of Intent to Sell the property described in Dkt #37, for a sale price that will either pay the lien claim of Cutting Edge Credit Union in full, or as otherwise agreed pursuant to the terms of a short sale approved by Cutting Edge Credit Union..

###

Presented by: /s/ Kenneth S. Eiler

IT IS SO STIPULATED:


 /s/ Kenneth S. Eiler
Kenneth S. Eiler, Chapter 7 Trustee



 /s/ Robert L. Carlton
Robert L. Carlton, OSB 851673
Attorney for Cutting Edge Credit Union


c: By ecf: