Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re )
) Case No._____
)
) APPLICATION TO EMPLOY
) BROKER, **AND ORDER THEREON**
Debtor(s) )

    The undersigned trustee applies to employ _____, a licensed real estate or other broker, whose address is _____, to sell the following estate property under an exclusive listing or other agreement:

    The terms of employment and compensation are customary in this marketplace for this type of sale and are as shown in the <u>attached listing or other agreement</u>. In general terms, the proposed compensation is as follows: _____.

    To the best of the trustee's knowledge said broker has no connections with the entities listed in the verification below, except as described therein.

DATE: _____                                                                         _____
                                                                                                                  Trustee

753.60 (8/8/13)       **Page 1 of 2**      \*\*\* **SEE NEXT PAGE** \*\*\*

I, the broker named above, verify that neither I nor my company has any connections with the debtor(s), creditors, U.S. Trustee, Asst. U.S. Trustee, any employee of either the U.S. Trustee or Asst. U.S. Trustee, any District of Oregon Bankruptcy Judge, any other party in interest, or their respective attorneys or accountants, except as follows:

_____
Applicant/Relation to Company

**IT IS ORDERED** that employment of the above-named broker is authorized and the trustee is authorized to compensate said broker <u>within the above terms</u> without further court order unless an interested party files a timely objection to the notice of sale and proposed compensation.

**IT IS FURTHER ORDERED** that any proposed sale of the listed asset and broker compensation is subject to bankruptcy court approval if timely objections are filed, any arbitration or mediation provision in the attached agreement is without effect, and all issues regarding the employment relationship or the interpretation of the attached agreement are subject to the exclusive jurisdiction of the bankruptcy court.

###

# ADDENDUM TO LISTING AGREEMENT

This Addendum is made to that Listing Agreement between Kenneth S. Eiler, in his capacity as bankruptcy trustee for the bankruptcy estate of John and Candice Holman, debtor, Case No. 14-35381-rld7 ("Trustee'), and Lynnette May, ("Broker"). The remaining terms of the Listing Agreement remain in full force and effect provided they do not conflict with the terms below, and this Addendum applies to any modifications, renewals or extensions of this Listing Agreement.

1. The Seller is Kenneth S. Eiler, as Trustee for the Bankruptcy Estate of John and Candice Holman, debtor, Case No. 14-35381-rld7.

2. Broker understands and acknowledges that all offers will be subject to Trustee (a) providing adequate notice of a sale in the United States Bankruptcy Court, District of Oregon, Case No. 14-35381-rld7 pursuant to the bankruptcy code and receiving no timely objections, or (b) obtaining a court order approving a Sale. No commission shall be due until (2)(a) or (b) are satisfied, in addition to all other terms of the Listing Agreement and this Addendum.

3. Broker understands and acknowledges that all offers are subject to overbid by third parties and that any commissions which may be due under any sale transaction is subject to Bankruptcy Court approval.

4. Title shall be conveyed by Trustee's Deed, with no representations or warranties, expressed or implied as to the condition of title or property improvements. There may exist liens or encumbrances against the property which are in default.

5. Any and all purchasers of the Property ("Purchaser") will accept the land, buildings, improvements and all other aspects of the Property in their present conditions AS IS, including latent defects, the environmental conditions present on the premises, or any other matter affecting or relating to the physical condition of the Property, without any representations or warranties, express or implied, unless they are set forth expressly herein. Purchaser will expressly waive any and all claims growing or arising out of any representations or warranties with regard to the Property.

6. The Seller represents that he has authority to sell the subject property but does not provide any warranties regarding the condition of the property or the disclosures, written or otherwise, provided as part of the sale process. No indemnity is provided. Dual agency is not permitted.

7. The United States Bankruptcy Court shall have sole jurisdiction for any and all dispute resolutions pertaining to this transaction, and any references to mediation or arbitration are hereby void.

DATE:   January 16, 2015

/s/ Lynnette May                                         /s/ Kenneth S. Eiler
Lynnette May, Broker                                   Kenneth S. Eiler, Trustee
Jon Lynch, Broker                                        Estate of John and Candice Holman, debtor
                                                                    Case No. 14-35381-rld7

**PROPERTY ADDRESS:** 26280 S MILK CREEK CIR     **CITY, STATE ZIP** Mulino, OR 97042

**1. Exclusive Right to Sell.** In consideration for the services to be rendered by the undersigned PRINCIPAL BROKER, the undersigned SELLER hereby grants to PRINCIPAL BROKER the exclusive right to sell the property located at the address set forth above and more particularly described on the RMLS™ Listing Data Input Form hereto attached (the "Property").

