Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>JAMES JOEL HOLMAN and<br>CANDICE EVANGELINE HOLMAN,<br><br>Debtors. | Case No. 14-35381-rld7<br><br>STIPULATED ORDER AUTHORIZING<br>SHORT SALE OF PROPERTY |

Based upon the Stipulation of the parties, as evidenced by the signatures below, and good cause otherwise appearing, now therefore;

IT IS HEREBY ORDERED, that the Trustee is entitled to complete the sale of the property as set forth in Docket #57, or as set forth in any subsequent Notice of Intent to Sell the property described in Docket #57, for a sale price that will either pay the lien claim of Cutting Edge Credit Union in full, or as otherwise agree, pursuant to the terms of a short sale approved by Cutting Edge Credit Union.

# # #

IT IS SO STIPULATED:

SUSSMAN SHANK LLP

By: _/s/ Robert L. Carlton_
    Robert L. Carlton, OSB No. 851673
    Attorneys for Cutting Edge Credit Union

Page 1 of 2 – STIPULATED ORDER AUTHORIZING SHORT SALE OF PROPERTY

KENNETH S. EILER, PC

By: _/s/ Kenneth S. Eiler_
    Kenneth S. Eiler, Chapter 7 Trustee

Presented by:

SUSSMAN SHANK LLP

By: _/s/ Robert L. Carlton_
    Robert L. Carlton, OSB No. 851673
    Attorneys for Cutting Edge Credit Union

*22759-001/STIPULATED ORDER AUTHORIZING SHORT SALE OF PROPERTY (02040311);1

Page 2 of 2 – STIPULATED ORDER AUTHORIZING SHORT SALE OF PROPERTY

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 14-35381-rld7    Doc 61    Filed 02/18/15