UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re | ) Case No._____ |
| | ) |
| | ) NOTICE OF INTENT TO Sell Real or |
| | ) Personal Property, Compensate Real Estate |
| | ) Broker, and/or Pay any Secured Creditor's Fees |
| | ) and Costs; Motion for Authority to Sell Property |
| | ) Free and Clear of Liens; and Notice of Hearing |
| | ) [**Note**: Do not use to sell personally identifiable |
| Debtor(s) | )  information about individuals!] |

NOTICE IS GIVEN THAT _____, the _____ (i.e., debtor, trustee, etc.), intends to sell the property described below and moves for authority to sell said property free and clear of liens pursuant to 11 USC §363(f).  The movant's name, address, and telephone # are: _____
_____.

If you wish to object to any aspect of the sale or fees disclosed in ¶7 or ¶15 you must: (1) attend the hearing set in ¶16 below and, (2) within 23 days of the later of either (a) the date next to the signature below; or (b) the service date in ¶17 below, file with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", at 1001 SW 5th Ave. #700, Portland OR 97204; or if it begins with "6" or "7", at 405 E 8th Ave #2600, Eugene OR 97401): (a) a written response stating the specific facts upon which the objection is based, and (b) proof that a copy of the response was served on the movant.

This document shall constitute the notice required by LBR 2002-1.  (COMPLETE ALL SECTIONS.)

1. The specific subsections of 11 USC §363(f) movant relies upon for authority to sell the property free and clear of liens are:

2. Buyer's Name & Relation to Debtor:

3. General description of the property (NOTE:  If real property, state street address here.  Also attach legal description as an Exhibit to the original filed with the court):



4. A copy of the full property description or inventory may be examined or obtained at:

5. The property may be previewed at (include time and place):

6. Other parties to the transaction and their relationship to the debtor are:



7. Gross sales price: $_____.  All liens on the property total: $_____, of which Movant believes a total of $_____ need not be paid as secured claims (because the lien is invalid, avoidable, etc., the lienholder consents to less than full payment, or part or all of the underlying debt is not allowable).  Secured creditor(s) also seek(s) reimbursement of $_____ for fees and costs.  Total sales costs will be:  $_____.  All tax consequences have been considered and it presently appears the sale will result in net proceeds to the estate after payment of valid liens, fees, costs and taxes of approximately:  $_____.

8. The sale     is      is not (**mark one**) of substantially all of the debtor's assets.  Terms and conditions of sale:



9. Competing bids must be submitted to the movant no later than (date) _____, and must exceed the above offer by at least _____ (and be on the same or more favorable terms to the estate).

10. Summary of all available information regarding valuation, including any independent appraisals:

11. If ¶7 indicates little or no equity for the estate, the reason for the sale is:

   and expenses and taxes resulting from the sale will be paid as follows:

12. (Ch. 11 cases only) The reason for proposing the sale in advance of approval of a plan of reorganization is:

13. The following information relates to lien holders (who are listed in PRIORITY order):

| Name | Service Address (See FRBP 7004) | Approximate Lien Amount | Indicate Treatment at Closing (i.e., Fully Pd., Partially Pd., or Not Pd.) |
|---|---|---|---|

14. Any liens not fully paid at closing shall attach to the sale proceeds in the same order of priority they attach to the property. Any proceeds remaining after paying liens, expenses, taxes, commissions, fees, costs or other charges as provided in this motion, shall be held in trust until the court orders payment.

15. [If real property]  The court appointed real estate broker, _____,
will be paid _____.

16. **A HEARING ON THIS MOTION AND ANY OBJECTIONS TO THE SALE AND/OR FEES WILL BE HELD**
ON _____ AT _____ IN _____
_____ and testimony will be received if offered and admissible.

17. [Unless movant is a Ch. 7 trustee]  I certify that on _____ a copy of this document was served, pursuant to FRBP 7004, on the debtor(s), trustee, if any, U.S. Trustee, each named lien holder at the address listed above, Creditors' Committee Chairperson, if any, and their respective attorneys; and that a copy was also served that date, pursuant to FRBP 2002(a), on all creditors and parties requesting special notice as listed in the Court's records that were obtained on _____, a copy of which is attached to the original document filed with the Bankruptcy Court.

