Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re | ) Case No._____ |
| | ) |
| | ) |
| | ) APPLICATION TO EMPLOY ACCOUNTANT, |
| | ) **AND ORDER THEREON**; AND NOTICE OF |
| | ) INTENT TO COMPENSATE ACCOUNTANT |
| Debtor(s) | ) [FOR CHAPTER 7 CASES ONLY] |

The undersigned trustee applies to employ _____,
a licensed accountant whose address is _____,
and certifies that:

1. The total compensation of the accountant, subject to final court approval, shall not exceed $_____. If the trustee determines at a later date that fees may exceed said amount, trustee may file an amended application to employ accountant and order thereon. An increase must be authorized by court order entered before the services are provided.

2. The trustee will require the assistance of said accountant to provide the following services:

(A) Tax Return and Form Preparation (for each tax year describe the returns and forms to be prepared, the maximum compensation per tax year, and if the trustee is NOT required by law to file any of the forms and returns, why the trustee is undertaking the preparation):

(B) Other Services (for each matter describe the matter, the anticipated cost of the services and the potential benefit to the estate):

3.  The trustee selected said accountant because:




4. To the best of the trustee's knowledge said accountant has no connections with the entities listed in the verification below, except as described therein.


DATE: _____                                     _____
                                                                                          Trustee


    I, the accountant named above, verify that I will be the trustee's accountant; I have read 11 U.S.C. §101(14) and §327, and FRBP 2014(a); and my firm has no connections with the debtor(s), creditors, U.S. Trustee, Asst. U.S. Trustee, any employee of either the U.S. Trustee or Asst. U.S. Trustee, any District of Oregon Bankruptcy Judge, any other party in interest, or their respective attorneys or accountants, except as follows:




                                                                               _____
                                                                                          Applicant


    IT IS ORDERED that employment of the above-named accountant is authorized with fees subject to review under 11 USC §330; IT IS FURTHER ORDERED, AND NOTICE IS GIVEN, that an order authorizing compensation within the above terms may be entered after a fee application [using LBF #345.7 if applicable to this case] which reflects work done on the service specified above is attached to a proposed order [using LBF #753.74] and submitted to the court, and without further notice, unless within 23 days of the date in the "FILED" stamp on page 1 an interested party BOTH:  (1) files a written objection thereto, <u>setting forth</u> the specific grounds for such objection, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; <u>OR</u>, if it begins with "6" or "7", mail to 405 E 8th Ave #2600,  Eugene OR 97401), <u>AND</u> (2) serves a copy on the trustee at _____
_____;
and IT IS FURTHER ORDERED that if the amount in pt. 1. above exceeds $10,000.00, project billing is required unless otherwise ordered above.

                                                                ###



753.70 (12/1/09) **Page 2 of 2**