3/31/2015                                    **TUESDAY**                          Judge Randall L. Dunn

11:00 AM         ■ 14-35381 rld 7          James Joel Holman  and  Candice Evangeline Holman

**Notice of Intent to Sell Real or Personal Property at Private Sale, Compensate Real
Estate Broker, and/or Pay any Secured Creditor s Fees and Costs; Motion for
Authority to Sell Property Free and Clear of Liens; and Notice of Hearing. Fee Paid
$176  Filed By Trustee Kenneth S Eiler Hearing Scheduled for 3/31/2015 at 11:00 AM
at Telephone Hearing. (Eiler, Kenneth) (63)**

Candice Evangeline Holman - db          ~~STEPHEN T BOYKE~~
James Joel Holman - db                  Bob Carlton
Kenneth S Eiler - tr ✓                  Darrian Stanford

Evidentiary Hearing:      Yes: ☐  No: ☒

No Objections
CT approved Sale.
Trustee to submit order.

Order to be prepared by:     ☐ clerk's office    ☐ chambers   ☒  Mr. Eiler

DOCKET ENTRY: