Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No.: 14-35381-rld7 |
| JAMES & CANDICE HOLMAN | **ORDER AUTHORIZING SALE OF PROPERTY FREE AND CLEAR** |
| Debtor | |

This matter having come before the court for hearing on March 31, 2015 on the Trustee's Notice and Motion (Motion) authorizing the Trustee to sell certain real property free and clear of liens, encumbrances and interests pursuant to 11 USC 363. [Dkt. #71]. The Trustee appearing, Robert Carlton appearing for the purchaser, Darrian Stanford appearing for Dwight and Laurie Daniels, no other persons appearing. The Trustee reporting that no objections had been filed or received; and no objections having been voiced by Mr. Stafford on behalf of Dwight and Laurie Daniels. .

The court having considered the Motion, the file herein, and the argument presented, the Court finds as follows:

    A.    Proper, timely and sufficient notice of the Motion and the hearing was provided;

    B.    It is in the best interests of the estate and its creditors for the Trustee to sell the Property described in the Motion at auction;

    C.    The Trustee should be allowed to sell the real property described in the Motion

to Cutting Edge Federal Credit Union (Cutting Edge), free and clear of liens, encumbrances and interests, provided however that Cutting Edge shall pay at closing of the sale costs, together with the balance owing to any superior lien holder, plus the additional sum of $10,000 to the bankruptcy estate to be held by the Trustee until further order of the court; now therefore;

IT IS ORDERED as follows:

1. Notice of the Motion was appropriate pursuant to Sections 102(1) and 363 of the U.S. Bankruptcy Code and Rules 2002(a), 6004 and 9014 of the Federal Rules of Bankruptcy Procedure.

2. The Motion is granted in all respects, subject to the restrictions set forth in paragraph 3 below,

3. At closing, Cutting Edge shall pay in full any and all closing costs, the balance owing to any superior lienholders, plus the sum of $10,000 to the bankruptcy estate:

4. The monies paid to the bankruptcy estate shall be held by the Trustee until further order of the court.

###

Presented by: /s/Kenneth S. Eiler

c: by ecf or mailing to all parties receiving the sale notice at the addresses provided in the sale notice