IT IS ORDERED AND NOTICE IS GIVEN that unless within 23 days of the date in the FILED stamp above an interested party BOTH: (1) files a written objection to the Motion below, SETTING FORTH the specific grounds for such objection, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with 3 or 4, at 1001 SW 5th Ave. #700, Portland OR 97204; OR, if it begins with a 6 or 7, at 405 E 8th Ave #2600, Eugene OR 97401), AND (2) serves a copy on the movant and any attorney for the movant at the service address(es) below, the movant will thereafter settle and compromise the matter upon the terms below and the settlement will be deemed approved without further order.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re )
HOLMAN, JAMES JOEL ) Case No. 314-35381RLD7
HOLMAN, CANDICE EVANGELINE )
 )
 ) MOTION AND NOTICE OF INTENT
 ) TO SETTLE AND COMPROMISE,
Debtor(s) ) **AND ORDER THEREON**

The undersigned trustee, KENNETH S. EILER, moves to settle and compromise the following described dispute upon the following terms:

The Debtors wish to retain certain non exempt personal property that was not otherwise sold at auction and receive credit for exempt personal property that was included in the auction. The property consists of household furnishings, jewelry, and sports equipment. To settle the Trustee's claim to the non exempt items and to settle the debtors' claim to exempt proceeds from the auction, the parties have agreed that the debtors will pay the bankruptcy estate the sum of $5,750 in full satisfaction of any remaining claims that the Trustee may have to the debtors' personal property and that the debtors may have to monies previously collected by the Trustee. Considering the cost to litigate this matter, the uncertain outcome, and the delay occasioned thereby, the Trustee recommends the settlement.

###

DATE: <u>December 29, 2015</u>        <u>/s/ KENNETH S. EILER</u>
                                                                      Trustee

                        Service Address:    <u>PMB 810, 515 NW SALTZMAN RD</u>

                                                       <u>PORTLAND, OR 97229</u>

Name of Attorney for Trustee:

                                              Service Address: