R. HUNTER BITNER, II, OSB NO. 011146
hunter@slindenelson.com
SLINDE NELSON STANFORD
111 SW Fifth Avenue, Suite 1940
Portland, OR  97204
Telephone:  (503) 417-7777
Fax:  (503) 417-4250
  *Attorney for Plaintiffs*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| *In re* <br> JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN, <br> Debtors. | Case No.  14-35381-rld7 |
| DWIGHT and LAURA DANIELS, husband and wife, <br> Plaintiffs, <br> v. <br> JAMES JOEL HOLMAN and CANDICE EVANGELINE HOLMAN, <br> Defendants. | Adversary Proceeding No. 14-03285-rld <br><br> **DWIGHT AND LAURA DANIELS' OBJECTION TO MOTION AND NOTICE OF INTENT TO SETTLE AND COMPROMISE** |

Come now Dwight and Laura Daniels, creditors James Joel Holman and Candice Evangeline Holman and file their objection to the debtors retaining any nonexempt personal property.  A large number of creditors have been forced to receive absolutely nothing for the debts owned by the Holmans.  Based on that fact, the Holmans should not be able to retain any nonexempt personal property including but not limited to household furnishings, jewelry and sports equipment.

It is understood that the Trustee recommends the settlement.  However, the Daniels simply want their objection made and on the record.

Page 1 DWIGHT AND LAURA DANIELS' OBJECTION TO MOTION AND NOTICE OF INTENT TO SETTLE AND COMPROMISE

SLINDE NELSON STANFORD
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

Case 14-35381-rld7    Doc 93    Filed 02/25/16

DATED: February 25, 2016.

                                                          SLINDE NELSON STANFORD

                                        By: /s/ R. Hunter Bitner, II
                                              R. Hunter Bitner, II, OSB No. 011146
                                              *Of Attorneys for Dwight and Laura Daniels*

Page 2 DWIGHT AND LAURA DANIELS' OBJECTION TO MOTION AND NOTICE OF INTENT TO SETTLE AND COMPROMISE

**SLINDE NELSON STANFORD**
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

Case 14-35381-rld7    Doc 93    Filed 02/25/16

# CERTIFICATE OF SERVICE

I hereby certify that I served the attached **DWIGHT AND LAURA DANIELS' OBJECTON TO MOTION AND NOTICE OF INTENT TO SETTLE AND COMPROMISE** on the following person(s) on the date indicated below:

> Paul B. Heatherman
> Law Offices of Paul Heatherman PC
> 250 NW Franklin Ave, #402
> Bend, OR 97701
> *Of Attorneys for Debtors-Defendants*

By the following indicated method(s):

☒ By **emailing** full, true, and correct copies thereof to say attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☒ By notice of electronic filing using the PACER ECF filing system.

☐ By causing full, true and correct copies thereof to be **mailed** to the attorney(s) at the attorney(s) last-known office address (as) listed above on the date set forth below.

DATED: February 25, 2016.

SLINDE NELSON STANFORD

By: /s/ R. Hunter Bitner, II
    Darian A. Stanford, OSB No. 994491
    R. Hunter Bitner II, OSB No. 011146
    *Of Attorneys for Dwight and Laura Daniels*

Page 3 – CERTIFICATE OF SERVICE

**SLINDE NELSON STANFORD**
111 SW 5th Avenue, Suite 1940
Portland, Oregon 97204
p. 503.417.7777; f. 503.417.4250

Case 14-35381-rld7    Doc 93    Filed 02/25/16