UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re ) | |
| ) | Case No. 14-35381-rld7 |
| JAMES JOEL HOLMAN ) | |
| CANDICE EVANGELINE HOLMAN ) | WITHDRAWAL OF MOTION |
| ) | AND NOTICE OF INTENT TO SETTLE |
| ) | DKT. # 91 |
| Debtor(s) ) | |

The Trustee withdraws the Trustee's Motion and Notice of Intent to Settle and Compromise filed at docket #91. The subject settlement was previously noticed at docket #87 and no timely objections were filed. Docket #91 duplicates the document filed at docket #87 and was uploaded in error.

                                  /s/ Kenneth S. Eiler
                                  Kenneth S. Eiler, Trustee

c: By ecf