**2. Term.** This Agreement is effective when signed, and shall terminate at 11:59 p.m. on <u>December 14</u>, <u>2015</u>. Date marketing to begin is <u>December 15</u>, <u>2014</u>, which will be the List Date published in RMLS™. Marketing includes, but is not limited to, placing any yard sign, social media or internet exposure, publication in RMLS™, broker tours and direct marketing to any other real estate professionals or consumers. If any such marketing is to occur before RMLS™ publication, the Office Exclusive/Authorization to Exclude Addendum must be completed and submitted to RMLS™. SELLER further allows PRINCIPAL BROKER a reasonable time after termination of this Agreement to close any transaction on which earnest money is then deposited. No extension or renewal of this Agreement shall be effective unless it is in writing signed by SELLER and PRINCIPAL BROKER.

**3. Right to Compensation.** In consideration for the services herein described, SELLER shall pay PRINCIPAL BROKER the brokerage fee set forth in Section 17 below if SELLER sells or agrees to sell the Property during the term of this Agreement or any extension or renewal hereof, or if PRINCIPAL BROKER or any cooperating broker, including, but not limited to, a buyer's broker: (a) finds a buyer ready and willing to purchase the Property, or to lease the Property with an option to purchase the Property, for the price and terms set forth in the attached RMLS™ Listing Data Input Form or such other price and terms as SELLER may accept; (b) places SELLER in contact with a person to whom SELLER sells the Property or leases the Property with an option to purchase during the term of this Agreement or within <u>SIXTY</u> ( <u>60</u> ) days after termination of this Agreement; or (c) is the procuring cause of an agreement to sell the Property or lease the Property with an option to purchase. Section 3 (b) and (c) above shall not apply if, following the termination of this Agreement, SELLER lists the Property for sale with another duly licensed real estate broker and if the application of such section(s) would result in SELLER'S liability for more than one brokerage fee. The term "sale" shall include any exchange, trade, or lease option to which SELLER consents. In the event of an exchange, trade, or lease option, PRINCIPAL BROKER is permitted to represent and receive compensation from both parties. SELLER hereby agrees to pay PRINCIPAL BROKER the compensation set forth in the following sentence in consideration of PRINCIPAL BROKER's agreement to permit SELLER to terminate this Agreement before its expiration. If SELLER terminates this Agreement before its expiration or any extension hereof, and if no additional compensation is owed as provided in Section 3 (a) (b) or (c) above, SELLER shall pay the following percentage of the commission that would be due from a sale of the Property at the listing price: (*i*) if terminated within _____(___) days after the date of this Agreement (forty-five [45] if left blank), ___ percent (25% if left blank); or (*ii*) if terminated more than _____(___) days after the date of this Agreement (forty-five [45] if left blank), ___ percent (50% if left blank). SELLER shall pay the compensation set forth in the preceding sentence to PRINCIPAL BROKER contemporaneously with SELLER's termination of this Agreement, but such payment shall not relieve SELLER from the obligation to pay the balance of the compensation provided for in Section 3 (a), (b) or (c) above should any event described in such subsections occur.

**4. Services; Authority.** PRINCIPAL BROKER will market the Property, and in connection therewith, SELLER hereby authorizes PRINCIPAL BROKER to do the following: (a) place a "for sale" sign on the Property and to remove all other similar signs; (b) turn on, or leave on, all utilities serving the Property and authorize utility providers to do so in order to show the Property, all at SELLER'S expense; (c) obtain and disclose any information pertaining to any present encumbrance on the Property; (d) if authorized pursuant to Section 12 below, obtain a key to the Property and place such key in a lock box on the exterior of the Property, with recognition that SELLER bears any risk of loss or damage associated with the use of such lock box (SELLER should consult SELLER'S homeowner's insurance policy to determine coverage); (e) have access to Property for purposes of showing it to prospective buyers at any reasonable hour; (f) place information regarding this listing and the Property in the RMLS™ Multiple Listing Service; (g) accept deposits on SELLER'S behalf. PRINCIPAL BROKER is authorized to cooperate with other brokers and to divide with such other brokers any commissions or compensation payable under the Agreement; and (h) communicate with SELLER by telephone, facsimile and/or e-mail even after the term of this Listing. Seller hereby authorizes RMLS™ to use, relicense, repurpose, display and otherwise deal with photos and data regarding the Property, without compensation to the SELLER. Such authority shall survive expiration or termination of this Agreement.

**5. Agency.** Seller has received and read a copy of the Initial Agency Disclosure Pamphlet.

**6. SELLER'S Representation and Warranties.** SELLER hereby represents and warrants to PRINCIPAL BROKER: (a) that the undersigned SELLER has full authority to enter into this Agreement and to convey the Property to a buyer; (b) that SELLER has completed the Disclosure Statement referred to in Section 11, if any, accurately based upon SELLER'S personal knowledge and information, and PRINCIPAL BROKER has not made any statement, representation, warranty, investigation, test or other inquiry into the accuracy or adequacy of SELLER'S disclosures; (c) the information on the attached Listing Data Input Form is correct and complete; (d) as of the date(s) of the sale of the Property and transfer of possession, all aspects of the Property will be in substantially their present condition and free of material defects, except as disclosed in writing to PRINCIPAL BROKER; and (e) before closing of any transaction, SELLER will install an approved smoke detector and approved carbon monoxide detector(s) in the building(s) located on the Property, as required by law.