18. FOR FURTHER INFORMATION CONTACT: _____
_____.

DATE: _____           _____
                           Signature & Relation to Movant

                           _____
                           (If debtor is movant) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

760.5 (7/2/12) **Page 2 of 2**

# **LEGAL DESCRIPTIONS**

**MULINO PROPERTY:**

Lot 5, Milk Creek Meadows, in the County of Clackamas, State of Oregon

**GLENEDEN BEACH PROPERTY:**

Lot 10, Block 2, Cavalier, County of Lincoln, State of Oregon

# Telephone Hearing Information

Participants will need the following information **provided in the hearing notice** to participate by telephone:

1. Toll Free Call in Number  (888) 684-8852
2. Access Code

The **Access Code** may not be the same for every hearing, so it is important you review the hearing notice in advance.  Each Judge has an exclusive access code.  Hearings regarding Stays and Consumer Bankruptcy Committee meetings have their own access codes.

| JUDGE | ACCESS CODE |
|---|---|
| JUDGE ALLEY | 8622907 |
| JUDGE BROWN | 4950985 |
| JUDGE DUNN | 5870400 |
| JUDGE PERRIS | 1238244 |
| JUDGE RENN | 3388495 |
| RELIEF FROM STAY HEARINGS | 3702597 |
| IMPOSE/EXTEND STAY HEARINGS | 3702597 |
| CONSUMER BANKRUPTCY COMMITTEE MEETINGS | 2966853 |

To participate in the telephone hearing, dial the **Toll Free Call in Number** and enter the seven digit **Access Code** followed by the **"#"** key. You may be placed on hold until the courtroom deputy activates the conference call, or you may hear others speaking.  Another hearing may be in progress; do not announce your presence until the courtroom deputy takes roll call or your hearing is called.

Due to the unavailability of the courtroom deputy prior to hearings, last minute requests are difficult to accommodate and are discouraged.

If you have problems connecting or the courtroom deputy does not activate the call within 5 minutes after your scheduled hearing time,  hang up and call the court at:

**Portland (503) 326-1500 or Eugene (541) 431-4000**

## QUESTION 13:   LIENHOLDERS

**Bank of America**
**Service Address**: Bank of America, NA Legal Processing Group 2595 W. Chandler Blvd. Mail Code - AZ1-804-01-05 Chandler, AZ 85224; and Bank of America NA attn: Brian T. Moynihan CEO 100 N. Tryon St. Charlotte, NC 28255
**Description of Lien and Treatment**: first lien on Mulino Property, Paid in full

**CitiMortgage**
**Service Address:** Jane Fraser, CEO  1000 Technology Dr. O'Fallon, MO 63368-2240
**Description of Lien and Treatment:** first lien on Gleneden Beach property, Paid in full

**Cutting Edge FCU**
**Service Address:** served c/o their attorney Robert Carlton at 1000 SW Broadway Ste 1400 Portland, OR 97205
**Description of Lien and Treatment:** second lien on Gleneden Beach property, Paid in full
**Description of Lien and Treatment:** second lien on Mulino property, Paid in full

**Dwight and Laurie Daniels**
**Service Address:** 23 Carmel Bay Dr. Corona Del Mar, CA 92625
**Description of Lien and Treatment**: $300,000 third lien on Mulino Property, No payment, avoided

**PACCAR Financial Corp**
**Service Address:** The Prentice-Hall Corporation System, Inc. RA 285 Liberty St. NE Salem, OR 97301
**Description of Lien and Treatment**: $664,000 judgment lien, No payment, avoided

**The Commerce Bank of Oregon**
**Service Address:** Jodi Delahunt Hubbell, CEO, 1211 SW 5th Ave. Ste 1250 Portland, OR 97204; and Harris H. Simmons CEO Zions Bancorporation One Main St. Salt Lake City, UT 84111
**Description of Lien and Treatment**: $441,000 judgment lien, No payment, avoided

**Tillamook County Tax Assessor**
**Service Address:**   201 Laurel Ave. Tillamook, OR 97141
**Description of Lien and Treatment**: lien on Mulino Property, Paid in full

**Lincoln County Tax Assessor**
**Service Address:** 225 W. Olive St.  Newport, OR 97365
**Description of Lien and Treatment:** lien on Gleneden Beach property, Paid in full