Seller(s) Initials: KE 12/15/14

PROPERTY ADDRESS: 26280 S MILK CREEK CIR   CITY, STATE ZIP Mulino, OR 97042

**7. Indemnity.** SELLER shall defend, indemnify and hold harmless PRINCIPAL BROKER, its licensees and any cooperating broker and its licensees from any liability, claims, damages, causes of action or suits arising out of, or relating to any breach of the representations and warranties set forth herein or in any agreement for the sale of the Property, and from the failure to disclose any material information to PRINCIPAL BROKER relating to the Property.

**8. Attorney's Fees.** If PRINCIPAL BROKER or any cooperating broker refers this Agreement to an attorney for collection of the compensation due hereunder, SELLER shall pay the costs and reasonable attorney's fees of PRINCIPAL BROKER or any cooperating broker regardless of whether mediation is conducted or arbitration or litigation is filed. If mediation is conducted or if arbitration or litigation is filed in connection with any dispute relating to this Agreement, the prevailing party shall be entitled to its attorney's fees and costs in connection with such mediation, arbitration or litigation and in any appeal therefrom and enforcement thereof.

**9. Compliance with Law.** SELLER shall comply with all laws relating to the Property and the sale thereof, including without limitation, the obligation to offer the Property for sale to any person without regard to age, race, color, religion, sex, handicap, marital status, familial status, or national origin.

**10. Dispute Resolution.** SELLER and PRINCIPAL BROKER, including the licensees of each, if any, agree that all claims, controversies or disputes, including those for recission (hereinafter collectively referred to as "Claims"), relating directly or indirectly to this Agreement, shall be resolved in accordance with the procedures set forth herein which shall expressly survive closing. Provided, however, the following matters shall not constitute Claims: (a) any proceeding to collect, interpret or enforce any mortgage, trust deed, land sale contract, or recorded construction lien; (b) a forcible entry and detainer action; (c) any dispute between REALTORS® which is subject to the Professional Standards Arbitration provisions of the National Association of REALTORS®. The filing of a notice of pending action ("lis pendens") or the application to any court for the issuance of any provisional process or similar remedy described in the Oregon or Federal Rules of Civil Procedure shall not constitute a waiver of the right or duty to use the procedures specified below.

Notwithstanding the following provisions, SELLER, PRINCIPAL BROKER and the licensees, if any, mutually agree that all Claims within the jurisdiction of the Small Claims Court shall be brought and decided there, in lieu of mediation, arbitration or litigation in any other court of law.

If SELLER was represented in this transaction by a licensee who was then a member of the National Association of REALTORS®, all claims shall be submitted to mediation in accordance with the procedures of the Home Seller/Home Buyer Dispute Resolution System of the National Association of REALTORS® or other organization-adopted mediation program (collectively the "System"). Provided, however, if the System is not then available through the licensees' Association of REALTORS®, then the SELLER, PRINCIPAL BROKER and/or licensees shall not be required to engage in mediation.

All claims that have not been resolved by mediation, or otherwise, shall be submitted to final and binding private arbitration in accordance with Oregon Laws. Filing for arbitration shall be treated the same as filing in court for purposes of meeting any applicable statutes of limitation or for purposes of filing a lis pendens. SELLER, PRINCIPAL BROKER and/or their licensees may use any professional arbitration company which provides such service to the county where the Property is located, as selected by the party first filing for arbitration. Provided, however, if no arbitration company has available services when the Claim arose, neither SELLER, PRINCIPAL BROKER, nor their respective licensees, if any, shall be required to participate in arbitration.

BY CONSENTING TO THIS PROVISION YOU ARE AGREEING THAT DISPUTES ARISING UNDER THIS AGREEMENT SHALL BE HEARD AND DECIDED BY ONE OR MORE NEUTRAL ARBITRATORS AND YOU ARE GIVING UP THE RIGHT TO HAVE THE MATTER TRIED BY A JUDGE OR JURY. THE RIGHT TO APPEAL AN ARBITRATION DECISION IS LIMITED UNDER OREGON LAW.

**11. Disclosure Statement.** Unless exempt, SELLER has completed a Seller's Property Disclosure Statement regarding the Property as provided by Oregon law, and SELLER hereby authorizes BROKER to: (a) deliver a copy of such Disclosure Statement to any prospective Buyer; and (b) rely <u>solely upon SELLER'S representations set forth in this Agreement and in the Disclosure Statement</u> without further inquiry or diligence on BROKER'S part.

**12. Lock Box.** SELLER [x] does [ ] does not (check one) authorize PRINCIPAL BROKER to place a lock box on the Property.

©RMLS™ 2014. ALL RIGHTS RESERVED.


Seller(s) Initials

PROPERTY ADDRESS: 26280 S MILK CREEK CIR          CITY, STATE ZIP Mulino, OR 97042

**13. Internet.**   SELLER [x] does [ ] does not (check one) authorize PRINCIPAL BROKER to advertise the property on the Internet.

**14. FIRPTA.**   In general, the sale or other disposition of a U.S. real property interest by a foreign person is subject to income tax withholding under the Foreign Investment in Real Property Tax Act of 1980 (FIRPTA). A "foreign person" includes a non-resident alien individual, foreign corporation, foreign partnership, foreign trust and foreign estate. If FIRPTA applies, the buyer or other qualified substitute may be legally required to withhold this tax at closing. In order to avoid closing delays, SELLER is requested to initial one of the two statements:

_KE_ (dotloop verified 12/15/14 5:26PM EST) SELLER warrants and represents to BROKER and BROKER'S Firm that SELLER **is not** a foreign person under FIRPTA.

_____ SELLER **is** a foreign person under FIRPTA.

**15. Additional Provisions**

_____

_____

_____

**16. Modification.**   No provision of this Agreement, including, without limitation, the amount of the brokerage fee set forth in section 17, may be modified except in writing signed by SELLER and by PRINCIPAL BROKER.

**17. Brokerage Fee.**   SELLER shall pay a brokerage fee as set forth in Section 3 above in an amount equal to _7_ % of the selling price or option exercise price of the Property or $ _34993_. SELLER hereby irrevocably assigns to PRINCIPAL BROKER the proceeds of such transaction to the extent of PRINCIPAL BROKER'S fee and irrevocably instructs the escrow agent, if any, to pay PRINCIPAL BROKER'S fee at closing out of such proceeds. List Price $ _499900_. In the event of forfeiture of earnest money for any transaction relating to this listing service agreement, the earnest money shall be disbursed as follows: SELLER _100_ % PRINCIPAL BROKER _____ % OR [ ] (check if applicable) to PRINCIPAL BROKER to the extent of the brokerage fee, with balance to SELLER.

Date of BROKER'S signature _____    Date of SELLER'S signature _____

BROKER Signature _Lynnette May_ (dotloop verified 12/15/14 5:42PM EST XNW7-DRMR-FL22-I5N8)    SELLER _Kenneth Eiler_ (dotloop verified 12/15/14 5:26PM EST WJJ3-KBEY-3JFQ-DWYU)

FIRM NAME _Knipe Realty NW, Inc_    SELLER _____

Date of PRINCIPAL BROKER'S signature _____    (If legal representative or attorney-in-fact state capacity and name of real party in interest)

PRINCIPAL BROKER Signature _____    ADDRESS _____

Phone _____    

Phone (w) _____ (h) _____

©RMLS™ 2014. ALL RIGHTS RESERVED.

Number in () indicates how many selections to choose or circle. Screened number indicates how many characters will fit on a line or space. For Auction Listings check Auction. For Range Price Listings check Range $ and use the Min and List/Max Price field boxes. The following Supplement Forms are available: Auction, Condo, Amenities, Additional Structure(s), Farm and Ranches and Water Rights.

ML# 14179897 (SYSTEM ASSIGNED)

## Listing Information

- Property Tax ID#: 05000597
- Area: 146
- [x] List Price
- [ ] Auction
- [ ] Range Price
- Min Price: 8
- List/Max Price: 499900
- Address: 26280 S MILK CREEK CIR, Quad 2, Unit 5
- Condo Unit Location: [ ] GROUND [ ] LOWER [ ] UPPER [ ] MAIN [ ] TOWNHSE
- City: Mulino
- Zip Code: 97042 +4: 4
- CC&R: [ ] YES [ ] NO
- Farm Y/N: [ ] YES [ ] NO
- Neighborhood/Building: Milk Creek Meadows
- Property Type: [ ] ATTACHD [ ] CONDO [x] DETACHD [ ] FLTHOME [ ] IN-PARK [ ] PARTOWN [ ] PUD [ ] RES-MFG
- Legal: PLAT MILK CREEK MEADOWS LT 5 3525
- Zoning: 7
- County: Clackamas
- Map Coord: Page 3 Column 1 Row 2
- List Type: [ ] ER [ ] EA
- Limited Representation: [ ] YES [ ] NO
- Offers/Nego Instructions: [ ] CALL-LA [ ] LA-ONLY [ ] SEEDOCS [ ] SELLER
- Elementary School: (30)
- Middle School: (30)
- High School: (30)
- Elementary School 2: (30)
- High School 2: (30)

## General Information

- Lot Size: [x] 1-2.99AC; # Acres: 1.18; Lot Dimensions: 20
- Seller Disclosure: [ ] DSCLOSUR [ ] EXEMPT; Other Disclosures: 20
- Waterfront: [ ] BAY [ ] CREEK [ ] LAKE [ ] OCEAN [ ] RIVER [ ] OTHER; Body of Water Name: 20
- Lot Desc (4): AIRSTRP, BCH<1/4, BLUFF, BUSLINE, CLAIM, COMMONS, CORNER, CULDSAC, FLAGLOT, FLOODZN, GATED, GEN-SLP, GOLFCSE, GRNBELT, HILLY, LEVEL, LSD-LND, LT-RAIL, MRCHTIM, POND, PRIVATE, RPROTIM, SECLDED, SHP<1/4, SLOPED, STRTCAR, TREES, WOODED
- View (3): BAY, CITY, CREEK, DUNES, GOLFCSE, LAKE, MNTAIN, OCEAN, PARK, POND, RIVER, SEASONL, TERRITR, TREES, VALLEY

## Residence

Square Footage (Excluding Attached Garage)
- Upper: 5 (Approx)
- Main: 5 (Approx)
- Lower: 5 (Approx)
- Additional SQFT: [ ] L [ ] M [ ] U — 5 (Approx)
- Total Syst Calc'd: 5 (Approx)
- Source of Info. for SQFT: 10

NOTE: Total Square Footage is as reported by the Listing Broker. For source of information and description of square footage, contact the Listing Broker. Square footage includes finished and unfinished areas (excluding attached garage) and is not intended to represent "legal" or "liveable" square footage.

- Year Built: 2003
- Year Built Desc: APPROX, PROPOSD, RESALE, UNKNOWN, FIXER, REGIST, RESTORD, NEW, REMOD, UNDRCON
- Roof: BUILTUP, COMP, FIBRGLS, FLAT, GRAVEL, METAL, RUBBER, SHAKE, SHINGLE, SLATE, TILE, OTHER
- #BDRMS: 4; #Levels: 1
- Green Cert.: CERTRET, EA/STAR, EARTHAD, EN-STAR, LEED-HC, LEED-HG, LEED-HP, LEED-HS, LEEDNCC, LEEDNCG, LEEDNCP, LEEDNCS, LEEDND, PSVHAUS
- Green Cert. Obtained?: PEND / YES
- Year of Green Cert.: 4
- # Garage: 1 # Cars
- Garage Desc: ATTACHD, AVAIL, CARPORT, CONVRTD, DETACHD, EXTDEEP, OVRSIZE, PTCNVT, SHARED, TANDEM
- # Fireplaces: 1
- Senior 55+: [ ] YES [x] NO
- Home Warranty: [ ] YES [ ] NO
- Parking (2): CARPORT, DEEDED, DRIVWAY, OFF-STR, PAD, RV-PARK, STREET, NONE, OTHER
- Fireplace Description (3): GAS, INSERT, PELLSTV, PROPANE, STOVE, WOOD
- Style (2) (1 Reqd + 1): 1STORY, 2STORY, A-FRAME, BUNGALOW, CABIN, CAPECOD, CHALET, COLONIL, COMMWAL, CONT-FR, CONTEMP, COTTAGE, CRAFTSM, CUSTOM, DAYRNCH, DBL-WDE, DETCNDO, DOME, DTCHCOL, ENGLISH, FARMHSE, GEORGIN, LIV-WRK, LODGE, LOFT, LOG, MANUFHS, MEDIT, MIDCMOD, MODULAR, OLD-PDX, PRAIRIE, PREFAB, RANCH, ROW, SALTBOX, SIN-WDE, SPLIT, STUDIO, TANDEM, TIMBRFRM, TOWNHSE, TRAD, TRI, TRI-WDE, TUDOR, VICT, OTHER
- Exterior Description (2) (1 Reqd + 1): ALUM, ASBESTS, BLOCK, BRD&BTN, BRICK, CEDAR, CULSTNE, EIFS, FIBRCEM, HCSTUCC, LAP, LOG, MANMADE, METAL, OSB, PANEL, PLYWOOD, SHAKE, SHINGLE, STONE, STUCCO, T-111, TNG/GRV, VINYL, WOOD, WOODCOM, OTHER
- Basement / Foundation (3): BLOCK, CONCRET, CRAWLSP, DAYLITE, DIRT, FINISHD, FULLBAS, NO-BAS, NO-FND, OS-ENTR, PARTBAS, PARTFIN, PERIMTR, PIR&PST, SEPLVQT, SKIRTNG, SLAB, STEMWLL, UNFIN, OTHER

# RESIDENTIAL DATA INPUT FORM

Regional Multiple Listing Service

**ML#** 14179897 (SYSTEM ASSIGNED)  **ADDRESS** 26280 S MILK CREEK CIR Mulino, OR 97042

## Remarks

**XStr/Dir**  100

**Private** (Max 280 chars)

**Public** (Max 440 chars)

Public remarks are intended for public viewing. Confidential information should be excluded. **No personal promotion or broker/owner contact information allowed in this section.** No links or websites allowed in the Public Remarks.

Authorization to Post on Public Internet Sites:  Listing ☐ YES ☐ NO   Property Address (where permitted) ☐ YES ☐ NO
Disable Specific VOW and IDX Functionality:   Disable 3rd Party Comments: ☐ YES ☐ NO   Disable AVM: ☐ YES ☐ NO
Virtual Tour URL, if provided, is not displayed on printed form due to space limitations.   No personal promotion or broker/owner contact information
Video Tour URL, if provided, is not displayed on printed form due to space limitations.   allowed in the virtual or video tour(s).

## Approximate Room Sizes and Descriptions

| BATHS | #FULL | #PART | Room | Level (1) | Size | Feature Each Room (3) |
|---|---|---|---|---|---|---|
| Upper | 0 | 1 | Living | ☐L ☐M ☐U | 2 x 2 | |
| Main | 0 | 1 | Kitchen | ☐L ☐M ☐U | 2 x 2 | |
| Lower | 0 | 1 | Dining | ☐L ☐M ☐U | 2 x 2 | |
| Total | 0 | 0 | Family | ☐L ☐M ☐U | 2 x 2 | |
| | | | Master BDRM | ☐L ☐M ☐U | 2 x 2 | |
| | | | 2nd BDRM | ☐L ☐M ☐U | 2 x 2 | |
| | | | 3rd BDRM | ☐L ☐M ☐U | 2 x 2 | |
| | | | Additional Room #1 (1) | 10 ☐L ☐M ☐U | 2 x 2 | |
| | | | Additional Room #2 (1) | 10 ☐L ☐M ☐U | 2 x 2 | |
| | | | Additional Room #3 (1) | 10 ☐L ☐M ☐U | 2 x 2 | |

Syst Calc'd: 2NDKIT, 4TH-BD, 5TH-BD, 6TH-BD, ATRIUM, BONUS, DARK-RM, DEN/OFF, EATAREA, ENTRY, FAMILY, GREAT-R, GSTQTR, HOTUB-R, LIBRARY, LOFT, MEDIA, MSTBATH, MUD-RM, NOOK, SAUNA, SHOP, STORAGE, SUNPRCH, SUNROOM, UTILITY, WINECEL

Round all measurements down to the nearest foot.

Feature codes: 3RDFLR 4THFLR AIRCLEN AMNFORM APP-GAR BALCONY BAMB-FL BATH BATHTUB BAYWIND BEAMS BI-DOWN BI-GRILL BI-HTUB BI-MICO BI-OVEN BI-RANG BI-REFR BI-VACM BLT-INS BOOKSVS BTL-PAN CEILFAN CLO-ORG CLOSET COMPCTR CONVECT COOK-IS CORK-FL COUNKIT COVED D-DRAFT DAYLITE DBL-CLO DECK DISHWAS DISPOSL DMBWAIT DRES-RM EAT-BAR EATAREA ESTARAP FIREPL FNCH-DR FORMAL FPL-INS FR&KIT FS-RANG FS-REFR GALLEY GASAPPL GDN-WIN GOURMET GRANITE GREAT-R HARDWOD HEATILA HI-CEIL HISPEED HOME-TH HUMIDFR INST-HW INTRCOM ISLAND JET-TUB KIT&DR KITCHEN L-SHAPE LAM-FL LINS-FL LOFT LR&DR MARBLE NOOK PANTRY PAS-SOL PATIO PLB-ICE POOL QUARTZ REC-MTR REMOD SAUNA SEWING SH-BATH SHOWER SINK SKYLITE SLATEFL SLIDER SOAKTUB SOLTUBE SOUNSYS STMDOOR STMWIND STORAGE STUDIO SUITE SUNKEN TILE-FL TUB-SHW VAULTED VNYL-FL VYW-DBL WAINSCO WASHDRY WAT-PUR WATSOFT WDW-DBL WET-BAR WHIRLPL W-CLOS WOODFLR WOODSTV WTRFEAT WW-CARP

## Features

**Kitchen (10):** ☐APP-GAR ☐BI-DOWN ☐BI-GRILL ☐BI-MICO ☐BI-OVEN ☐BI-RANG ☐BI-REFR ☐BTL-PAN ☐COMPCTR ☐CONVECT ☐COOK-IS ☐COOKTOP ☐D-DRAFT ☐DISHWAS ☐DISPOSL ☐ESTARAP ☐FS-RANG ☐FS-REFR ☐GASAPPL ☐GRANITE ☐INST-HW ☐ISLAND ☐MARBLE ☐PANTRY ☐PLB-ICE ☐QUARTZ ☐SSAPPL ☐TILE ☐WAT-PUR ☐WINECLR

**Interior (10):** ☐3RDFLR ☐4THFLR ☐AIRCLEN ☐BAMB-FL ☐BI-VACM ☐BIV-RDY ☐CEILFAN ☐CORK-FL ☐DMBWAIT ☐DUALFLT ☐ELEVATR ☐FURNSHD ☐GAR-OPN ☐GRANITE ☐GWTRREC ☐HARDWOD ☐HEATILA ☐HISPEED ☐HOME-TH ☐HOOKUP ☐HRVNTS ☐HUMIDFR ☐INPOOL ☐INTRCOM ☐JET-TUB ☐LAM-FL ☐LAUNDRY ☐LINS-FL ☐LOVOCMT ☐LSSECUR ☐MARBLE ☐OWSECUR ☐PAS-SOL ☐QUARTZ ☐REC-MTR ☐SEPLVQT ☐SLATEFL ☐SOAKTUB ☐SOLTUBE ☐SOUNSYS ☐SPRNKLR ☐TILE-FL ☐VNYL-FL ☐WAINSCO ☐WASHDRY ☐WATFILT ☐WATSOFT ☐WOODFLR ☐WSFIXTR ☐WW-CARP

**Exterior (10):** ☐2ND-GAR ☐2ND-RES ☐4X4ONLY ☐ADU ☐ALUMWIN ☐ARENA ☐ATHL-CT ☐BARN ☐BBQ-PIT ☐BI-HTUB ☐BOAT-HS ☐BOATACS ☐CORRAL ☐COVARNA ☐COVDECK ☐COVPATI ☐DECK ☐DIRTRD ☐DOCK ☐DOG-RUN ☐FENCED ☐FS-HTUB ☐GARDEN ☐GASHKUP ☐GAZEBO ☐GRAVLRD ☐GRNHSE ☐GSTQTR ☐HIKE ☐OUT-FPL ☐OUTBULD ☐PATIO ☐PAVEDRD ☐POOL ☐PORCH ☐PRIVRD ☐PUBLCRD ☐RAINCOL ☐RDSPLIT ☐RV-GAR ☐RV-HKUP ☐SATDISH ☐SAUNA ☐SEC-LIT ☐SHOP ☐SPRNKLR ☐STMDOOR ☐STMWIND ☐TENNIS ☐TL-SHED ☐VYW-DBL ☐VYW-TRP ☐WDW-DBL ☐WDW-TRP ☐WSIRRIG ☐WTRFEAT ☐X-FENCE ☐XERISCP ☐YARD

**Accessibility (10):** ☐1LEVEL ☐BATHCAB ☐BATHSIZ ☐BINLITE ☐CAREQTR ☐ELEVATR ☐GRGMAIN ☐GRNDLVL ☐KITCAB ☐LANDING ☐MINSTEP ☐MNBDBTH ☐NATLITE ☐PARKING ☐PASTACC ☐PATHWAY ☐RAMP ☐ROLLSHR ☐STAIRS ☐UTLMAIN ☐WALKSHR ☐WD-DOOR ☐WD-HALL

**Energy Efficiency (6):** ☐ESAC ☐ESTARAP ☐FOR-90 ☐FOR-95+ ☐GEOTHRM ☐HT-PUMP ☐HTEXNGR ☐INSU+CL ☐MINISPT ☐PAS-SOL ☐PRTCINS ☐PRTWINS ☐SOL-HW ☐SOL-OFF ☐SOL-PV ☐SOL-RAD ☐SOLAR ☐TNKLESS ☐VYW-DBL ☐VYW-TRP ☐WDW-DBL ☐WDW-TRP ☐WLINSU+ ☐ZONAL

RMLS™ 05.13

Case 14-35381-rld7   Doc 54   Filed 01/20/15

Seller(s) Initials: RE  12/15/14

**ML#** 14179897 (SYSTEM ASSIGNED)   **ADDRESS** 26280 S MILK CREEK CIR Mulino, OR 97042

## Utilities

**Cool** (1): ☐ ACREADY ☐ CENTAIR ☐ ESAC ☐ HT-PUMP ☐ HTEXNGR ☐ SWAMP ☐ WALL ☐ WINDOW ☐ XASTFAN ☐ NONE ☐ OTHER

**Hot Water** (2): ☐ ELECT ☐ EN-STAR ☐ GAS ☐ PROPANE ☐ RECIRC ☐ SOL-HW ☐ TANK ☐ TNKLESS ☐ OTHER

**Heat** (2) (1 Reqd + 1): ☐ ACT-SOL ☐ BASEBRD ☐ CEILING ☐ EN-STAR ☐ FLOOR ☐ FOR-90 ☐ FOR-95+ ☐ FOR-AIR ☐ GRAVITY ☐ HOT-WAT ☐ HT-PUMP ☐ HTEXNGR ☐ LEASED ☐ MINISPT ☐ PAS-SOL ☐ RADIANT ☐ WALL ☐ WOODSTV ☐ ZONAL ☐ NONE ☐ OTHER

**Fuel** (2) (1 Reqd + 1): ☐ ELECT ☐ GAS ☐ GEOTHRM ☐ OIL ☐ PROPANE ☐ SOL-OFF ☐ SOL-SUP ☐ SOLAR ☐ WOOD ☐ NONE ☐ OTHER

**Water** (2) (1 Reqd + 1): ☐ CISTERN ☐ COMMUNY ☐ PRIVATE ☐ PUBLIC ☐ SH-WELL ☐ SPRING ☐ WELL ☐ OTHER

**Sewer** (2) (1 Reqd + 1): ☐ CESSPOL ☐ COMMUNY ☐ PDS ☐ PUB-AVL ☐ PUBLIC ☐ SANDFLT ☐ SEPTIC ☐ SH-SEP ☐ STD-SEP ☐ OTHER

## Financial

**Prop Tax Per Year** 5374.91   **Spcl Asmt Balance $** _____ 7   **Tax Deferral** ☐ YES ☐ NO   **BAC** 10   **Type** (1) ☐ % ☐ $

**Short Sale** ☐ YES ☐ NO   **3rd Party to Transaction** ☐ YES ☐ NO   **Bank Owned/REO** ☐ YES ☐ NO   **Total Comm. Differs If Sold In-House** ☐ YES ☐ NO

SALE REQUIRES APPROVAL OF 3RD PARTY due to Pending Foreclosure, Relo, Bank Trustee, etc.

**Pre-approved Short Sale Price** ☐ YES ☐ NO

**HOA Y/N?:** ☐ YES ☐ NO   **HOA Dues $** _____ 4   **HOA Frequency** (1) ☐ 1-TIME ☐ MO ☐ QTR ☐ 6MO ☐ YR

**Other Dues $** _____ 4   **Other Frequency** (1) ☐ 1-TIME ☐ MO ☐ QTR ☐ 6MO ☐ YR

**Escrow Preference** _____ 30   **Rent, If Rented $** _____ 7

**Terms** (4) (1 Reqd + 3): ☐ ASSMP ☐ CALL-LA ☐ CASH ☐ CONV ☐ FCS ☐ FHA ☐ FMHA ☐ LEAS-OP ☐ OWC2ND ☐ OWNCONT ☐ REHAB ☐ SGI ☐ TRADE ☐ USDA ☐ VA ☐ OTHER

**HOA/Space Rent/Slip Rent Includes** (9): ☐ ATHL-CT ☐ CABLETV ☐ CENTAIR ☐ CNCIERG ☐ COMMONS ☐ ELECT ☐ EXTMANT ☐ GARBAGE ☐ GAS ☐ GATED ☐ GYM ☐ HEAT ☐ HOT-TUB ☐ HOT-WAT ☐ INS ☐ INTRNET ☐ LAP-PL ☐ LAUNDRY ☐ LIBRARY ☐ LKESMNT ☐ LNDSCPG ☐ MGMT ☐ MTGROOM ☐ POOL ☐ PTYROOM ☐ REC-FAC ☐ RQT-BL ☐ SAT-TV ☐ SAUNA ☐ SEWER ☐ SLIP ☐ SNO-REM ☐ TAN-BDS ☐ TAXES ☐ TENNIS ☐ UTILTES ☐ WATER ☐ WT-RM

## Broker/Agent Information

**Broker Code** KRNW01   **Listing Office** Knipe Realty NW, Inc   **Phone** 503-445-7660   **Fax** 503-445-7665

**LPID** MAYLYN   **Listing Agent** Lynnette May   **Phone** 360-606-6471   **Agent Cell/Pgr** 3 - 3 - 4

**Agent E-mail** lynnettemay@gmail.com   **Agent Extension** 5

**Co-List LPID** _____ 8   **Co-List Broker Code** _____ 6   **Co-List Agent** _____ 36   **Co-List AG Phone** 3 - 3 - 4

**Date Marketing to Begin** 12/14/2014 (MM/DD/YYYY)   **Expiration Date** 12/14/2015 (MM/DD/YYYY)   **Occupied By** (1): ☐ OWNER ☐ PROPOSD ☐ TENANT ☐ UNDRCON ☐ VACANT

**Possession** (1): ☐ >90DAYS ☐ 30-60DA ☐ 60-90DA ☐ CLOSING ☐ IMMED ☐ NEGO ☐ ROD+1 ☐ SUBJTEN

**Lockbox/Location/Combo:** _____ 15   **Owner:** _____ 30   **FIRPTA Applies:** ☐ YES ☐ NO   **Owner Phone:** _____ 12

**Showing Hours** _____ 9   **Tenant/Other** _____ 30   **Tenant Phone** 3 - 3 - 4

**Show** (3) (1 Reqd +2): ☐ 24HR-NC ☐ AG-ACCM ☐ APTONLY ☐ BWO-PET ☐ CALL-LA ☐ CALL-LO ☐ CALL1ST ☐ CALLOWN ☐ CALLTEN ☐ CNCIERG ☐ COMBOBX ☐ DAY-SLP ☐ KEY-LO ☐ OTHLBX ☐ OWN-OCC ☐ PROPOSD ☐ RMLSLBX ☐ SEC-SYS ☐ SEERMKS ☐ UNDRCON ☐ VACANT

Case 14-35381-rld7    Doc 54    Filed 01/20/15

RMLS™ 05.13   ©RMLS™ 2013, ALL RIGHTS RESERVED   RE Seller(s)